**Exhibit A**

DHS Letter of Payment Suspension dated August 1, 2025

**RECEIVED**

AUG 25 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA




# DEPARTMENT OF HUMAN SERVICES

August 1, 2025

Twyla Elaine Leach
Home Care Staffing
1821 University Ave W #494
St. Paul, MN 55104

Certified and Regular Mail

## Notice of Payment Withhold
**Provider Number: 503645400; NPI: A503645400**

Dear Twyla Elaine Leach:

The Minnesota Department of Human Services (DHS) Program Integrity Oversight Division (PIO) will withhold all Minnesota Health Care Programs (MHCP) payments for services provided by Home Care Staffing effective August 1, 2025.

**Basis for Action**

DHS determined there is a credible allegation of fraud for which an investigation is pending under the MHCP. DHS has reviewed claims mining data and determined that Home Care Staffing received reimbursement for Housing Stabilization Services for recipient Jessica J. Cronquist in excess of the maximum units allowed for each recipient receiving this service during the time period from January 1, 2024, through July 15, 2025. This overbilling scheme is consistent with a pattern of fraud identified by DHS and law enforcement being used by Housing Stabilization Services providers.

**Temporary Withholding**

The MHCP payment withhold will start August 1, 2025, and continue until DHS or a prosecuting authority determines there is insufficient evidence of fraud, or until legal proceedings related to the alleged fraud are completed.

Home Care Staffing has the right to submit written evidence to DHS explaining why payments should not be withheld. Mail your written evidence to the P.O. Box listed at the bottom of the page.

If Home Care Staffing is going to continue to provide services to MHCP recipients while it is not being paid by MHCP, you must notify PIO by August 11, 2025. To notify PIO, call the investigator below at 651-431-3911.

If Home Care Staffing is unable to continue providing services to MHCP recipients, it must:
- Notify recipients and employees about this change
- Assist the recipients in transitioning to providers of their choice
- Know that DHS is available to assist recipients with transitions to other providers.

P.O. Box 64982 • St. Paul, MN • 55164-0982 • An Equal Opportunity Employer

Home Care Staffing
August 1, 2025
Page 2 of 5

Employees can transition to new organizations along with their clients. As an employer, Home Care Staffing is responsible for paying employee wages, regardless of whether DHS is paying it. Review your obligations and notify clients of their rights in the enclosed Home Care Bill of Rights.

If you have questions about this notice, require it in an accessible format, or need a reasonable accommodation for a disability, please contact Ashley Staupe at 651-431-3911, Ashley.A.Staupe@state.mn.us, or use your preferred relay service.

Program Integrity Oversight Division
Office of the Inspector General
Minnesota Department of Human Services

*Legal Authority:*
Minnesota Statutes, sections 256B.064, subd. 2(b) and 256B.0641
Minnesota Rules, parts 9505.0180, 9505.2231 and 9505.2160 to 9505.2245.
42 CFR section 455.23

Home Care Staffing
August 1, 2025
Page 3 of 5

## Minnesota Home Care Bill of Rights

PER MINNESOTA STATUTES, SECTION 144A.44.
TO BE USED BY ALL LICENSED COMMUNITY AND ASSISTED LIVING FACILITY HOME CARE SERVICE PROVIDERS.

### Statement of Rights

A client who receives home care services in the community or in an assisted living facility licensed under chapter 144I has these rights:

1. To receive written information, in plain language, about rights before receiving services, including what to do if rights are violated;

2. To receive care and services according to a suitable and up-to-date plan, and subject to accepted medical or nursing standards and person-centered care, to take an active part in developing, modifying, and evaluating the plan and services;

3. To be told before receiving services the type and disciplines of staff who will be providing the services, the frequency of visits proposed to be furnished, other choices that are available for addressing home care needs, and the potential consequences of refusing these services; .

4. To be told in advance of any recommended changes by the provider in the service plan and to take an active part in any decisions about changes to the service plan;

5. To refuse services or treatment;

6. To know, before receiving services or during the initial visit, any limits to the services available from a home care provider;

7. To be told before services are initiated what the provider charges for the services; to what extent payment may be expected from health insurance, public programs, or other sources, if know; and what, charges the client may be responsible for paying;

8. To know that there may be other services available in the community, including other home care services and providers, and to know where to find information about these services;

9. To choose freely among available providers and to change providers after services have begun, within limits of health insurance, long-term care insurance, medical assistance, other health programs, or public programs;

10. To have personal, financial, and medical information kept private, and to be advised of the provider's policies and procedures regarding disclosure of such information;

11. To access the client's own records and written information from those records in accordance with sections 144.291 to 144.298;

12. To be served by people who are properly trained and competent to perform their duties;

13. To be treated with courtesy and respect, and to have the client's property treated with respect;

Home Care Staffing
August 1, 2025
Page 4 of 5

14. To be free from physical and verbal abuse, neglect, financial exploitation, and all forms of maltreatment covered under the Vulnerable Adults Act and the Maltreatment of Minors Act;

15. To reasonable, advance notice of changes in services or charges;

16. To know the provider's reason for termination of services;

17. To at least ten calendar days' advance notice of the termination of service by a home care provider, expect at least 30 days' advance notice of the service termination shall be given by a home care provider for services provided to a client residing in an assisted living facility as defined in section 144I.01, subdivision 7. This does not apply in cases where:

   (i) the client engages in conduct that significantly alters the terms of the service plan with the home care provider;

   (ii) the client, person who lives with the client, or others create an abusive or unsafe work environment for the person providing home care services; or

   (iii) an emergency or a significant change in the client's condition has resulted in service needs that exceed the current service plan and that cannot be safely met by the home care provider;

18. To a coordinated transfer when there will be a change in the provider services;

19. To complain to staff and others of the client's choice about services that are provided, or fail to be provided, and the lack of courtesy or respect to the client or the client's property and the right to recommend changes in policies and services, free from retaliation including the threat of termination of services;

20. To know how to contact an individual associated with the provider who is responsible for handling problems and to have the home care provider investigate and attempt to resolve the grievance or complaint;

21. To know the name and address of the state or county agency to contact for additional information or assistance;

22. To assert these rights personally, or have them asserted by the client's representative or by anyone on behalf of the client, without retaliation; and

23. Place an electronic monitoring device in the client's or resident's space in compliance with state requirements.

**IF YOU HAVE A COMPLAINT ABOUT THE AGENCY OR PERSON PROVIDING YOU HOME CARE SERVICES, YOU MAY CALL, WRITE, OR VISIT THE OFFICE OF HEALTH FACILITY COMPLAINTS, MINNESOTA DEPARTMENT OF HEALTH. YOU MAY ALSO CONTACT THE OMBUDSMAN FOR LONG-TERM CARE.**

**Office of Health Facility Complaints**
(651) 201-4201
1-800-369-7994
Fax: (651) 281-9796

Home Care Staffing
August 1, 2025
Page 5 of 5

**Mailing Address:**
Minnesota Department of Health
Office of Health Facility Complaints
85 East Seventh Place, Suite 300
P.O. Box 64970
St. Paul, Minnesota 55164-0970

**Ombudsman for Long-Term Care**
(651) 431-2555
1-800-657-3591
Fax: (651) 431-7452
**Mailing Address:**
Home Care Ombudsman
Ombudsman for Long-Term Care
PO Box 64971
St. Paul, MN 55164-0971

Licensee Name: _____

Telephone Number: _____

Address: _____

Name/Title of Person to Whom Problems or Complaints May be directed: _____

For informational purposes only and is not required in the Home Care Bill of Rights text:

**MN Statutes, section 144A.44 Subd. 2. Interpretation and enforcement of rights.**
These rights are established for the benefit of persons who receive home care services. "Home care services" means home care services as defined in section 144A.43, subdivision 3. A home care provider may not require a person to surrender these rights as a condition of receiving services. A guardian or conservator or, when there is no guardian or conservator, a designated person, may seek to enforce these rights. This statement of rights does not replace or diminish other rights and liberties that may exist relative to persons receiving home care services, persons providing home care services, or providers licensed under Laws 1987, chapter 378. A copy of these rights must be provided to an individual at the time home care services are initiated. The copy shall also contain the address and phone number of the Office of Health Facility Complaints and the Office of the Ombudsman for Long-Term Care and a brief statement describing how to file a complaint with these offices. Information about how to contact the Office of the Ombudsman for Long-Term Care shall be included in notices of change in client fees and in notices where home care providers initiate transfer or discontinuation of services.