# Exhibit B

RECEIVED
AUG 25 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Statement of conversation with DHS investigator regarding suspension basis

SCANNED
AUG 2 5 2025
U.S. DISTRICT COURT ST. PAUL

# Affidavit of Twyla Martin

**STATE OF MINNESOTA**
**COUNTY OF RAMSEY**

I, Twyla Martin, being duly sworn, state and affirm as follows:

1. I am the owner and operator of a home care staffing agency in the State of Minnesota.

2. On August 1, 2025, I received a letter from the Minnesota Department of Human Services (DHS) regarding a payment withholding action against my agency. The letter did not provide any timeframe for how long the withholding would last or when a decision would be made.

3. On August 11, 2025, at approximately 8:30 a.m., I spoke by telephone with Ashley Stoupe, an investigator with DHS.

4. During this conversation, I explained to Ms. Stoupe that without a clear understanding of the status of the withholding, I would be forced to lay off staff, which would result in clients being left without necessary care and support.

5. In response, Ms. Stoupe stated that she 'could not tell [me] anything else' regarding the matter.

6. At no time during this process was I given a clear timeframe for resolution, leaving my business, staff, and clients in a state of uncertainty and hardship.

I affirm under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of August, 2025 in Ramsey County, Minnesota.

_____
Twyla Martin
Affiant

Witnessed this 25th day of August, 2025.

_____
Witness