**RECEIVED**

AUG 25 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# Exhibit C

Client statements attesting that all billing and time visits were true and correct



SCANNED
AUG 2 5 2025
U.S. DISTRICT COURT ST. PAUL