**RECEIVED**

AUG 25 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**Exhibit D**

Plaintiff's billing records and service documentation showing compliance

SCANNED
AUG 2 5 2025
U.S. DISTRICT COURT ST. PAUL

**Client Statement of Verified Billing**

**Date of Letter:** August 6, 2025

To Whom It May Concern,

I, **Jessica Conquest**, confirm that I have personally reviewed all billing records and corresponding case notes submitted by **Home Care Staffing** for services rendered from **January 1, 2024 through the present**. I verify that the billing submitted is **true, accurate, and a full reflection of the services I actually received** during this period.

Due to my disability and continued barriers to independent living, I have required substantial support in managing both housing and day-to-day life needs. Home Care Staffing has consistently delivered services that were critical to my well-being. These included—but were not limited to—assistance with securing new housing, furnishing my home, and helping me meet ongoing housing stability goals.

Throughout this time, I have worked with a total of **three housing coordinators**, all of whom provided professional and compassionate care. I am fully satisfied with the level of support and professionalism received from Home Care Staffing.

This letter serves as my **formal approval and acknowledgment** that:

- All billed services between January 1, 2024 and today were necessary,

- All services rendered align with my documented service plan and support needs, and

- All billing entries reflect accurate, timely, and legitimate services received.

This verification is submitted with the understanding that it may be used for audit, compliance, or county-level verification purposes.

**Client Information and Verification**

**Client Printed Name:** Jessica Conquest
**Client Signature:** _Jessica Conquest_
**Date Signed:** _8-8-25_
**Phone Number:** _651   254-1139_
**Email Address:** _dennettkle 270 come d.net_

# Affidavit of Twyla Martin

**STATE OF MINNESOTA**
**COUNTY OF RAMSEY**

I, Twyla Martin, being duly sworn, state and affirm as follows:

1. I am the owner and operator of a home care staffing agency providing Housing Stabilization Services (HSS) in the State of Minnesota.

2. Our agency uses the billing software platform CareTap for all HSS claims submission and documentation.

3. CareTap is programmed in compliance with Minnesota DHS rules and does not permit billing over the allotted 150 hours per year per client for Housing Sustaining services. Once a client reaches that annual maximum, the system automatically blocks any further billing entries.

4. This safeguard ensures that our agency cannot inadvertently or intentionally submit claims above the DHS limit.

5. In addition, DHS rules specify that: HSS services are billed in 15-minute units. Providers must document the client's name, service date, start/stop times, service description, provider signature, and client acknowledgment. Annual limits: Housing Sustaining is capped at 150 hours per calendar year; Housing Transition is capped at 150 hours per transition. Providers may request an additional 150 hours only with DHS approval. Claims must be supported by accurate progress notes, and billing is prohibited for services not provided, duplicate claims, or activities outside of housing stabilization.

6. These requirements are set forth in the Minnesota DHS Housing Stabilization Services Provider Manual (https://www.dhs.state.mn.us/main/idcplg?IdcService=GET_DYNAMIC_CONVERSION&dID;=142819).

7. Our billing system, CareTap, is aligned with these standards and enforces the caps to ensure full compliance with DHS regulations, protecting both clients and our agency.

I affirm under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of August, 2025 in Ramsey County, Minnesota.

Twyla Martin
Affiant

**Client Statement of Verified Billing**

**Date of Letter: August 6, 2025**

To Whom It May Concern,

I, **Jessica Conquest**, confirm that I have personally reviewed all billing records and corresponding case notes submitted by **Home Care Staffing** for services rendered from **January 1, 2024 through the present.** I verify that the billing submitted is **true, accurate, and a full reflection of the services I actually received** during this period.

Due to my disability and continued barriers to independent living, I have required substantial support in managing both housing and day-to-day life needs. Home Care Staffing has consistently delivered services that were critical to my well-being. These included—but were not limited to—assistance with securing new housing, furnishing my home, and helping me meet ongoing housing stability goals.

Throughout this time, I have worked with a total of **three housing coordinators**, all of whom provided professional and compassionate care. I am fully satisfied with the level of support and professionalism received from Home Care Staffing.

This letter serves as my **formal approval and acknowledgment** that:

- All billed services between January 1, 2024 and today were necessary,

- All services rendered align with my documented service plan and support needs, and

- All billing entries reflect accurate, timely, and legitimate services received.

This verification is submitted with the understanding that it may be used for audit, compliance, or county-level verification purposes.

**Client Information and Verification**

**Client Printed Name:** Jessica Conquest
**Client Signature:** _Jessica Conquest_
**Date Signed:** _8-8-25_
**Phone Number:** _651  254-1139_
**Email Address:** _jennettele 270 comcd.net_

# 360 Housing Stability DBA Home Care Staffing

1351 arcade street,St Paul, 551061826

## Report : Case Notes Report

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 08/01/2025

**Start & End Time : 01:00:00 PM - 03:30:00 PM**

**Service :** Housing Transition

**Notes :**

Received an email with written letter and formal request from the client to add **transitional hours** to her case due to ongoing housing issues. The client reported a persistent **mice infestation** in her current rental unit, which directly caused her Section 8 Housing Quality Standards (HQS) inspection to **fail**. The client expressed that the infestation is creating an unsafe and unsanitary living environment for her and her family.

The client stated she wants to **relocate to another property** if the problem is not resolved promptly. Additionally, the client inquired about the process of **breaking her lease legally** and recovering the **$3,000 security deposit** she previously paid, to apply those funds toward her moving expenses and securing a new unit.

**Steps Taken Today:**

1. **Reviewed Client's Rights Under Minnesota Law:**

   - According to **Minnesota Statute §504B.161**, a landlord is required to:

     - Maintain the premises in **reasonable repair** and **fit for use**.

     - Comply with all applicable **health, safety, and building codes**, which includes **proper pest control and extermination** measures.

   - If the landlord fails to meet these obligations, the tenant has several options:

     - **Send a Written Repair Request:** Tenants must notify landlords in writing and allow reasonable time to fix the issue.

     - **Rent Escrow Action:** If no repairs occur, the tenant can file an **escrow action** with the court and deposit rent there until the problem is resolved.

     - **Tenant Remedies Action (TRA):** Allows the tenant to ask the court to order the landlord to complete repairs or terminate the lease without penalty.

     - **Emergency Tenant Remedies Action (ETRA):** Can be filed for conditions that pose an **imminent threat to health or safety**, such as pest infestations.

     - **Lease Termination:** If habitability is not restored within a reasonable time after written notice, the tenant may request a lease termination and return of the full security deposit.

   - Under Section 8 rules, **HQS compliance is mandatory**, and if the landlord does not correct violations, the property may lose **housing assistance payments**, which can further justify lease termination without penalty.

2. **Informed Client of Findings and Provided Guidance:**

- Explained the legal options above and emphasized the importance of:

  - **Documenting everything** – photos of infestation, failed inspection report, communication with the landlord.

  - Keeping **copies of all letters, emails, texts, and voicemails** for evidence if legal action becomes necessary.

  - Continuing to **pay rent on time** until legal counsel advises otherwise or court action is initiated, to avoid potential eviction filings.

- Advised the client that if the landlord does not respond or resolve the issue promptly, she can pursue **legal remedies**, including court action for habitability or lease termination.

### 3. **Reached Out to Landlord:**

- Contacted the landlord by phone and email to request an **immediate extermination plan and timeline** for addressing the infestation.

- Explained the urgency of the situation due to:

  - The failed **Section 8 HQS inspection**, which jeopardizes subsidy payments.

  - The potential for legal action if habitability issues persist.

- Requested written confirmation of the exterminator appointment and treatment schedule to create a clear **paper trail** for the client's file.

### 4. **Planned Communication for Client:**

- Sent the client a detailed email summarizing:

  - Minnesota tenant rights and legal protections.

  - Steps the landlord is required to take.

  - The client's right to escalate through rent escrow, TRA/ETRA, or lease termination.

  - The importance of ongoing documentation for all communications and inspection findings.

- Attached links to **HOME Line (Tenant Hotline)** and **Southern Minnesota Regional Legal Services (SMRLS)** for free legal advice and representation.

## Next Steps and Action Plan:

- **Await Landlord Response:** Follow up in 48 hours if no timeline or exterminator schedule is provided.

- **Assist Client with Written Notice:** Prepare a **formal letter to landlord** stating the issue, referencing Minnesota Statute §504B.161, and requesting a resolution within a specific timeframe (e.g., 14 days).

- **Explore Transition Plan:**

  - If the issue is unresolved, assist the client in:

    - Requesting a **lease termination without penalty**.

    - Filing **rent escrow or TRA** in housing court, if necessary.

    - Requesting return of the **$3,000 security deposit** in writing.

- Begin compiling **alternative housing options** and potential **financial assistance programs** to support relocation.

- **Legal Support Referral:** Provide direct contact information for legal aid organizations to guide the client through court filings if needed.

- **Section 8 Communication:** Inform the client to notify her Section 8 worker about the failed inspection and landlord's response (or lack thereof) to ensure compliance and prevent subsidy disruption.

**Legal & Support Resources for Client:**

- **HOME Line Tenant Hotline:** (612) 728-5767 – Free legal advice and tenant advocacy.

- **Southern Minnesota Regional Legal Services (SMRLS):** (877) 696-6529 – Legal representation for low-income tenants.

- **Minnesota Housing Link:** www.housinglink.org – Housing search and tenant education.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 07/24/2025
**Start & End Time :** 08:00:00 AM - 11:00:00 AM
**Service :** Housing Transition

**Notes :**

Met with client after she contacted staff in significant distress regarding an ongoing **mice infestation** in her recently leased apartment. Client shared that the issue has persisted despite prior pest control treatments conducted by the property management company. She provided photographic evidence of a dead mouse discovered in her bedroom and reported continued sightings of at least two additional mice within the unit.

Client expressed that this situation has become extremely frustrating and emotionally exhausting. She recently relocated to this apartment with the expectation of achieving housing stability and invested in **brand-new furniture**. However, the infestation has created an environment where she feels unsafe and uncomfortable. Client specifically stated that she frequently observes droppings in the **kitchen area, including countertops and stove**, which raises health and sanitation concerns. She expressed fear about the potential spread of disease and indicated she is avoiding unpacking personal belongings to prevent contamination.

Client reported feeling that this ongoing issue is impacting her **mental health**, contributing to stress and anxiety. She stated that after the progress she has made toward independence, she does not want to "go backwards" by remaining in an uninhabitable or unsafe living situation.

During the meeting, client disclosed that she would like to contact her landlord to discuss **terminating the lease and requesting the return of her $3,000 security deposit**, as she no longer feels this home is suitable for her. She indicated that remaining in this environment is causing significant distress and making her feel unhappy with her living arrangement.

Staff provided emotional support and acknowledged the client's concerns as valid. Staff reminded the client that pest remediation can take time but agreed that her frustration is understandable. Staff informed the client that the property owner has previously hired a **professional pest control company**; however, progress appears to be limited based on the client's recent observations.

To address the situation, staff immediately reached out to the **CADI Waiver team** to request advice on

possible next steps, including tenant rights, legal advocacy, and strategies for negotiating early lease termination if necessary. Staff also advised the client to continue documenting the issue by taking photographs and keeping a record of all sightings and pest control activity for potential formal complaints or legal processes.

**Next Steps:**

- Staff will follow up with the landlord/property management to obtain an updated timeline on extermination efforts and request confirmation of actions already taken.

- Continue communication with the CADI Waiver team for guidance and potential advocacy support regarding lease termination and deposit reimbursement.

- Assist client with exploring alternative housing options should relocation become necessary.

- Provide continued emotional support and schedule check-ins as the situation is impacting client's mental health.

- Ensure all documentation, including photos and communication logs, are kept in the client's file for reference if legal action or tenant rights intervention is needed.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 07/22/2025
**Start & End Time :** 09:00:00 AM - 11:30:00 AM
**Service :** Housing Transition
**Notes :**

Met with client to discuss ongoing issues related to **unsanitary living conditions caused by a severe mouse infestation** in their current unit. Client reported that the situation has become increasingly distressing and expressed significant frustration and concern about health and property damage. According to the client, mice have been actively present throughout the apartment, leaving **droppings and urine in multiple areas**, which creates a strong odor and raises health concerns. Additionally, mice have been **chewing through personal items**, creating additional financial and emotional stress for the client.

Client explained that this infestation has severely impacted their ability to settle into the unit, as they feel uncomfortable unpacking and placing their new belongings for fear they will be contaminated or destroyed. Client emphasized that they were hoping this unit would provide a fresh start, and the current conditions are creating an unsafe and emotionally overwhelming environment.

Client confirmed that a recent **Section 8 inspection failed due to this issue**, and the landlord/property management company was instructed to hire a licensed pest control vendor to remediate the problem. The client acknowledged that treatments have occurred specifically for **roach infestations,** and they have noticed a significant reduction in that area; however, no measurable progress has been made regarding the **rodent issue**, which remains ongoing.

Client expressed concern about the landlord's compliance with housing quality standards and raised questions about **tenant rights under these circumstances**. They specifically asked what options are available if the infestation continues unresolved, including whether it would be possible to **terminate the lease without penalty** and **recover their security deposit** to pursue alternative housing.

Staff validated the client's concerns and explained that while pest infestations often require multiple treatments to fully resolve, landlords are legally obligated to maintain the unit in a habitable condition under Minnesota tenant laws and HUD Housing Quality Standards for Section 8 programs. Advised client to allow for

additional time for remediation while creating a clear **documented timeline** for treatments and expected progress.

**Action Plan:**

- Informed client that I will **contact the landlord/property management** to request a detailed update regarding:
    - When and how many rodent treatments have occurred
    - What specific methods have been used for rodent elimination
    - The proposed timeline for resolution
- I will also request that the landlord confirm these steps in writing for documentation purposes. This will create a **paper trail in case the client wishes to pursue early lease termination**.
- Advised client that if the issue is not resolved within a reasonable timeframe, staff will assist with next steps, which may include:
    - Filing a formal complaint with the local housing authority
    - Consulting legal aid for tenant rights enforcement
    - Exploring relocation options using the current housing voucher
- Agreed to set a **specific deadline** for progress once an official update is received from the landlord.

Client expressed relief that steps are being taken but remains anxious about the current living conditions. Client indicated they are willing to cooperate while additional treatments are scheduled but reiterated that if the problem persists, they will pursue moving out.

Finally, staff committed to **emailing the client's housing support team** to provide an update on the situation and to **request additional transitional service hours**. These hours will help ensure the client has adequate support for navigating this challenging process, including advocacy, housing search assistance if necessary, and mental health check-ins as the stress level has increased significantly due to this issue.

**Next Steps:**

- Contact landlord for treatment timeline and written confirmation of remediation plan
- Send follow-up email to client's team outlining situation and request for extra support hours
- Monitor progress and maintain documentation of all communications
- Prepare alternative housing options if remediation fails within established timeframe
- Provide legal aid and tenant resource referrals if the situation escalates

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 07/15/2025
**Start & End Time :** 05:30:00 PM - 06:30:00 PM
**Service :** Housing Transition
**Notes :**

Spoke with the client regarding her ongoing concerns with **mice and roach infestations** in her current apartment unit. The client reported that a **Section 8 housing inspection** was recently conducted, during which the inspector observed **visible evidence of pests**, including both rodents and roaches. As a result, the unit was cited for non-compliance with Section 8 housing standards.

The inspector informed the client that the **landlord is required to bring the apartment into full compliance** no later than the **end of July**. Specifically, this includes hiring a **professional licensed pest control company** to thoroughly treat the unit. In addition, the inspector stated that a **certification letter** must be completed and signed by both the **landlord and the tenant**, verifying that the pest issue has been properly resolved.

The client shared that the landlord has since hired a pest control company, and that **treatment has been initiated** within the last week. However, despite this initial intervention, the client states that she is **still actively seeing both mice and roaches** in various areas of her unit. She remains highly concerned, citing the impact on her health and the unsanitary nature of the environment. She emphasized that she is **allergic to roaches**, and that the presence of mice poses a significant health hazard, particularly due to the potential transmission of disease.

The client expressed reluctance to **sign the clearance letter** from the landlord, as she does **not believe the issue has been fully resolved**. I advised her that this was a reasonable concern and that it is appropriate to **withhold her signature** until she can confirm that the pests have been eradicated and the home is safe and clean. I explained that **multiple treatments are often required**, and it may take time for the full effectiveness of the pest control measures to become apparent. I encouraged her to **closely monitor the situation** over the next week and document any continued sightings or concerns.

At the client's request, I will be **reaching out to the landlord directly** to:

- Reinforce the urgency of fully resolving the pest issue.
- Emphasize the importance of continued professional treatment and follow-up.
- Advise that the client will not be signing the resolution letter until the problem is verifiably addressed.

The client stated that if the pest problem is **not resolved in a timely and thorough manner**, she would like to explore **options to break her lease**. She does **not feel safe** in the unit due to the ongoing infestation, and she views it as an **unhealthy and unacceptable living environment**. We discussed that breaking a lease under these conditions may be possible if the unit fails to meet housing quality standards and proper remediation efforts are not made. I advised her to continue documenting all signs of pests, take photos if possible, and maintain copies of all communication with management or maintenance.

**Next Steps:**

- I will contact the landlord to communicate the client's ongoing concerns and verify next steps for treatment.
- Monitor pest activity and treatment effectiveness over the coming week.
- Hold off on signing clearance documentation until the client confirms resolution.
- Begin reviewing tenant rights and lease termination options if conditions remain substandard.
- Explore backup housing options if the client decides to pursue lease break.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 07/10/2025

**Start & End Time :** 04:00:00 PM - 06:30:00 PM

**Service :** Housing Transition

**Notes :**

Reviewed the client's **Person-Centered Plan (PCP)** and case notes to ensure timely follow-up and service coordination. During the review, I noted that the client is **due for her 6.1 Experience renewal**, which is required for ongoing program eligibility and documentation updates.

I contacted the client to inform her of the upcoming recertification. During the call, we spoke in-depth about her **ongoing pest issues** in her current apartment. The client reported that the property management recently **sprayed for pests and provided mouse traps**, but failed to **seal the entry points** where the mice have been entering the unit. She stated that the issue has not been resolved and that she continues to see **mice droppings on her counters and throughout the unit**, despite maintaining a clean home.

The client expressed concerns regarding the **health implications** of prolonged exposure to mouse droppings and urine, especially with the **carpet retaining odor and bacteria**. She requested that the landlord:

1. **Seal all visible holes and entry points** where pests may be entering

2. **Replace the carpet**, citing contamination concerns due to pest droppings and urine

I drafted and **sent an email to the client's landlord**, outlining these specific concerns and formal requests on her behalf. The email included a request for:

- Immediate pest remediation beyond traps and spraying
- Professional sealing of all holes and access points
- Consideration for carpet replacement as a health and safety measure

Additionally, I **scheduled the client's 6.1 Experience Renewal appointment for Monday, July 22 at 1:00 PM**, where we will complete the necessary documentation and follow up on any unresolved housing issues or support needs.

Next steps include:

- Monitoring for a response from the landlord
- Following up with the client after the renewal appointment
- Assisting with advocacy or referrals if the pest problem persists or worsens

I will continue to support the client in ensuring her housing is safe, sanitary, and in compliance with program standards.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 07/10/2025

**Start & End Time :** 08:30:00 AM - 11:00:00 AM

**Service :** Housing Transition

**Notes :**

Reviewed the client's Person-Centered Plan (PCP) and previous case notes to maintain continuity of care and to track progress regarding her housing stability. Recently, I sent the client a copy of the **furniture and**

**household items list** that was purchased for her move. The client **confirmed receipt of all items** and verified that everything on the list was delivered and in her possession.

The client recently had a **Section 8 housing inspection** conducted at her current unit. The inspection revealed **visible evidence of roaches and mice**, and as a result, the unit was deemed **not up to code under HUD Housing Quality Standards (HQS)**. A formal letter was issued stating that a **licensed, professional exterminator** must be hired to address the infestation in order to comply with Section 8 requirements.

The client promptly notified her housing provider and landlord. In response, the landlord **contracted a pest control company**, and professional treatment has either begun or is scheduled. The client expressed serious concern about unpacking her items in a space that is currently infested, citing the risk of contaminating or damaging her new furniture and household belongings.

While the client remains **hopeful that the pest treatment will be effective**, she also shared that if the infestation **is not fully eradicated**, she is **considering terminating her lease** and exploring new housing options under her Section 8 voucher.

In addition, **Section 8 has requested that both the client and the landlord sign and return a form** verifying that the pest issue has been resolved and the unit is in compliance. I advised the client to **wait before signing the form,** and to give the treatment some time to take effect and ensure the unit is truly pest-free. The landlord has until the **end of the month** to bring the property into compliance.

Section 8 Housing Search

In anticipation of the client potentially needing to move, I began compiling a list of **Section 8-eligible housing options** in the metro area that are known to work with voucher holders and may have more responsive property management. The following units and developments were identified and will be shared with the client:

## Section 8 Housing Options – Twin Cities Area

### 1. Dominium Properties – Various Locations

- Accept Section 8 and other subsidies
- Locations in St. Paul, Brooklyn Park, and Burnsville
- Studio and 1BR options
- Contact: (763) 354-5500
- Website: www.dominiumapartments.com

### 2. Aeon Affordable Housing

- Properties throughout Minneapolis and St. Paul
- Known to be voucher-friendly and include supportive services
- Contact: (612) 341-3148
- Website: www.aeon.org

### 3. CommonBond Communities

- Offers affordable and subsidized housing, including for Section 8 voucher holders
- Multiple family and individual units across Ramsey and Hennepin Counties
- Contact: (651) 291-1750
- Website: www.commonbond.org

### 4. PPL (Project for Pride in Living)

- Background-friendly and income-based units
- Accepts Section 8 and has student/family housing available
- Contact: (612) 455-5100
- Website: www.ppl-inc.org

### 5. St. Paul Public Housing Agency – Project-Based Voucher Units

- Waitlists may be open for certain developments
- Units meet HUD and PHA standards for habitability
- Contact: (651) 298-5158
- Website: www.stpha.org

I will continue updating this list and researching any waitlist openings or immediate availabilities. Will also assist the client with screening application requirements and preparing supporting documentation if she decides to move forward with a new unit. A follow-up will be scheduled in the coming week to check on the effectiveness of the pest control treatment and reassess the client's plan of action.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 07/01/2025
**Start & End Time :** 08:30:00 AM - 11:30:00 AM
**Service :** Housing Transition
**Notes :**

### Meeting Preparation:

In preparation for today's scheduled meeting, I reviewed the client's prior case notes, including documentation of previously reported pest issues, communication with the property manager, and the client's ongoing attempts to maintain the habitability of her home. I also reviewed details of her Section 8 voucher and inspection timeline to ensure informed support could be provided.

### Summary of Client Meeting:

Met with the client in her home to discuss recent updates regarding her housing and health conditions. The client informed me that she **received formal correspondence from Section 8 following the Housing Quality Standards (HQS) inspection** conducted on **June 26, 2025**. The inspection identified **major violations**, including **visible rat and roach infestations**, which present serious health and safety hazards.

According to the letter she received:

- The **property must comply** with inspection requirements and remedy the infestation by hiring a **licensed pest control professional.**
- The **apartment must be brought up to full code compliance within 30 days** from the date of the inspection.
- A **compliance verification form must be completed, signed, and returned** to Section 8 within the specified window.
- Section 8 will **return for a re-inspection** to confirm that the unit has been properly treated and brought into livable condition.

**Client Concerns and Observations:**

The client reported that she has observed **a reduction in visible roaches** over the past week, possibly due to limited pest control efforts or her own interventions. However, she continues to see **active signs of mice**, including:

- Droppings in cabinets and corners
- Chewed food packaging
- Scratching noises in the walls at night
- Chewed foam and gaps in sealed areas

During the home visit, the client provided a **tour of the apartment** and showed multiple areas where she has independently attempted to mitigate the issue by:

- Applying **foam insulation to seal holes** along baseboards, under sinks, and behind appliances
- Using **steel wool and makeshift barriers** to prevent mice from entering rooms
- Placing store-bought traps in areas of high activity

Despite her consistent efforts, she noted that she **feels defeated and unsafe** in the unit. The persistent presence of pests has left her feeling **anxious and unable to settle into the space**, particularly because she has a child in the home. The client fears the ongoing pest activity is **unsanitary, emotionally draining**, and will eventually **lead to health problems** for her and her family.

**Furniture & Household Items Delivery Delayed Due to Conditions:**

The client also reported that she has **begun receiving household items and furniture** purchased through a funding source that was previously coordinated. While she is grateful to have received these much-needed items, she shared that she **has not begun unpacking, assembling, or organizing** her furniture due to the continued infestation.

She expressed fear of **contaminating new items** and concern that setting them up now could result in pest damage or result in them having to be discarded or professionally cleaned if the infestation is not resolved. She reported feeling like she's **"living out of boxes"** despite trying to make progress toward stabilization.

This sense of **stagnation and environmental insecurity** is negatively impacting her mental health, ability to parent comfortably, and sense of ownership or dignity in her living space.

**Advocacy & Action Plan:**

The client emphasized that she would like to see the **property management company be more responsive and proactive** in resolving the problem. She shared past frustrations that her complaints were minimized or met with short-term solutions like placing traps or conducting light spraying, rather than performing thorough extermination or structural repair.

In response, I advised the client that I would **draft and send an email to the property management company** to:

- Notify them that the client has received official **Section 8 inspection results and compliance instructions**
- **Reiterate the 30-day remediation deadline**
- Inquire about their **plan to hire a licensed exterminator**
- Request details on how the client will be informed of treatment dates
- Ask for documentation that will be submitted to Section 8
- Request regular updates so the client can prepare the unit as needed for extermination

I will also **follow up with the client weekly** leading up to the compliance deadline to track progress and ensure she is aware of any appointments or required actions on her end.

**Request for Social Work Referral:**

During our meeting, the client also expressed a desire to be connected with a **social worker or case manager** to provide **ongoing support** with:

- Navigating complex communications with property management and Section 8
- Addressing emotional fatigue and stress from unsafe living conditions
- Coordinating additional community services and mental health support
- Advocating for her and her child's needs in a more structured and long-term way

She shared that managing these issues on her own has been overwhelming and that she would feel more confident if she had a dedicated support person to help her stay organized and emotionally grounded during this transition period.

I will begin researching **county-based or nonprofit social work services** that specialize in housing stabilization and client advocacy, and plan to provide referral options at our next check-in.

**Next Steps:**

1. **Email property management** to inform them of the Section 8 findings, request their action plan, and advocate for prompt pest remediation with professional treatment.
2. **Follow up with the client regularly** until the re-inspection occurs, ensuring the unit is being treated and that Section 8's requirements are being met within the 30-day window.
3. **Coordinate referrals** for social work services, prioritizing organizations that serve families, offer housing advocacy, or provide emotional support during transitions.
4. Assist client with identifying **storage or protective options** for new furniture if pest treatment is delayed beyond the expected timeline.
5. Continue working collaboratively to ensure the client can fully settle into her unit in a clean, safe, and healthy environment.

**Client remains highly engaged and cooperative** despite a challenging living situation. She is committed to improving her home conditions, protecting her family's health, and moving toward long-term housing stability.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 06/26/2025

**Start & End Time :** 01:00:00 PM - 03:30:00 PM

**Service :** Housing Transition

**Notes :**

Spoke with the client regarding her recent Section 8 housing inspection. Following the inspection, the landlord conducted a walk-through of the unit and addressed several issues, including replenishing missing items from the freezer. During the visit, the client was able to show the landlord specific areas where she has observed mice and roaches. The landlord informed her that the building is undergoing ongoing pest treatment and assured that treatments will continue regularly to manage the infestation.

The landlord also provided new mouse traps and scheduled the next pest treatment visit. Despite this, the client remains concerned about the pest problem and the impact it has on her living conditions.

I advised the client that pest control efforts often require persistence and time before the problem is fully resolved. I emphasized the importance of maintaining cleanliness in the home to support and accelerate the effectiveness of professional pest treatments.

To further assist the client, I researched and shared practical tips on how to help control and reduce mice and roach infestations, empowering her to take active steps alongside the landlord's pest control measures.

**Tips to Get Rid of Mice:**

1. **Seal Entry Points:** Inspect the home carefully and seal cracks, holes, and gaps around doors, windows, pipes, and vents to prevent mice from entering. Use steel wool, caulk, or weatherstripping.

2. **Set Traps Strategically:** Place snap traps or live traps along walls, behind appliances, and near areas where mice have been seen. Use peanut butter or chocolate as bait.

3. **Keep Food Stored Securely:** Store all food, including pet food, in airtight containers. Clean up crumbs and spills promptly.

4. **Remove Clutter:** Declutter storage areas and keep them tidy to eliminate potential nesting spots.

5. **Maintain Cleanliness:** Take out trash regularly and keep garbage bins sealed.

6. **Use Natural Repellents:** Peppermint oil-soaked cotton balls placed in entry points and problem areas may deter mice.

**Tips to Get Rid of Roaches:**

1. **Eliminate Food and Water Sources:** Do not leave dirty dishes out, wipe counters daily, and fix any leaks under sinks or pipes.

2. **Clean Thoroughly:** Vacuum and mop floors regularly, paying close attention to cracks and corners.

3. **Seal Entry Points:** Use caulk to seal cracks and crevices around baseboards, cabinets, and appliances.

4. **Use Baits and Traps:** Place roach baits or glue traps in high-activity areas such as behind the refrigerator, under sinks, and along walls.

5. **Reduce Moisture:** Roaches thrive in damp environments, so use a dehumidifier or increase ventilation in bathrooms and kitchens.

6. **Dispose of Garbage Properly:** Empty trash frequently and use bins with tight-fitting lids.

I encouraged the client to implement these strategies alongside the landlord's professional pest control efforts to help expedite resolution. I will continue to monitor the client's concerns and follow up on pest control progress during future visits.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 06/25/2025
**Start & End Time :** 10:30:00 AM - 12:15:00 PM
**Service :** Housing Transition
**Notes :**

Spoke with the client's CADI Waiver case manager regarding the household furniture and essential items list

that was submitted on behalf of the client. During our discussion, it was noted that while most of the items appeared appropriate and aligned with waiver guidelines, the total amount exceeded the allocated funding limit by a small margin. The CADI worker requested that the list be adjusted and resubmitted for final approval.

I contacted the client to discuss the feedback and walked through the submitted list with them item by item. Together, we reviewed the purchases, identifying a few higher-cost items that could either be removed, modified, or replaced with more cost-effective alternatives in order to bring the total within the approved budget parameters. The client was fully cooperative throughout the process and understood the need to make the necessary changes in order to move forward with the purchase.

Once adjustments were made and confirmed by the client, I resubmitted the revised list of links to the CADI worker for final review. Shortly afterward, I received confirmation that the updated list was approved in full and met the waiver requirements. I then followed up with the client to share the good news and review the next steps in the process.

The client expressed sincere gratitude for the support and was relieved that the items had been approved. We confirmed the delivery address where the furniture and household items should be shipped, and I documented it to ensure smooth coordination with vendors or service providers facilitating the purchases.

Client stated that receiving these items will make a significant difference in her ability to create a safe, functional, and comfortable home for herself and her family. I will continue to follow up as needed to monitor the status of delivery and assist the client with any remaining needs related to the transition into her new space.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 06/24/2025
**Start & End Time :** 11:45:00 AM - 02:00:00 PM
**Service :** Housing Transition
**Notes :**

The client reached out today to share an updated list of furniture and essential household items that are still needed in their new living space. After settling in, the client had the opportunity to evaluate what has been acquired so far and identify key items that remain outstanding. The updated list reflects necessary items for daily living, including but not limited to: **bedroom furnishings, living room seating, kitchenware, storage solutions, linens, and cleaning supplies**. The client emphasized the importance of securing these items to create a livable and safe environment for themselves and their family.

In response, I worked closely with the client to carefully review and prioritize the updated items. Together, we discussed pricing, item quality, and shipping timelines to ensure selections were both cost-effective and practical. I recreated the list using a **shared Google document**, organizing the information by item category. For each item, I included a direct **retail link, item description, unit price, quantity needed, and total cost per item**, as well as a **running total** to track the overall remaining budget. This format was intended to streamline the approval process and provide the client's team with clear, actionable information.

While finalizing the document, I received an **urgent email from the client's transitional housing team**, notifying me that the client's **transitional case is scheduled to close by the end of this week**. The email clarified that **all final purchase requests must be submitted immediately** in order to be processed before the file is formally closed. This update added significant urgency to the situation, as any delay could result in the client losing access to remaining funds allocated for move-in support.

Given the time-sensitive nature of the request, I prioritized the submission and ensured that the document was complete, accurate, and accessible. Once finalized, I immediately sent the updated Google document via email

to all relevant team members involved in the client's transitional housing case. In the email, I explained the circumstances, emphasized the urgent timeline, and requested prompt review and approval to ensure the client is able to receive the necessary items before the case closes. I also offered to assist with processing purchases directly, if needed, to expedite the process further.

I informed the client that the list was submitted and explained the urgency communicated by the team. The client expressed gratitude and is hopeful that the request will be approved in time. We also briefly discussed contingency planning in the event that some items are delayed or cannot be covered under the transitional funds. I reassured the client that I will continue to monitor the status of the request closely, follow up with the team as needed, and provide support throughout the purchasing and fulfillment process.

Next steps will include confirming which items are approved, coordinating purchases or reimbursements, and ensuring timely delivery or pickup of approved goods. All progress and communication will be documented accordingly in the client's case file.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 06/23/2025
**Start & End Time :** 11:00:00 AM - 01:00:00 PM
**Service :** Housing Transition

**Notes :**

Today, I worked closely with the client to support her ongoing efforts in setting up her new household. The client had identified additional furniture and household items that she still needs in order to make her living space functional, comfortable, and safe for herself and her family. Together, we reviewed the items to ensure that they were essential and appropriate given her current situation and the available funding.

I assisted the client in **updating and organizing the purchase list**, which included a range of items such as furniture (e.g., beds, dressers, seating), basic household goods (e.g., kitchenware, linens, cleaning supplies), and small appliances. As part of this process, I helped the client create a detailed **Google document** containing direct links to the selected items from reputable retailers, along with pricing information for each item. This document was designed to be clear, organized, and easy for her support team to review.

Once the list was finalized, I **submitted the document to the client's team for approval**, providing context regarding the purpose of the list and how the requested items align with the client's move-in needs and remaining budget. I ensured that the submission included all necessary information so the team could make an informed decision and approve the purchases without delay.

The client expressed appreciation for the support and is hopeful that the team will approve the items promptly so that she can continue to establish a safe and stable living environment. I will monitor for updates from the team and remain available to assist with the purchasing process once approval is granted. Additionally, I will provide ongoing support to ensure that all items are received and set up appropriately in the client's new home.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 06/18/2025
**Start & End Time :** 10:00:00 AM - 01:00:00 PM
**Service :** Housing Transition

**Notes :**

Met with the client at her residence to provide direct support in preparation for her **upcoming Section 8 housing inspection**, which is scheduled for **6/26**. We began by sitting down together to go over what the Section 8 inspection process typically entails. I explained the purpose of these inspections, the types of conditions inspectors are looking for, and common issues that can arise during inspections that may impact compliance or delay the approval process. I shared general guidance on what the inspector will likely assess, including the condition of appliances, smoke detectors, windows, doors, flooring, plumbing fixtures, and overall cleanliness and safety of the unit. The client asked thoughtful questions throughout, expressing a desire to ensure that her home meets all necessary standards so she can maintain her housing stability without risk of issues arising during the inspection.

After this discussion, the client guided me on a **full walkthrough of her apartment**, showing me various areas of concern she wanted to bring to my attention. As we moved through each room, the client pointed out specific maintenance problems and general conditions that she felt might need addressing before the inspection date. These included items such as minor repairs, wear and tear in certain areas, and spaces where she wanted to be proactive to ensure they would not be flagged by the inspector. We discussed potential next steps for addressing these concerns, including what could be managed directly by the client and what might require follow-up with the landlord or property management to resolve. I provided feedback and suggestions on low-cost or no-cost strategies to improve the presentation of the unit where possible.

Following the walkthrough, we shifted focus to addressing the client's **remaining household needs**. The client shared that she still has funds available from her **moving assistance budget** and wanted to use these resources thoughtfully to purchase essential furniture and household items that would help her feel more settled and organized in her new space. Together, we accessed **Amazon** and identified items that the client prioritized, including basic furniture pieces, small appliances, organizational tools, and other necessities that would enhance the comfort, functionality, and appearance of the home.

As we reviewed options, I assisted the client in comparing prices, evaluating features, and ensuring that selections stayed within her remaining budget. The client was actively engaged in this process, considering both practical needs and cost-efficiency to make the most of her funds. I created a **Google document** that includes a clear, itemized list of each selected product, with direct links to the Amazon listings, individual prices, and a running total to monitor how the purchases align with the remaining budget. This document was designed to make it easy for the client's team to review, approve, and move forward with placing orders in a timely manner.

After finalizing the list, I sent the **Google document to the client's full team**, ensuring that everyone involved in supporting the client's housing stability has access to the details. I included a note emphasizing the importance of moving forward with the purchases soon so the items can arrive and be in place ahead of the inspection, helping to present the home in the best possible light.

The client expressed gratitude for the support and shared that she feels more confident about preparing for the inspection and finalizing her household setup. I will continue to follow up with both the client and her team to monitor progress on the purchases, assist in any further communication with the landlord regarding repairs, and provide additional guidance as needed as we approach the inspection date.

Additionally, I plan to check in with the client shortly before the inspection to offer a final review and walkthrough if desired, and to ensure that all necessary preparations have been made.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 06/17/2025
**Start & End Time :** 05:00:00 PM - 06:15:00 PM
**Service :** Housing Transition

**Notes :**

The client reached out to request assistance with planning for both immediate household needs and longer-term financial goals. She expressed interest in scheduling a time to **compile a list of furniture and essential household items** that she plans to purchase using the remaining **$1,500 in moving assistance funds**. The client wants to ensure these funds are used wisely to furnish her current home with necessary items while staying within budget.

In addition, the client shared that she is eager to **review and develop a budget**. She is focused on creating a plan that will allow her to begin **saving money regularly** and to work on **building and improving her credit**. These efforts are part of her broader goal to strengthen her financial stability so that, when she is ready to move in the future, she will be well-positioned to secure better housing.

A meeting has been **scheduled for 6/18** to work through these goals together.

**Next Steps:**

- Meet with the client on 6/18 to:
    - Create a prioritized list of furniture and household items for purchase.
    - Identify cost-effective options and resources for obtaining these items.
    - Develop a budget that supports savings and financial stability.
    - Review strategies and tools for building or repairing credit.
- Provide referrals or resources for affordable furniture or household goods as appropriate.
- Assist the client in setting up a plan for monitoring spending, saving, and tracking credit progress over time.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 06/12/2025
**Start & End Time :** 03:00:00 PM - 05:30:00 PM
**Service :** Housing Transition

**Notes :**

Connected with the client today to follow up on the housing concerns that had previously been raised regarding pest control, general maintenance, and unit repairs at her current residence. The client reported significant and positive progress since I sent a formal email to the landlord/property management team on her behalf outlining these concerns. She shared that the management has been very responsive and proactive in addressing the issues that were brought to their attention.

According to the client, the landlord and maintenance team have taken the following actions:

- **Pest control:** The hallways and common areas have been thoroughly sprayed in an effort to address the pest activity that the client had previously reported. Additionally, the management team entered the client's unit to inspect for pest presence and laid new traps to help mitigate the issue further. The client expressed that this action has made her feel that the issue is being taken seriously and that the situation is improving.
- **Unit repairs:** The maintenance team repaired the refrigerator door, which had been a significant concern for the client due to the faulty seal that was affecting food storage and safety. The client confirmed that the refrigerator is now functioning properly.

- **Structural concerns:** Holes that the client had identified inside the unit—areas she was worried could contribute to pest activity or create other risks—were patched and repaired. The client noted that she feels reassured seeing these repairs completed, as they help improve the safety and overall condition of the home.

The client expressed appreciation that the landlord acted swiftly following our outreach and stated that she feels more comfortable in her unit now that these initial concerns have been addressed.

In addition to discussing the progress on the maintenance and pest control issues, the client and I set a time to meet to take the next steps in improving her housing stability and overall living environment. We agreed to meet to develop a detailed list of the remaining household needs and outstanding furniture or essential items that she still requires. These may include beds, seating, storage items, and other basic necessities that are critical for the safety and comfort of her family. During the meeting, we will identify priorities and create a plan for securing these items, whether through referrals to community resources, furniture banks, charitable organizations, or emergency assistance programs.

We also briefly discussed possible resources that could assist in obtaining these items, and I will begin researching available programs in advance of our next meeting to streamline the process. The client was receptive to this plan and expressed that having support in identifying and accessing these resources would be very helpful.

**Next Steps:**

- Meet with the client at the agreed-upon time to create a comprehensive and prioritized list of remaining household goods, furniture, and basic necessities.

- Research and compile a list of potential furniture banks, charitable organizations, community assistance programs, and other local resources that may be able to help meet these needs.

- Support the client in making referrals or completing applications to obtain assistance with household items.

- Continue monitoring the progress of the pest control measures and maintenance work to ensure that conditions within the unit remain safe and stable. Encourage the client to report any further issues so they can be addressed promptly.

- Remain available to assist the client with additional housing-related concerns as they arise, including ongoing communication with the landlord if necessary.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 06/09/2025

**Start & End Time :** 02:00:00 PM - 04:00:00 PM

**Service :** Housing Transition

**Notes :**

The client initiated contact to provide important updates regarding the **Supplemental Nutrition Assistance Program (SNAP) application** I submitted on her behalf, as well as a report on **recent responses from her property management team** following a formal email I drafted and sent to address ongoing pest control and maintenance concerns at her current residence.

### 1. SNAP (Food Stamp) Application Status Update:
The client shared that she recently received a call from her county's **Human Services office** in reference to

the SNAP application I completed and submitted for her. During the call, she participated in a standard phone interview, during which she was asked several follow-up questions to verify key eligibility criteria. Topics reportedly discussed included:

- Her **household size and composition**, including number of dependents
- **Current income** and recent changes to her employment status
- **Monthly expenses**, including rent, utilities, and childcare costs

The client reported that she answered all questions to the best of her ability and was advised by the worker that a **final determination regarding her eligibility** for food assistance would be made and mailed or posted to her online portal **by the end of the week**. The client expressed a mix of relief and anticipation, stating that if approved, these benefits will provide significant support in meeting the nutritional needs of her household during a financially difficult time.

I validated her efforts in completing the phone interview, commended her for being proactive, and advised her to notify me immediately upon receiving the determination notice so we can review it together. I also reminded her that if the application is denied or only partially approved, she has the **right to appeal** or request a fair hearing, and I will assist her with that process if needed.

**2. Property Management Response to Pest and Maintenance Complaint:**
The client also provided an update related to the **formal complaint email** I submitted to her property management office on her behalf, which detailed **ongoing issues with rodent and insect activity**, along with unresolved **appliance repair needs** — specifically concerning her **refrigerator**.

The client shared that since the submission of the email, there has been a noticeable shift in the responsiveness of management. She reported the following corrective actions and communication from staff:

- The **hallways of the building have been professionally sprayed** for pests, suggesting that the property has taken steps to contract with or dispatch a pest control service.
- **New rodent traps have been placed** in problem areas, which may help reduce infestation activity if monitored and maintained properly.
- The client was also told that the **part needed to repair the refrigerator has been ordered**, and staff will follow up to complete the repair as soon as it arrives. She did not receive an exact timeline but was reassured that the issue remains on their radar.

The client expressed cautious optimism regarding these developments. She stated that while she is pleased to see some movement and attention from the property management, she remains hopeful that **these efforts will be consistent and result in a complete resolution**, not just temporary or surface-level action.

I affirmed her right to a clean, safe, and fully functional living environment and encouraged her to continue documenting any issues that arise. I also advised her to notify me immediately if the pest activity resumes, if traps are not maintained, or if the refrigerator repair is significantly delayed. In that case, I am prepared to follow up with additional written correspondence or escalate the matter to **local housing authorities or tenant advocacy services**, if necessary.

**Next Steps & Plan of Action:**

- **Follow up with the client by week's end** to confirm the outcome of the SNAP application and assist with next steps based on the determination
- **Continue monitoring the property's response** to pest control and maintenance; provide ongoing advocacy if issues are unresolved
- If conditions do not improve, explore tenant rights resources and agencies (e.g., Legal Aid, local inspections office) to file a formal housing quality complaint
- Stay in regular contact with the client to provide emotional support and resource navigation as she

works toward greater housing and food stability

**Client continues to demonstrate consistent follow-through, advocacy for her household, and engagement in services.** She is effectively navigating complex systems with support and remains motivated to improve her family's living situation. Ongoing case management will focus on supporting her in achieving these goals and ensuring her basic needs are met in a safe and sustainable way.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 06/05/2025

**Start & End Time :** 11:00:00 AM - 12:15:00 PM

**Service :** Housing Transition

**Notes :**

Reviewed ongoing concerns raised by the client regarding conditions in her rental unit, including unresolved maintenance issues and pest control needs. On the client's behalf, I drafted and prepared a detailed formal email addressed to the property management company to outline and request remediation of the following documented issues:

- Persistent rodent activity inside the unit despite the presence of bait boxes and sealing attempts (e.g., chewed-through foam and remaining open entry points).
- Request for a professional exterminator and review or replacement of current pest control equipment in the unit.
- Unresolved repair needs including:
    - Pending installation of a refrigerator part.
    - Concerns regarding the condition and cleanliness of the carpet upon move-in (client requesting confirmation of professional cleaning).
    - Holes present in the closet walls needing repair.
    - Roach sightings in the building's common hallway areas.
    - Nests observed on the exterior deck needing removal for safety and sanitation.

The tone of the email was professional and respectful, while clearly communicating the urgency of the client's concerns and requesting actionable next steps from management.

In addition, I followed up with the property manager (Diana) to acknowledge her willingness to waive a previously disputed $200 carpet cleaning fee related to the client's security deposit refund. Confirmed client's acceptance of the adjusted refund amount. Requested clarification regarding:

- The method of refund issuance (e.g., check or direct deposit).
- The mailing address to which the refund will be sent.
- An estimated timeline for receipt of the refund.

These communications were made to advocate for the client's housing rights, improve habitability of her current unit, and ensure the return of appropriate deposit funds in a timely manner.

**Next Steps:**

- Await response from property management to confirm action plan for pest control and repairs.

- Follow up as needed on the timeline and method of security deposit refund issuance.

- Maintain regular communication with client to ensure all housing concerns are being addressed appropriately.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 06/04/2025

**Start & End Time :** 12:00:00 PM - 03:00:00 PM

**Service :** Housing Transition

**Notes :**

Met with the client to provide a detailed update regarding her current housing situation, specifically focusing on the status of her deposit refund, furniture purchasing timeline, and ongoing maintenance and pest control issues within her apartment.

The client was informed that the remaining balance of her security deposit refund is expected to be processed and sent out by June 11th. Additionally, I advised her that the funds allocated for furniture purchases, totaling $1,500, will not be available for use until June 22nd. Therefore, she will need to wait until that date to begin acquiring furniture and household items.

During the meeting, the client expressed serious concerns about pest infestations in her unit. She described multiple holes in various walls of the apartment that have become entry points for rodents. Maintenance personnel have responded by placing black rodent bait boxes around the unit, but unfortunately, the client has reported continued sightings of mice, including a recent sighting on Monday, June 2nd. This ongoing issue is causing considerable distress.

The client noted that the yellow foam deterrent placed by maintenance has been chewed through by rodents, rendering it ineffective. Due to the inadequate response and maintenance delays — the maintenance technician has reportedly been occupied with other tasks — the client requested that a licensed professional pest exterminator be brought in to address the rodent problem comprehensively and promptly.

To supplement maintenance efforts, the client has been personally purchasing and setting mouse traps throughout the apartment. While this has offered some temporary relief, it is not a sustainable or sufficient solution. She also noted that there are nests of roaches in the hallways outside her unit and on her deck, suggesting a broader infestation that might affect other tenants in the building.

In addition to pest-related issues, the client raised several maintenance concerns:

- The refrigerator is currently non-functional due to a part that has not yet been received or installed. This has significantly impacted her ability to store perishable food.

- The carpet was cleaned prior to her move-in, which she acknowledged positively, though she did not comment on its current condition.

- There are visible holes in the walls of her closet that require repair to prevent further pest entry and to improve the unit's condition.

- The stove in her unit has multiple burn marks, which she is concerned may affect its usability or pose a safety hazard.

- She requested that maintenance staff conduct regular inspections of the rodent traps to assess whether they need to be replaced, refilled, or reset, as pest activity continues.

The client is currently enduring these issues while trying to settle into her new home, and she expressed frustration about the length of time some of these problems have persisted. She has been actively engaging

with maintenance but would like additional support to ensure timely and effective resolution.

I assured the client that I would continue to advocate on her behalf with the property management and maintenance teams to:

- Confirm the exact timeline and method for her deposit refund disbursement
- Expedite the arrival and installation of the refrigerator part
- Arrange for a professional pest control service to comprehensively treat the unit and common areas
- Ensure the maintenance team repairs holes in the closet walls and inspects the stove for safety concerns
- Set up a schedule for regular pest trap checks until the infestation is resolved

**Next Steps:**

- Follow up with property management to verify the scheduled deposit refund date of June 11th and provide the client with confirmation
- Contact pest control service to request a prompt and thorough extermination treatment addressing rodents and roaches both inside the apartment and in building common areas such as hallways and decks
- Check with maintenance on the status of the refrigerator repair and expected part delivery timeline
- Schedule maintenance to repair holes in closet walls and inspect/repair the stove to ensure it is safe and functional
- Coordinate with maintenance to implement regular monitoring and replacement of rodent bait boxes and traps to reduce infestation levels
- Maintain open communication with the client to update her on progress and next steps, while continuing to provide support and advocacy to improve her living conditions

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 06/02/2025

**Start & End Time :** 09:00:00 AM - 11:00:00 AM

**Service :** Housing Transition

**Notes :**

Spoke with the client during a scheduled check-in call. The client initiated the call seeking updates on two key matters: (1) the anticipated timeline and process for receiving her **damage deposit refund from Bestpenn Properties**, and (2) clarification on how to proceed with accessing and using the **remaining balance of approved moving assistance funds** designated for the purchase of furniture and household essentials.

The client stated that she has not yet received her damage deposit refund from her former property manager, Bestpenn Properties, and is growing concerned about the delay. She wanted to know when the refund will be issued, in what form (check or direct deposit), and whether it would be sent directly to her or routed through our agency. I acknowledged her concerns and advised that I would contact Bestpenn Properties directly to follow up on the status of her deposit. Immediately following the call, I drafted and sent an inquiry email to the property manager requesting a formal update on the release of the client's damage deposit. I also placed a follow-up phone call and left a detailed voicemail with similar inquiries. Awaiting response.

In addition, the client is ready to begin utilizing her **remaining moving-related funds**, which total **$1,500**

**for furniture** and **$500 for household items**. She is eager to move forward and wanted guidance on the process—specifically whether she is allowed to select items herself (i.e., by providing direct links to furniture online), or whether she is restricted to choosing items from a pre-approved list managed by the agency or funding source.

To provide accurate direction, I contacted the internal team via email to confirm the protocol for accessing and using these funds. I asked whether the client can submit a list of desired items or whether the agency will provide and purchase selected items on her behalf based on a checklist. I am awaiting clarification and will inform the client immediately once I receive this guidance.

In the meantime, I scheduled an **in-person planning meeting** with the client to begin compiling a **preliminary list of furniture and household essentials** that she would like to prioritize, keeping her budget limits in mind. This list will help expedite the process once we receive direction from the funding administrator. I also plan to bring printed versions of common household item checklists to assist the client in identifying what is most needed and what may already be covered through other support programs.

During our call, the client also provided an update on her housing situation. She shared that she is still in the process of **unpacking and settling into her new unit** with support from her **homemaker**, who has been actively helping with organization and setup. She expressed that she is grateful for the overall condition of the apartment and mentioned that the unit is much **cleaner and better maintained** than her previous residence, which has made the transition feel more positive.

However, she also raised a concern regarding a **pest issue** she has encountered since moving in. The client reported signs of **insect activity and possible rodents** in the unit and expressed frustration as this is beginning to impact her comfort and peace of mind in the new space. I advised the client to immediately notify her current property manager or landlord in writing and keep a record of all communications. I also offered to assist in advocating on her behalf if the issue persists or if she encounters difficulty getting a timely response or resolution.

**Next Steps:**

- Await response from Bestpenn Properties regarding the status and expected release date of the damage deposit refund

- Follow up with internal team to confirm the correct procedure for utilizing remaining moving funds (furniture/household items) and to obtain any applicable item selection list

- Meet with the client in person to begin compiling a prioritized list of furniture and household items within her approved budget

- Provide client with sample item checklists to assist with planning

- Assist client with outreach to current property management regarding pest issue, if requested

- Continue monitoring client's housing transition to ensure all basic needs are met and to address any barriers to long-term stability

- Re-engage homemaker or supportive services team if further household setup support is needed

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 05/29/2025
**Start & End Time :** 08:15:00 AM - 10:30:00 AM
**Service :** Housing Transition
**Notes :**

Connected with the client by phone to follow up on her moving assistance and to clarify any outstanding questions she had regarding remaining funds and next steps. During the conversation, the client shared that she is feeling somewhat unsure about what portion of her moving assistance remains available, which specific items are considered approved expenses, and how to go about accessing and utilizing these supports. She stated that having a clearer understanding would help her plan more effectively for setting up her new home.

In response, I reached out to the internal team responsible for managing furniture and household goods disbursements to request a detailed breakdown of the client's remaining allocation. The team confirmed that the client is eligible for up to $1,500 in furniture and $500 for household items. They also clarified that the assistance can be used toward both new and gently used items, depending on availability and budget limitations. Additionally, they provided a standardized itemized checklist that clients must complete to indicate which items they are requesting. This list helps ensure the selection process is streamlined and stays within funding limits.

It was also communicated that while the client can select from a wide variety of items on the checklist, there is no guarantee that she will receive every item requested. The total value of items issued cannot exceed the $2,000 maximum allowance, and some items may be subject to availability or substitution (e.g., gently used vs. new). The team emphasized that items will be provided based on need, available inventory, and cost, and clients will receive a mix of new and used items, depending on what is in stock.

After receiving this information, I contacted the client again to relay the details of her remaining balance, explain how the item selection process works, and outline what to expect in terms of item availability and approval. I also emailed the official item checklist to the client so she could begin reviewing it and identifying her top priorities.

Scheduled an in-person meeting with the client to go over the checklist together, help her make informed selections, and provide support in completing the form thoroughly. This meeting will also serve as an opportunity to answer any additional questions, ensure all selections are within budget, and prepare the finalized list for submission to the furniture assistance team.

**Next Steps:**

- Meet with the client to complete the item checklist and prioritize essential items.

- Submit the completed checklist to the team for review and fulfillment.

- Follow up on the item delivery or pick-up process once selections are approved.

- Provide ongoing support to ensure the client's new living environment is fully furnished and meets her and her family's needs..

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 05/28/2025

**Start & End Time :** 03:30:00 PM - 04:30:00 PM

**Service :** Housing Transition

**Notes :**

Compiled necessary information and submitted a food stamp (SNAP) application on behalf of the client to support their access to food assistance. Will follow up to ensure timely processing and provide any additional documentation if requested.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 05/28/2025

**Start & End Time :** 01:30:00 PM - 03:30:00 PM

**Service :** Housing Transition

**Notes :**

Met with the client to discuss several updates and next steps regarding her current housing situation, legal matters, and supportive services.

### Security Deposit Reconsideration:

We reviewed the outcome of the client's request for a reconsideration of her security deposit refund. The original amount offered by the property management was $155.87. The client expressed that she believed this amount was unfair and did not accurately reflect the condition of the unit at the time of move-in, which she reported as having existing wear and cleanliness issues. Based on her concerns, I submitted a formal email to the property management team outlining the client's rebuttal and detailing her reasons for contesting the refund amount. After reviewing her concerns, the property management agreed to increase the refund by an additional $200. Although the client stated she was still not entirely satisfied with the final amount, she appreciated the increased reimbursement and, after reviewing the landlord's reasoning with me, agreed to accept the revised total and move forward without pursuing further dispute.

### Court Hearing and Sentencing Outcome:

The client had a court hearing scheduled today for sentencing related to a prior felony charge. She shared that as part of her plea agreement, she had pled guilty with the understanding that if she remained law-abiding and complied with all court-related conditions, the felony charge would be reduced to a misdemeanor. The client reported that during today's court appearance, the judge confirmed that she had fulfilled the necessary requirements, and her charge was officially reduced to a misdemeanor. She expressed relief and a sense of closure, stating that this outcome allows her to begin focusing more on long-term stability and employment opportunities.

### Moving Assistance Funds and Household Needs:

The client also inquired about the remaining balance of her moving assistance funds, specifically how much is left and what items or expenses the funds may be used toward. I contacted our team for clarification and explained to the client that we would review allowable expenses once I receive confirmation. To help her plan for her next steps, I scheduled an in-person meeting to begin compiling a list of household needs and essential items she would like to purchase using the remaining funds. Items discussed included basic furniture, kitchenware, cleaning supplies, and other necessities to help her establish a comfortable and functional living space for herself and her children.

### Expungement Interest and Legal Resources:

The client also expressed a desire to look into the possibility of expunging a previous charge from her record, as part of her long-term goals related to employment and housing opportunities. I informed her of expungement clinics hosted by the Attorney General's Office and offered to research upcoming events, including dates, locations, and registration procedures. I will follow up with her once I identify the next available clinic she can attend and will support her in gathering the documentation needed to prepare for the process.

### Food Support Application Assistance:

In addition, the client shared that she is interested in applying for food stamp benefits (SNAP) and requested assistance with completing the application. I informed her that I can walk her through the online application process, help her gather required documentation (such as proof of income, identification, and household expenses), and connect her with a local eligibility worker if needed. We plan to complete the application together during an upcoming meeting to ensure she receives support without delay.

Overall, the client appears motivated and is actively engaging in the necessary steps to stabilize her housing, improve her legal standing, and access supportive services for herself and her family. I will continue to assist her in these areas and follow up accordingly on the outstanding items.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 05/27/2025

**Start & End Time :** 04:00:00 PM - 05:45:00 PM

**Service :** Housing Transition

**Notes :**

Contact was made with the client's previous landlord to request clarification and advocate for a fair resolution regarding the refund of the client's initial security deposit totaling $1,126.51. The client expressed concerns about the deductions, specifically the $450 late move-out fee and the $200 carpet cleaning charge. A formal request was submitted for a detailed explanation and reconsideration of these amounts.

The communication to the landlord highlighted the following:

- On the move-out day, contact was made with a representative named James, who confirmed that charges for late move-out would not begin until after 2:00 PM if the client remained past that time. Based on this understanding, a request was made to reduce the $450 late fee by $150 to account for the time between noon and 2:00 PM.

- Regarding the carpet cleaning fee, it was communicated that the client had requested replacement of the carpets shortly after move-in due to their poor condition, but this request was never fulfilled. It was argued that charging for carpet cleaning under these circumstances was inappropriate.

The landlord responded with a detailed explanation as follows:

- The lease agreement requires tenants to vacate by 12:00 PM on the lease termination date; any time beyond this incurs a late move-out fee of $100/hour. This fee was reduced to $75/hour as a courtesy.

- Despite multiple reminders via email, phone, and text, the landlord reported that the client did not begin packing until late in the day and remained in the unit until nearly midnight. This caused delays in turnover for the incoming tenant scheduled the following morning.

- Although the client indicated an intent to vacate by 2:00 PM, staff arrival found packing had not commenced. The landlord applied a $450 late fee based on approximately 6 hours of overstay at the reduced rate and waived charges for the first two hours past noon.

- Several fees were waived, including those for maintenance repairs, an initial bathroom door damage incident, and pest control services during tenancy.

- Charges for damage to the entry door and a subsequent bathroom door incident caused by a non-lease occupant were upheld.

- The move-in inspection documented no carpet issues. The carpets required deep cleaning upon move-out, justifying the $200 charge; however, the landlord agreed to waive this fee.

The landlord maintains that significant accommodations were made, including reducing fees and waiving charges, and has agreed to return the carpet cleaning fee while upholding the remaining deductions as justified by the lease terms and property condition.

The client was informed of the landlord's response and the details of the charges to be withheld from the security deposit refund. The client expressed dissatisfaction with this outcome.

Next steps may include preparing an appeal or dispute on behalf of the client, exploring dispute resolution services, and providing guidance on tenant rights if further advocacy is desired.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 05/21/2025

**Start & End Time :** 11:00:00 AM - 12:30:00 PM

**Service :** Housing Transition

**Notes :**

Initiated contact with the client's previous landlord and property management to seek clarification regarding the security deposit refund and to obtain a detailed explanation of all charges deducted from the deposit. The primary focus of the conversation was to understand the specific fees the client is being held responsible for, with particular attention to the carpet cleaning charge, which the client has disputed.

During the discussion, I inquired whether the carpet cleaning fee is a standard deduction applied uniformly to all tenants moving out of the property or if it was a charge uniquely applied to this client's lease. I also requested information on the last time the carpet in the unit was professionally cleaned before the client took possession of the apartment, as this would be relevant to assessing the fairness of the carpet cleaning charge.

I relayed the client's account that she had formally requested new carpeting at the beginning of her lease due to the poor condition of the existing carpet, but that the management did not follow through on this request. The client expressed frustration and believes it is unjust to be charged for carpet cleaning when the carpet was already worn and had not been replaced or adequately maintained prior to her tenancy.

The property management acknowledged the client's concerns and agreed to review their records regarding maintenance requests and the condition of the unit at move-in. They committed to providing a detailed itemized breakdown of the deductions made from the client's deposit, specifying the amounts attributed to carpet cleaning and any other repairs or cleaning fees.

Additionally, management agreed to reassess the charges in light of the client's claims and the information provided, and to communicate whether they would be willing to increase the refund amount accordingly. They assured me that they would get back to me with their decision after completing their review.

I emphasized the importance of transparency and fairness in this process to ensure the client is not unfairly penalized for pre-existing conditions. I will continue to follow up regularly with the property management to obtain a prompt response and will update the client as soon as further information is received.

This follow-up is essential to advocating on behalf of the client and supporting her in recovering any funds that may rightfully be returned to her. I also advised the client to maintain copies of all related communications and documentation for her records, which may be helpful if further action is required.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 05/20/2025

**Start & End Time :** 11:00:00 AM - 01:00:00 PM

**Service :** Housing Transition

**Notes :**

Met with the client to address her ongoing concerns regarding the security deposit refund from her previous

rental unit. The client sought an update on whether I had successfully contacted her former landlords to clarify the amount of her deposit refund ánd to determine if they might consider increasing it, particularly in light of the condition in which the apartment was upon her move-in.

The client reported that she lived in the apartment for approximately one year. She described several issues present at the time she moved in, focusing specifically on the condition of the carpet. According to the client, the carpet was already in poor condition and visibly worn. She stated that she had formally requested a replacement carpet from the landlord prior to or shortly after moving in, but this request was never honored or acted upon. The client expressed significant dissatisfaction and frustration regarding this situation, explaining that it feels unjust that she is being charged for carpet cleaning fees despite the carpet never having been cleaned or properly maintained before her tenancy.

During the meeting, I listened carefully to the client's account and acknowledged her concerns about what she perceives as unfair treatment by the landlord. I explained that I had made multiple attempts to contact the landlord and the property management company to request clarification on the deposit refund, including whether the landlord might reconsider the amount withheld due to the pre-existing condition of the apartment. However, to date, I have not received any response.

Understanding the urgency and importance of this issue for the client, she provided an email address for direct communication. The client also informed me that she had personally sent an email to the property management to seek further explanation regarding the deposit refund and to advocate for a fair resolution. I encouraged her to keep a record of all correspondence as documentation to support her case, should further steps be necessary.

We discussed potential next steps if the landlord continues to be unresponsive or unwilling to reconsider the deposit amount. These steps could include filing a formal complaint with the local housing authority, seeking mediation services, or consulting tenant advocacy organizations that provide guidance on tenant rights and dispute resolution. I assured the client that I would continue to follow up consistently with the landlord and property management company and keep her updated on any progress or responses.

The client expressed appreciation for the support and advocacy provided so far and indicated she would be willing to explore additional avenues to ensure a fair outcome. I emphasized the importance of persistence and documentation in resolving landlord-tenant disputes and offered to assist with drafting formal communications or connecting her with legal resources if needed.

Moving forward, I will maintain ongoing contact with both the client and the landlord, documenting all outreach efforts. I will provide the client with timely updates and support her in navigating this process until the issue is resolved satisfactorily.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 05/17/2025
**Start & End Time :** 10:00:00 AM - 12:00:00 PM
**Service :** Housing Transition
**Notes :**

Received a follow-up phone call from the client regarding ongoing concerns with both her current and previous housing situations. The client was checking in to see if I had received any responses from her current property management company or the management from her previous apartment regarding the status of her security deposit and the potential for a refund adjustment.

The client shared that she is particularly concerned about whether her current apartment management would consider returning or increasing the portion of her deposit due to the condition of the unit at the time of move-in. She went into detail describing her experience, stating that the apartment was in a substandard condition

when she moved in. She reported that the unit had not been cleaned, and she was responsible for cleaning the entire space herself in order to make it livable for her and her children. She stated that, although some maintenance staff did eventually address several issues she initially reported (such as minor repairs and appliance checks), the responsibility for cleaning was not addressed by management, and she felt this created an unfair burden on her as a new tenant.

In her words, she was "disappointed" with how the apartment was handed over and felt that the property management company should acknowledge that the condition did not meet basic habitability or cleanliness standards. She is seeking compensation or an adjustment to her deposit refund to reflect the time, energy, and expense she put into cleaning and preparing the apartment herself.

The client also brought up similar concerns about her previous apartment. She explained that, upon moving into that unit, she experienced many of the same issues—specifically that the unit was not properly cleaned or maintained prior to her move-in. She expressed that she feels it is unjust for her previous property manager to have withheld a significant portion of her security deposit at move-out when the unit was already in poor condition at the start of her tenancy. The client is requesting reconsideration of the deposit refund amount and is hopeful that the property will take these circumstances into account.

I informed the client that I have reached out to both her current and previous housing providers to request information regarding the status of her deposit, and to advocate on her behalf regarding her request for reconsideration. I explained that I have not yet received any responses but assured her that I will continue to follow up. I committed to trying again on Monday if I have not heard back before then and let her know that I will keep her updated as soon as I receive any new information.

The client expressed appreciation for the support and is eager to resolve these issues, as the deposit refunds would provide financial relief that could assist with current expenses. Will continue efforts to follow up with both housing providers and will document all communication attempts and responses. Will also explore whether additional support (e.g., tenant advocacy resources or legal aid) may be beneficial if the situation is not resolved in a fair and timely manner.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 05/15/2025
**Start & End Time :** 01:15:00 PM - 03:30:00 PM
**Service :** Housing Transition
**Notes :**

The client contacted me regarding a recent notice she received from her former property management company indicating that her security deposit refund would be $150. She expressed strong dissatisfaction with this amount, explaining that she believes the refund is unfair and does not accurately reflect the condition in which she left the apartment. The client stated that she had taken significant care to clean the apartment thoroughly prior to moving out, and therefore disputes the charges that have been deducted from her security deposit. She is particularly upset because she feels that some of the deductions are for damages or issues that were present before she moved into the unit.

At move-in, the client requested that the carpet be professionally cleaned due to its condition; however, she reported that this request was never fulfilled by the property management. The client also reported ongoing issues with pest infestations, including bugs and mice, throughout her tenancy, which she brought to the attention of the management multiple times but claims were not adequately addressed. These pre-existing conditions, according to the client, should not justify additional charges against her security deposit.

Regarding the move-out process, the client was initially informed that she had to vacate the apartment by 12

PM on April 30th, with a fee of $75 per hour to be charged for any time beyond that deadline. I contacted the property management on her behalf and was able to negotiate an extension until 2 PM that day, allowing the client more time to complete her move-out. Despite this extension, the client remained in the apartment until midnight, working to remove her belongings and ensure the unit was left in proper condition. The client expressed concern that she might be charged additional fees for this extended stay beyond the granted extension.

Additionally, the client has been charged $200 for carpet cleaning, which she contests. She maintains that since the carpet had not been cleaned before her move-in and was in poor condition, including being the source of the pest problems, she should not be held responsible for the full cost of carpet cleaning upon move-out. The client is also worried that these charges are being used as a way for the property management to unfairly reduce her security deposit refund.

I informed the client that I would reach out to the property management company to seek a full explanation and itemized list of all deductions made to the security deposit. I emphasized that my goal is to advocate on her behalf to ensure that any charges are fair, justified, and accurately reflect her responsibility as a tenant.

Following our discussion, I contacted the property management company and left a detailed message. In the message, I outlined the client's concerns regarding the disputed charges, including the unfulfilled carpet cleaning request at move-in, the pest infestation issues during the tenancy, and the client's efforts to clean the apartment thoroughly before leaving. I requested a detailed breakdown of the charges deducted from her security deposit, as well as any supporting documentation, such as move-in/move-out inspection reports and photos, if available. I also asked for clarification on whether any fees would be applied for the client's extended stay beyond the 2 PM extension.

I am currently awaiting a response from the property management and plan to follow up if I do not hear back within a reasonable timeframe. Once I receive their explanation, I will review the information with the client and assist her in disputing any charges that appear unjustified or unsupported by evidence. My objective is to ensure the client receives a fair and transparent accounting of her security deposit and to support her in resolving this dispute.

Next steps include continued communication with the property management company, documentation of all correspondence, and preparation to escalate the issue if necessary, including exploring tenant rights and possible mediation or legal options to address any improper charges.

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 05/12/2025

**Start & End Time :** 09:00:00 AM - 11:00:00 AM

**Service :** Housing Transition

**Notes :**

### Case Note: Post-Move-In Concerns and Tenant Advocacy

Had a follow-up conversation with the client regarding several unresolved issues in her new apartment. The client successfully moved into the unit on **May 8th**, but she expressed significant concerns about the condition of the apartment at the time of move-in. She reported that she had originally requested to move in earlier; however, management informed her that the unit was not ready and still required cleaning. Despite this delay, the client found the apartment in poor condition upon arrival and has since identified multiple problems.

The client shared that the apartment had not been thoroughly cleaned before her move-in. She personally had to clean the kitchen floor, baseboards, windows, doors, and remove marker stains from the doors. She also reported that both bedroom closet doors were broken upon arrival, several kitchen drawers were in disrepair,

and the freezer seal had not been cleaned. While she notified the landlord of these issues, and maintenance responded to address some of the concerns, not all issues have been resolved to her satisfaction.

Additionally, the client observed two mice in the apartment shortly after moving in, along with signs of roaches. In response, the property management provided sticky traps, and pest control services have reportedly been scheduled to treat the unit.

The client also expressed new concerns regarding the cleanliness of the ceiling fans and the condition of the carpet. She would like the ceiling fans to be professionally cleaned, as they appear dusty and may affect air quality. She is also requesting that the carpet be cleaned, as it does not appear to have been sanitized prior to her move-in.

Given the number of unresolved issues and the lack of cleanliness in a unit that required a substantial security deposit, the client has asked for assistance in contacting property management to advocate on her behalf. She would like to know whether some portion of her security deposit may be refunded or if additional cleaning and maintenance services can be provided to bring the apartment up to standard.

In response, I contacted the apartment office and left a detailed voicemail for the property manager outlining the client's concerns, including the condition of the unit upon move-in, the pest issues, the need for professional carpet and ceiling fan cleaning, and the client's inquiry regarding potential deposit relief or compensation. I will continue to follow up with the office and provide updates to the client as more information becomes available. Ongoing communication will be maintained to ensure the client's concerns are acknowledged and addressed appropriately.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 05/08/2025
**Start & End Time :** 02:00:00 PM - 05:30:00 PM
**Service :** Housing Transition
**Notes :**

On May 8th, I continued working closely with the client and her support team to ensure a smooth transition into her new housing unit. Early in the day, I reached out to the client's housing team to request an update on the pending inspection report and to confirm that all move-in preparations were on track. As part of this effort, I also placed a follow-up call to Rolling Hills, the property management company, to inquire about the status of the Section 8 inspection form. I left a detailed voicemail requesting that the form be uploaded or forwarded as soon as possible, reiterating its importance in completing the client's Emergency Assistance file.

In the meantime, I was able to connect with the client's assigned Section 8 worker, who confirmed that she had received official notice that the inspection had been passed. Upon receiving that confirmation, I forwarded it directly to Emergency Assistance as a placeholder until the formal inspection report could be uploaded by the property manager. This step was taken to help prevent any delays in the processing of the client's financial assistance.

I also connected with the client to provide her with an update on the day's developments and to confirm her availability and readiness for the scheduled move. During the conversation, I let her know that the movers would contact her approximately one hour prior to their arrival so that she could prepare accordingly. The client was appreciative and expressed her gratitude for the ongoing support and coordination throughout the housing process.

Later in the day, the client called back to inform me that she had officially completed her move into the apartment. She reported that the move went smoothly and that she was safely settled in the new unit. She also shared that she would follow up with me again after getting unpacked and acclimated to the new space. Her tone was positive and thankful, and she reiterated her appreciation for the guidance and support she had

received from the entire team throughout this transition.

Let me know if you'd like this version prepared in a more formal case note format for internal systems.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 05/07/2025

**Start & End Time :** 12:00:00 PM - 04:45:00 PM

**Service :** Housing Transition

**Notes :**

On May 7th, continued efforts were made to support the client's transition into stable housing following her recent lease signing. Earlier this week, the client finalized her lease for a new apartment unit through the Section 8 program, and the required Housing Quality Standards (HQS) inspection was successfully completed and passed. This cleared one of the final barriers to move-in and allowed for the coordination of essential services and documentation required to finalize her housing placement.

In order to ensure all necessary documentation was in place, I contacted Rolling Hills, the property management company, to request the official inspection report. This document is required by Emergency Assistance and other supportive agencies to proceed with funding approvals. A representative from Rolling Hills informed me that the report would be uploaded to the Section 8 portal by the end of the business day. I stressed the urgency of receiving the inspection report, noting that financial assistance and final move-in coordination depended on its timely submission. Despite this assurance, by the close of the business day, the inspection report had not yet been uploaded. I made a note to follow up with Rolling Hills first thing the next morning to check on the status of the report and to continue advocating for a quick resolution.

In the meantime, I received the promissory note from the Metropolitan Center for Independent Living (MCIL), which confirmed their financial commitment to support the client's move-in costs, including assistance with the security deposit and first month's rent. Upon receipt, I reviewed the promissory note for completeness and forwarded it to both Emergency Assistance and Rolling Hills as part of the client's housing documentation. I also contacted Emergency Assistance directly to inform them that the inspection had been passed and to advise that I would forward the formal inspection report as soon as it was made available through the portal.

To complete the financial documentation needed for Emergency Assistance, I reached out to the client's assigned Section 8 worker to confirm the client's rent portion. This is a critical step, as Emergency Assistance requires accurate rent calculations to determine how much of the cost they will cover. I provided context for the request and offered to assist with any additional information or paperwork they might need in order to expedite the response.

Throughout the day, I kept the client fully informed, checking in with her regularly to provide updates and clarify where things stood. I explained the next steps, shared that we were waiting on Rolling Hills to upload the inspection report, and reassured her that all other components were progressing. The client was engaged, responsive, and expressed gratitude for the continued support and clear communication. She shared her excitement about the upcoming move and relief that many of the key barriers to housing had now been addressed.

Although the inspection report had not yet been uploaded by the end of the day, all other necessary elements were in motion. The financial assistance partners had been contacted, the move was being coordinated, and communication with the client remained steady and supportive. I will continue to monitor progress closely, follow up with Rolling Hills regarding the inspection report, and maintain close contact with all parties involved to ensure a smooth and timely move-in process for the client.

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 05/06/2025
**Start & End Time :** 11:00:00 AM - 01:30:00 PM
**Service :** Housing Transition
**Notes :**

Today, I touched base with the client and the team regarding the ongoing housing situation. The client confirmed that the Section 8 inspection for the housing unit is scheduled for 5/7, between 12:00 PM and 4:00 PM. We discussed that if the inspection passes, the next steps will be straightforward: we will only need a confirmation note from the inspection agency stating that the inspection was successful. Additionally, a promissory note from the Minnesota Council on Independent Living (MCIL) will be required to confirm that they will be assisting with the remaining $1,500 deposit for the unit.

The client has expressed a strong desire to move into the unit either on 5/8 or 5/9, depending on the outcome of the inspection. We are now closely monitoring the inspection result to determine the exact move-in date. If the inspection passes and all necessary documentation is provided, the move-in process will proceed as planned.

I will follow up promptly after the inspection to ensure that all required documentation is submitted and that the process continues smoothly. Additionally, I will coordinate with the client and MCIL to ensure that they provide the promissory note in a timely manner. This will allow the client to finalize the housing move-in and begin settling into her new space.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 05/03/2025
**Start & End Time :** 11:00:00 AM - 12:30:00 PM
**Service :** Housing Transition
**Notes :**

Spoke with the client to touch base regarding her current situation, as she has been feeling some anxiety about the upcoming move. During the conversation, the client expressed discomfort with her current living arrangement, as she is temporarily staying with a friend, and the friend has cats to which she is allergic. The client expressed that the situation is causing her significant stress and discomfort.

I reassured the client that we are actively moving forward with her housing plan. I reiterated the steps that need to be completed in order for the deposit to be made by emergency assistance, including passing the Section 8 inspection and receiving the promissory note for emergency assistance from MCIL. I also outlined the expected timeline for her move, which is set for **May 8th to May 9th**, as long as the inspection is successfully completed.

I emphasized that the team is fully aligned and supportive of the planned move and that everything is on track to ensure the transition happens smoothly. I reassured the client that her concerns are understood and that we are working to get her into her new housing as quickly as possible.

**Next Steps:**
The team will continue to monitor the Section 8 inspection and ensure the promissory note for emergency assistance is received in time for the move. I will follow up with the client after the move to ensure that everything is going smoothly and address any further concerns.

**Additional Notes:**
Continue to offer emotional support to the client regarding her anxiety about the move and her current living conditions. Ensure that all necessary documentation for emergency assistance and the move is completed in a timely manner.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 05/01/2025

**Start & End Time :** 03:30:00 PM - 05:00:00 PM

**Service :** Housing Transition

**Notes :**

Spoke with the client via phone to follow up on her current housing status and progress related to her Section 8 voucher and upcoming unit inspection. The client confirmed that the Section 8 inspection for the identified rental unit has been scheduled for May 7, 2025. She is currently staying with a friend as a temporary arrangement while awaiting final approval of the unit and completion of the inspection process. She reported that this is not a long-term solution and that she remains in need of permanent, stable housing as soon as possible.

The client is actively working toward securing the unit, and all necessary documentation has been submitted to the housing authority. However, a primary barrier at this stage is the security deposit, which is required in the amount of $1,500 in order to finalize her housing placement. The client disclosed that she does not currently have the financial means to cover any portion of the deposit herself due to ongoing economic hardship.

Staff confirmed that the Metropolitan Center for Independent Living (MCIL) has agreed to provide the full $1,500 deposit on behalf of the client. In order to move forward with processing the emergency assistance, a promissory note is required confirming two conditions: (1) that the Section 8 inspection has passed, and (2) that MCIL is providing the full amount of the security deposit. This documentation will be used to verify financial coordination and fulfill requirements for emergency assistance support through relevant funding channels.

The client expressed relief and gratitude that the deposit assistance has been secured through MCIL, as this was a major barrier to her housing stability. She also reiterated that she is eager to move into a safe and stable living environment and is committed to complying with all program requirements to make the transition successful. Staff reviewed the next steps and advised the client to follow up immediately after the May 7 inspection to report the outcome so that we can proceed with the coordination of deposit payment and final housing arrangements.

Staff will continue to monitor the situation closely and maintain communication with both the client and MCIL. An update will be provided to the team as soon as the inspection results are received and the required documentation is in place. Further assistance and coordination will be provided as needed to support a smooth transition into housing.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 04/30/2025

**Start & End Time :** 09:00:00 AM - 01:30:00 PM

**Service :** Housing Transition

**Notes :**

Spoke with the client today regarding her move, and she expressed considerable anxiety about the situation. The client is still without a moving truck or a storage unit, and she needs to vacate her current apartment by noon. This was causing her significant stress, as she did not have the funds to cover the cost of movers, and time was running out.

In response, I immediately reached out to my supervisor to see if there were any resources available to assist with the move, but was informed that the client's current financial limitations would not allow for professional movers. Despite this, I continued working to find a solution.

Fortunately, the client was able to arrange for her mother to rent a Penske truck, and she was able to secure a storage unit. This was a huge relief, though the client was still concerned about the physical help needed for the move. The client's team from CADI Waviers also stepped in to support by offering two individuals who would be available to help with the actual move. This will provide some much-needed hands to ensure the move is completed successfully.

In addition to the moving logistics, the client expressed concern about the move-out deadline imposed by her apartment management. They had set a strict deadline for her to vacate by noon, with an additional fee of $75 per hour if she did not meet that time. The client requested that I reach out to her apartment building to see if an extension could be granted without incurring additional fees.

I contacted the apartment management directly and spoke with the property manager to explain the situation. After discussing the client's circumstances and her progress in arranging moving assistance, the management team agreed to extend the move-out deadline to 2:00 PM without charging the additional fee. This will give the client a bit more breathing room to complete her move without financial penalties.

I immediately updated the client on the extension, and she was relieved to hear the good news. I also reassured her that I would remain available to support her throughout the rest of the move. I kept in close communication with the client, checking in periodically to see how the move was progressing and to offer further assistance if needed.

The client is now more confident that she can complete the move within the extended timeframe and with the help of her support network and CADI Waviers. I will continue to monitor the situation and offer additional resources as necessary to ensure the move is completed smoothly.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 04/29/2025

**Start & End Time :** 01:30:00 PM - 05:30:00 PM

**Service :** Housing Transition

**Notes :**

Spoke with the client regarding her upcoming move. Informed her that moving expenses can only be used to move directly into an apartment. Since the client must vacate her current unit by 4/30 but cannot move into her new apartment until 5/9, she will need to cover the cost of a moving truck and a storage unit during the interim.

The client does not currently have the funds to hire movers. I began reaching out to various agencies and organizations that may be able to assist with emergency funds for moving costs. Additionally, I attempted to locate volunteers or informal support for help with the physical move but have not been successful so far.

The client must be out of her current unit by noon on 4/30 to avoid being charged $75 per additional hour. I reached out to the team to advise them of the situation and to see if anyone is available to assist. The client is also contacting friends and family to try to secure help with obtaining a moving truck and storage unit.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 04/28/2025
**Start & End Time :** 09:00:00 AM - 01:30:00 PM
**Service :** Housing Transition
**Notes :**

Client contacted me today expressing elevated anxiety regarding the moving process. She is feeling
overwhelmed due to the approaching move-out date of **April 30**, limited support, and the number of steps
remaining to secure her new housing. I validated her concerns and reassured her that I would continue
assisting her through each part of the transition.

In response to her concerns, I reached out to Emergency Assistance to clarify what documentation and
conditions are required for them to contribute toward the security deposit for her new unit. Emergency
Assistance staff confirmed that they are able to provide **$1,500** toward the security deposit, with the condition
that they receive written verification stating the **remaining $1,500** will be covered through the client's
**approved moving expense funds**. Additionally, they noted that the **Section 8 housing inspection must
be completed and passed** prior to the release of their portion of the payment.

I informed both the client and our internal team of this requirement. Client confirmed that she does have
access to the necessary **$1,500** through her **moving expense funds** to cover the remainder of the deposit. I
advised her to begin gathering any needed documentation and to continue working with the Section 8 office to
ensure the inspection is scheduled and completed in a timely manner.

Due to the tight timeline and client's need to be out of her current unit by **4/30**, I initiated outreach to several
storage unit facilities to obtain quotes and check availability in case temporary storage is needed. I also began
contacting local moving truck rental companies to gather pricing, availability, and reservation options. In
addition, I reached out to local organizations and community contacts to explore whether a "Helping Hand" or
volunteer mover might be available to assist the client with physically relocating her belongings.

Next steps will include supporting the client in securing and documenting the remaining deposit funds,
confirming inspection scheduling with Section 8, assisting with moving logistics, and ensuring continued
emotional and practical support throughout the process. Will continue to monitor closely and provide updates.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 04/25/2025
**Start & End Time :** 02:00:00 PM - 05:00:00 PM
**Service :** Housing Transition
**Notes :**

Spoke with the client today to discuss updates regarding their housing situation and immediate needs. The
client reiterated that they must vacate their current residence by 12:00 PM on 4/30/2025 and is working
toward securing a unit at Rolling Hills Apartments.

To support the client's housing transition, I contacted Rolling Hills Apartments to request the emergency
assistance paperwork necessary for the client's deposit and move-in process. Made multiple attempts to reach
the office by phone; however, no one answered. I left a detailed voicemail explaining the purpose of my call,
the urgency of the situation, and requested that someone return the call as soon as possible. Emphasized the
client's deadline and the need to expedite paperwork processing to avoid gaps in housing.

Following the unsuccessful attempts to reach Rolling Hills by phone, I sent an email to the internal team to

provide an update on the situation. In the email, I advised the team of the challenges encountered with contacting the property management and the urgent timeline. I also requested assistance in exploring alternative options for financial support, as the deposit amount for the unit ($2,850) exceeds the maximum budget available through current emergency assistance resources. Additional funds will also be needed to cover moving expenses, which the client cannot meet independently.

Outlined in the email the critical need for identifying supplemental funding sources or alternative support programs that could contribute to the deposit and relocation costs to ensure the client remains stably housed.

**Next Steps:**

- Continue following up with Rolling Hills Apartments by phone and email until emergency paperwork is obtained or contact is made.

- Monitor email responses from the team regarding potential funding sources or emergency programs that may cover the additional deposit and moving expenses.

- Maintain regular communication with the client to keep them informed of progress and to assist with any documentation or steps needed on their end.

- Escalate the situation if no response from Rolling Hills is received within the next business day due to the limited timeframe before the client's move-out deadline.

The situation remains time-sensitive, and immediate resolution is necessary to support the client's successful transition to stable housing.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 04/24/2025
**Start & End Time :** 09:00:00 AM - 11:30:00 AM
**Service :** Housing Transition
**Notes :**

Staff contacted **Syndicate Apartments** to follow up on the client's **rental application** after submitting additional documentation regarding the client's pending felony charge. The submitted documentation included a **plea agreement** indicating that the charge would be **reduced to a gross misdemeanor** upon compliance with the law and attendance at sentencing. Despite receiving this information, **Syndicate Apartments informed staff that they would not be moving forward with the application**.

**Client Communication:**

- Staff informed the **client** of the final decision made by Syndicate Apartments.

- The client was advised that the next step would be to move forward with the **Rolling Hills Apartments** option.

- The client agreed and is prepared to proceed with this alternative housing opportunity.

**Rolling Hills Apartments – Emergency Assistance Coordination:**

- Staff reached out to **Rolling Hills Apartments** to request completion and submission of the **Emergency Assistance (EA) forms** needed to request support for the **security deposit and first month's rent**.

- The apartment office was **closed at the time of contact**, with staff advised that they will **return**

**on 4/25**.

- Staff plans to **follow up on 4/25** to ensure the forms are completed and **faxed back** as soon as possible.

**Next Steps:**

1. Staff will follow up with Rolling Hills Apartments on **4/25** regarding EA form submission.

2. Staff will continue to assist the client in navigating the **Emergency Assistance process** to secure required move-in costs.

3. Staff will coordinate with the client to ensure all **housing transition preparations** are completed ahead of the **April 30th move-out deadline**.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 04/23/2025

**Start & End Time :** 11:30:00 AM - 03:45:00 PM

**Service :** Housing Transition

**Notes :**

**Overview:**
The client reached out and forwarded an email from her **current property management** with instructions for preparing to vacate her current unit by **April 30th**. In response, I followed up with Syndicate Apartments to check on the **status of her rental application**, and multiple actions were taken based on the update provided by the property and subsequent communication with the client and legal representatives.

**Syndicate Apartments Application Update:**

- Upon calling Syndicate Apartments, I was informed that the **client's application was denied**, citing a **felony** for **assaulting a police officer** that was not disclosed during the initial application process. They also raised **concerns regarding the client's credit history**.

- I immediately contacted the client to inform her of this update. She clarified that she had a **plea agreement** in place that stipulated the felony charge would be **reduced to a gross misdemeanor** as long as she complied with the law and was present for sentencing.

- The client provided the **contact information for her attorney**, and I reached out for verification and documentation. Her **lawyer promptly sent over the plea agreement**, which I prepared to forward to Syndicate Apartments for reconsideration.

- Syndicate Apartments confirmed that while the application had initially been flagged, it is **still under review**, and they are willing to look at the new documentation. I forwarded the **plea agreement** to their office and am currently awaiting a **final decision**.

**Alternative Housing Plan (Contingency):**

- In anticipation of a possible denial from Syndicate, I also **contacted another apartment complex** where the client had already been **approved**. However, the **security deposit** required was **$3,000**, which exceeds the client's current budget.

- To assist with the deposit, I submitted an **application to Emergency Assistance (EA)** and helped the client gather and complete the required forms.

- The client took the **EA forms** to the apartment management office to be **filled out and returned**, so the application for financial support can move forward if needed.

- I also followed up with **Rolling Hill Apartments** to **confirm that a previously identified unit is still available**, ensuring that we have another housing option available if the Syndicate apartment falls through.

**Next Steps:**

1. **Await Final Decision from Syndicate:** Monitor for follow-up from Syndicate Apartments regarding their review of the plea agreement.

2. **Track Emergency Assistance Submission:** Follow up on the status of the EA application to help with the high deposit at the second apartment.

3. **Maintain Communication with Rolling Hill:** Confirm availability and application requirements in case the client needs to pivot to that option.

4. **Support Client with Move-Out Prep:** Assist the client in completing move-out procedures and securing alternative housing by the **April 30th deadline**.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 04/22/2025
**Start & End Time :** 01:00:00 PM - 03:30:00 PM
**Service :** Housing Transition
**Notes :**

**Meeting Overview:** The client attended a viewing at the **Syndicate Apartments** and decided to move forward with the application. During this meeting, I assisted the client in **completing the application** and ensured that the necessary paperwork was submitted to the property management. Following this, I contacted the apartment complex to confirm that they had received the application and to inquire about the next steps in the process, including confirming the **move-in date** if the application is approved. This is particularly important, as the client will need to be out of her current apartment by **April 30th**.

**Client's Actions and Application Submission:**

- The client attended the **Syndicate Apartments viewing** and expressed interest in moving forward with this option.

- I assisted in **completing the application**, ensuring that all required information was filled out accurately, and the client had all supporting documentation ready.

- The **application** was successfully submitted to the Syndicate Apartments property management team for review.

**Follow-Up with Property Management:**

- I called the **Syndicate Apartments** to confirm that the application had been **received** and to verify the next steps in the process.

- I inquired about the **timeline** for approval and **move-in procedures** in order to better align with the client's urgent need to vacate her current residence by **April 30th**.

- The property management confirmed that the application is under review, and we are waiting for

confirmation of the **approval** and the **move-in date**.

**Client's Housing Timeline:**

- **Move-out Date:** The client must vacate her current apartment by **April 30th**. Therefore, we are actively working to ensure that a new unit is secured and ready for occupancy by that date.

- **Next Steps:** The client will need to confirm the **approval** of her application and finalize the **move-in date** as soon as possible to avoid housing instability.

**Additional Considerations:**

- **Ongoing Case Management:** We will continue to monitor the status of the application, and I will stay in touch with property management to expedite the process if needed.

- **Backup Plan:** Given the tight timeline, we are also exploring backup housing options in case the application with **Syndicate Apartments** is delayed or denied.

**Next Steps:**

1. **Wait for Approval Notification:** Once the application is approved, we will confirm the **move-in date** and coordinate the move-in process.

2. **Prepare for Moving:** The client should begin preparing for the **move** in case the application is approved, including securing help with moving and making arrangements for her current residence.

3. **Continued Communication:** I will maintain communication with the Syndicate Apartments to follow up on the application status and ensure that the process proceeds smoothly.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 04/18/2025
**Start & End Time :** 12:45:00 PM - 03:45:00 PM
**Service :** Housing Transition
**Notes :**

Provided **transportation for the client** to attend a scheduled apartment viewing at a unit she had previously identified as a strong potential fit. During the trip, discussed the client's current housing situation and the importance of finding a stable, long-term solution due to the impending end of her current lease.

Upon arrival, accompanied the client throughout the apartment viewing and offered **advocacy support** by communicating directly with the property manager on the client's behalf. Asked clarifying questions regarding **income requirements, background criteria, lease terms, application fees, and expected move-in timelines**. The client engaged positively with the property staff and appeared comfortable and optimistic during the viewing.

The client reported that she **really liked the apartment**—noting that the location, condition of the unit, and amenities aligned well with her housing preferences and needs. She expressed a strong desire to move forward with the **application process**. However, the property manager informed us that the **unit will not be available for move-in until May 15, 2025**.

Given this timeline, and the fact that the client's current lease is set to end by **April 30, 2025**, we discussed the immediate challenge of bridging the gap between move-out and move-in dates. While on site, we jointly **called the client's current apartment complex** to request a potential **lease extension** through mid-May. Unfortunately, the property manager confirmed that the **unit is already leased to a new tenant**, and

therefore, **the client must vacate by April 30**.

We then discussed interim housing solutions. The client stated that she plans to **reach out to family and friends** to see if anyone is able to offer her a place to stay temporarily. We also discussed the possibility of accessing **emergency shelter** or **short-term housing assistance** should informal supports not be available.

Additionally, the topic of **storage** was brought up, as the client would not be able to bring all of her belongings to a temporary location. We reviewed the idea of renting a **storage unit** to safely store her items between April 30 and May 15. Staff agreed to support her in researching **low-cost or subsidized storage solutions**, depending on availability and budget.

At the conclusion of the visit, we reviewed next steps regarding the application. The client is eager to apply for the unit but is currently **waiting to secure funds** needed to cover the **application fee and possible holding deposit**. Once the client has secured the required funds, we agreed to schedule a follow-up meeting to complete and submit the application as soon as possible to avoid losing the unit.

**Next Steps:**

- Follow up with the client on her outreach to family and friends for temporary housing.
- Research and provide referrals for low-cost or subsidized storage options.
- Maintain communication with the housing provider to monitor unit availability and requirements.
- Schedule an appointment with the client to complete the application once funds are available.
- Explore emergency housing resources in case informal housing is not secured.
- Continue weekly check-ins to support the client during this transition and ensure timely progress.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 04/17/2025
**Start & End Time :** 09:15:00 AM - 11:30:00 AM
**Service :** Housing Transition
**Notes :**

Conducted a **client intake** to gather initial information and assess immediate needs. Organized all relevant **intake paperwork and documentation**, and created a client file to ensure continuity of care. The file was prepared and forwarded to the **assigned housing coordinator** to begin development of a **housing transitional plan** tailored to the client's situation.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 04/15/2025
**Start & End Time :** 09:00:00 AM - 11:00:00 AM
**Service :** Housing Transition
**Notes :**

Engaged in direct communication with the client regarding the status of their housing application and next steps for securing stable housing by the required move-out date of April 30th. Discussed the urgency of the

timeline and reviewed current application status.

Followed up with the apartment complex the client previously applied to in order to obtain an update on the approval letter, which is needed for submission to Emergency Assistance. Contacted the property office by phone and left a voicemail requesting an update on the client's application and timeline for a decision. As of this writing, we are still awaiting a return call.

Due to the time-sensitive nature of the client's housing situation, also initiated outreach to a backup housing option—The Syndicate Apartments—to inquire about eligibility criteria. Spoke with a leasing representative and gathered detailed information: while a minimum credit score of 600 is preferred, they are willing to work with applicants below this threshold under specific conditions. These conditions include no history of felony convictions or outstanding balances owed to previous management companies. The conditional approval would require payment totaling $1,355.

Next steps include continued follow-up with the initial apartment complex (Rolling Hills Apartments) to obtain the approval letter. If no response is received by the next scheduled meeting with the client on **April 16**, we will move forward with completing an application at The Syndicate Apartments in order to avoid further delays and meet the client's urgent housing needs.

**Next Steps:**

- Continue outreach to Rolling Hills Apartments for application status.
- Meet with client on 4/16 to move forward with housing application (at The Syndicate or another viable option).
- Submit approval letter to Emergency Assistance once received.
- Monitor housing timeline to ensure client has a secured move-in by April 30th.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 04/11/2025

**Start & End Time :** 09:00:00 AM - 11:00:00 AM

**Service :** Housing Transition

**Notes :**

Continued providing housing support to the client as part of her transition plan. Over the past week, I have been actively assisting her with ongoing communication between herself and the management team of a potential apartment complex she is pursuing. Our main focus has been ensuring that all required documentation—particularly income verification—has been compiled and submitted for consideration.

Together, we gathered all necessary proof of income and supporting documents requested by the property management team to determine her eligibility for housing. These documents were delivered to the leasing office, and as of our last communication, the application is under review. I followed up with the property manager, who advised that they anticipate providing a final decision and issuing a formal approval letter by Tuesday, 4/15. This letter is critical, as it will outline the total move-in cost—including the $3,000 deposit—which will then allow us to begin the application process for emergency assistance funding to cover that amount. As of now, the approval has not yet been received, and no application has been submitted to emergency assistance pending receipt of that documentation.

In the meantime, I have been working on compiling a list of additional felony-friendly housing options as a contingency plan, as the client is facing a strict deadline and must secure alternative housing before the end of the month. I am preparing to schedule viewings for these additional options should the current opportunity fall through or experience further delays.

During our check-in, the client expressed concern about her current unit being shown to other potential renters despite the fact that she has already paid rent for the month. She is also currently feeling unwell, which adds to her discomfort regarding potential disruptions. She asked whether the property management team has the right to enter her unit and show it. I clarified that, according to most lease agreements, landlords do retain the right to show a unit with proper notice, even if rent has been paid. However, I acknowledged her concerns and offered to reach out to the property manager to express her discomfort and request alternative arrangements if needed. The client ultimately declined this offer, stating that she did not wish for me to intervene at this time. I reassured her that she is not required to be present during showings and that she could take necessary precautions to protect her comfort and privacy during the process.

Plan moving forward includes following up with the apartment complex on Tuesday, 4/15, to obtain the approval letter. Once received, I will assist the client in submitting a complete emergency assistance application. I will also continue monitoring alternative housing.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 04/10/2025

**Start & End Time :** 03:00:00 PM - 05:00:00 PM

**Service :** Housing Transition

**Notes :**

Conducted a check-in with the client to discuss the current status of her housing application and the next steps needed to move forward with securing emergency assistance for the deposit.

During our conversation, I advised the client that in order to submit an emergency assistance application, we will need official documentation from the new property she applied to. Specifically, the documentation must confirm her approval for the unit and clearly state the total deposit amount required.

I attempted to contact the property management office directly to request this information and left a voicemail explaining the urgency and the specific documentation needed. Shortly after, the client was able to get in touch with the property manager and facilitated a three-way discussion to clarify the remaining steps.

During the conversation with the property manager, we confirmed that before they can issue an approval letter, the client must provide two key pieces of documentation:

1. Proof of current income

2. Confirmation of the Section 8 voucher amount she has been awarded

Once these documents are received and reviewed, the property will issue the formal approval letter, which is required to proceed with the emergency assistance request.

The client stated she is in the process of gathering the necessary documentation and plans to drop it off directly at the leasing office. The property manager confirmed they will contact me directly once the documents are reviewed and the approval letter has been generated.

Will continue to follow up with both the client and property management to ensure all documents are received and submitted in a timely manner, and will proceed with the emergency assistance application as soon as the approval letter is available.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 04/09/2025

**Start & End Time :** 05:00:00 PM - 06:15:00 PM

**Service :** Housing Transition

**Notes :**

### Subject: Housing Update - Deposit Negotiation and Emergency Assistance Application

Contacted Rolling Hills Apartments on behalf of the client to inquire about the possibility of reducing the required damage deposit, given the client's financial constraints and support from CADI Waiver and Housing Stabilization Services (HSS). The property is currently requesting a $3,000 deposit. However, the client has only $2,850 available from her moving expense allotment, which would leave her with no remaining funds for actual moving costs such as hiring a moving company or transportation services.

During the call, I explained the client's situation and the funding support she is receiving. I requested a reconsideration or reduction of the deposit to help make the move more feasible. The apartment management stated that they are not able to reduce the deposit further, as it has already been lowered from the original amount of $3,660. They were firm in their decision and indicated no flexibility on the matter.

Following this conversation, I contacted the client to provide an update on the outcome. I also informed her that I will follow up with her support team via email to explain the situation and provide context regarding the funding gap and the property's decision.

Additionally, I met with the client to complete an Emergency Assistance application in hopes of securing coverage for the damage deposit through that channel. If approved, this would allow the client to retain her moving expense funds for actual relocation needs, such as hiring a moving company, purchasing packing supplies, or covering transportation costs.

Given the financial barrier posed by the current deposit requirement, I will also begin searching for alternative housing options that are within the client's affordability range and require a lower deposit. The goal is to ensure the client has access to safe, stable housing without exceeding her available financial resources.

Ongoing steps include:

- Submitting the Emergency Assistance application and following up on its status.
- Communicating with the client's CADI regarding the situation and next steps.
- Continuing to search for additional housing options that align with her budget and accessibility needs.

Client remains engaged and motivated to move forward. I will continue to provide housing navigation support and advocate on her behalf throughout this process.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 04/08/2025

**Start & End Time :** 09:15:00 AM - 11:00:00 AM

**Service :** Housing Transition

**Notes :**

### Subject: Client Follow-Up - Deposit Barrier and Next Steps

Contacted the client to follow up after recent communication with her CADI Waiver team regarding next steps in her housing transition. During our conversation, we reviewed her current financial situation related to moving expenses.

The client has been allotted a total of **$2,850** for moving expenses through her CADI Waiver and is unable to contribute the additional $150 needed to meet the full $3,000 damage deposit requested by the apartment. She expressed concern that using the full allotment for the deposit would leave her without any funds to cover essential moving costs, such as hiring a moving company or securing transportation and packing materials.

We discussed the possibility of applying for **Emergency Assistance** to help cover the deposit amount. If approved, this would allow the client to reserve her CADI Waiver moving expense allotment for actual moving-related costs. The client was receptive to this plan and understands that approval is not guaranteed, but it may provide a viable path forward.

Next steps include:

- Monitoring the status of the Emergency Assistance application.
- Continuing to explore alternative housing options that may require a lower deposit, in case the current option becomes financially unfeasible.
- Ongoing communication with the CADI Waiver and HSS teams to coordinate funding and support services.

Client remains engaged and motivated to move forward but is feeling anxious due to the financial constraints. Continued advocacy and support will be provided throughout this process.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Brianna Sully-Coleman
**Date :** 04/07/2025
**Start & End Time :** 10:30:00 AM - 01:00:00 PM
**Service :** Housing Transition
**Notes :**

### Subject: Follow-up on Moving Expenses and Stabilization Support for Client

I spoke with my supervisor regarding the client's request for moving expenses. After reviewing the situation, it was determined that the client does not qualify for moving expenses through our program, as she was already housed at the time she became a part of the program. Since our funding is allocated only for those who require relocation assistance due to homelessness or other qualifying circumstances, we are unable to provide the financial support for her move.

The client has applied for an apartment, but the building requires a significantly higher deposit than typical—specifically, they are asking for three times the standard deposit or a total of $3,000. Unfortunately, due to this additional cost, the client is facing a financial challenge in securing the unit.

Given this situation, I advised the client to reach out to her CADI waiver services to inquire if they may be able to assist with covering the deposit. The CADI waiver services often provide financial assistance for housing-related needs, and they may be able to offer the support the client requires for the deposit.

In addition, I have sent an email to her CADI waiver provider, outlining the circumstances and inquiring about potential assistance options. I also made sure to clarify that, under our program, we can only offer stabilization services at this point and will not be able to assist with the moving expenses or the deposit. The goal of our involvement will remain focused on providing stabilization support to ensure the client remains housed once the initial move-in process is resolved.

I will continue to monitor the situation and provide any further guidance as needed, but at this stage, we are limited to stabilization assistance, and the client will need to pursue other avenues for help with the deposit.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 04/04/2025

**Start & End Time :** 11:00:00 AM - 01:30:00 PM

**Service :** Housing Transition

**Notes :**

### Client Intake Summary and Housing Update

Met with the client for her scheduled **intake appointment**. During the meeting, we completed and signed both the **Service Agreement** and **Release of Information (ROI)** forms. We also went through the full **intake packet**, including a detailed discussion about her current circumstances, immediate needs, and long-term goals.

The client is currently in a **housing crisis** and needs to relocate by **April 30th**, as she is no longer able to remain in her current unit beyond that date. She recently **applied for housing at Rolling Hills Apartments**, but was **denied due to her credit score**. As a result of the denial, the property management is requiring either:

- A **double deposit plus a co-signer**, or

- A **deposit equal to three times the regular amount** ($1,220 x 3 = **$3,660**)

However, after further discussion with the apartment staff, they are willing to **accept a reduced deposit of $3,000** in lieu of the full triple deposit and co-signer requirement. This adjustment may help the client move forward with housing if she can secure the funds in time.

During the intake, we also discussed the client's needs and expectations for support. She shared that due to her **mental health challenges**, she would prefer that program staff assist with **direct communication** with both her **CADI waiver case worker** and the **apartment complex**, as these interactions can feel overwhelming for her.

Following the intake, I contacted the **apartment staff** to gather more specific information regarding the denial and any potential alternatives for approval. I then relayed that information back to the client and advised that I would be speaking with my **supervisor** to explore **available resources** or referrals that may be able to assist with the **required deposit amount**.

Client remains motivated to secure housing and is open to support. A follow-up will be scheduled once I've had an opportunity to discuss funding possibilities with my supervisor and explore next steps with her waiver team.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 04/03/2025

**Start & End Time :** 03:00:00 PM - 05:30:00 PM

**Service :** Housing Transition

**Notes :**

### Client Update – Housing Application Denial & Next Steps

Spoke with the client regarding the outcome of a recent housing application. Unfortunately, the client was **denied due to low credit**, and the property management is requiring either a **double security deposit** or a **qualified co-signer** in order to move forward with approval.

The client expressed concern, as she is working with a **deadline of May 1st** to secure housing and avoid disruption to her services and stability. She is feeling discouraged but remains motivated to find a solution.

The client currently has a **CADI waiver** and has also reached out to her CADI waiver worker for additional support and potential resources. However, the worker is currently **out of the office**, and the client is awaiting a response or a temporary point of contact.

**Next Steps & Support Plan:**

- I will continue researching **affordable housing options** that are either more flexible with credit history or may accept alternate forms of support such as income verification or community agency referrals.

- Exploring potential **financial assistance programs** or **deposit assistance funds** that could help cover the cost of a double deposit if needed.

- Will assist the client in identifying any **potential co-signers** if that route becomes necessary.

- Following up with contacts in housing programs and property managers to check availability and advocate on behalf of the client.

- Once the CADI waiver worker is back in the office, I will support the client in **reconnecting** and discussing any resources or advocacy the worker can provide in relation to her current housing situation.

- Continue working with the client on **credit repair strategies**, and help monitor any upcoming housing opportunities or waiting lists that may open in time to meet the May 1st deadline.

Will remain in regular contact to ensure we stay ahead of timelines and assist with any documentation or applications required.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 03/21/2025

**Start & End Time :** 11:30:00 AM - 12:30:00 PM

**Service :** Housing Transition

**Notes :**

While researching housing and supportive resources for the client, I received a call back from her. During our conversation, she informed me that she no longer required our services as she has a CADI (Community Access for Disability Inclusion) waiver case manager who will be assisting her moving forward. She expressed appreciation for the outreach and support provided but confirmed that she would be continuing with her case manager for housing and other related needs.

Prior to receiving the call, I had reached out to schedule an intake appointment to gain a comprehensive understanding of her current housing needs, expectations, and any potential barriers to securing a new home. The client was looking to relocate to a more updated living environment that better aligns with her needs and personal goals. Based on a review of her person-centered plan, it appeared that she was seeking housing in a more modern building with improved amenities and updated appliances. I had conducted preliminary research on newer apartment buildings that accept Section 8 vouchers and offer 1-3 bedroom units with modern appliances and enhanced community amenities. These options would have been presented to the client during the intake meeting to determine whether they aligned with her housing preferences and long-term stability goals.

Since the client has opted to work with her CADI waiver case manager instead, I will attach the researched

housing resources to her file to ensure she has access to relevant information should she need assistance in the future. These include housing assistance programs, financial support services, and any other resources that may be beneficial if she decides to reach out at a later time. I will also document the case closure in her file while noting that she is welcome to reconnect if her circumstances change or additional support is needed in the future.

**Client :** Jessica Cronquist

**Housing Coordinator :** Brianna Sully-Coleman

**Date :** 03/18/2025

**Start & End Time :** 11:30:00 AM - 12:15:00 PM

**Service :** Housing Transition

**Notes :**

Reviewed the client's PSN and researched their case to better understand their goals. The client is currently housed and seeking to renew their housing plan but wishes to relocate to Ramsey County. They are also interested in pursuing expungement of a child protection misdemeanor and will require employment support along with access to county resources to aid in their transition and stability.

**Client :** Jessica Cronquist

**Housing Coordinator :** Maria Lazarde

**Date :** 02/20/2025

**Start & End Time :** 02:30:00 PM - 04:10:00 PM

**Service :** Housing Transition

**Notes :**

Staff contacted the city department of health and section 8 regarding the clients complaints of uninhabitable premises. I was informed I need to contact inspector as well and section 8. Section 8 hs refused to inspect the property due to the nature of their complaints I also checked in about SMRLS and the client does qualify and has an appointment set for wednesday feb 26th. we eill attend together

**Client :** Jessica Cronquist

**Housing Coordinator :** Maria Lazarde

**Date :** 02/18/2025

**Start & End Time :** 10:00:00 AM - 12:30:00 PM

**Service :** Housing Transition

**Notes :**

Client and staff discussed bed bugs roaches and rodents in the home. Client is supposed to move out but is stuck in a lease and staff contacted SMRLS to get an appointment. Staff and client also filled out an application for 15 butler East and discussed issues they feel may prevent them from housing. Client and staff discussed how their cadi services can help with moving services and also how section 8 will not enter her premises due to section 8. Staff has reached out to section 8 as well as their cadi worker

**Client :** Jessica Cronquist

**Housing Coordinator :** Maria Lazarde

**Date :** 02/10/2025

**Start & End Time :** 04:00:00 PM - 05:30:00 PM

**Service :** Housing Transition

**Notes :**

Client called staff to update on current housing situation and to express the need to move by March 1st. Client is feeling overwhelmed and is wanting help from staff after being in and out staff agrees to focus on this move with her using our resources along with her CADI services.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Maria Lazarde

**Date :** 02/07/2025

**Start & End Time :** 01:30:00 PM - 02:00:00 PM

**Service :** Housing Transition

**Notes :**

sent out third attempt letter

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Maria Lazarde

**Date :** 02/04/2025

**Start & End Time :** 01:00:00 PM - 02:00:00 PM

**Service :** Housing Transition

**Notes :**

staff reached out to client with 2nd attempt notice. staff also looked for client via alternative contacts and social media to reach and set up service date.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Maria Lazarde

**Date :** 01/26/2025

**Start & End Time :** 02:45:00 PM - 03:45:00 PM

**Service :** Housing Transition

**Notes :**

Staff searched and looked for client contact other than phone number listed since they has not been active since our last conversation. I sent email and message via social media checking on wellness and asking for compliance in the future so we can complete previously discussed goals.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Maria Lazarde

**Date :** 01/23/2025

**Start & End Time :** 10:00:00 AM - 11:00:00 AM

**Service :** Housing Transition

**Notes :**

Staff spent time gathering resources to better suit the needs of this client since they are housed. client has not fixed phone.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Maria Lazarde

**Date :** 01/21/2025

**Start & End Time :** 03:00:00 PM - 04:45:00 PM

**Service :** Housing Transition

**Notes :**

client and staff met to set goals and weekly scheduled meeting. Client gave updated contact info but when staff tried to reach out end of day to confirm email no response and phone was off. Staff has reached out via social media

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Maria Lazarde

**Date :** 01/10/2025

**Start & End Time :** 02:30:00 PM - 03:00:00 PM

**Service :** Housing Transition

**Notes :**

Client called staff to introduce herself considering staff has just received caseload Staff and client discussed calendar date to meet in order to get some of the goals client would like to accomplish on paper and was discussing with staff. Staff was in the field so I needed to schedule her at a different time. Client and staff discussed getting in touch at end of day but client unfortunately did not pick up.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 09/30/2024

**Start & End Time :** 05:00:00 PM - 07:00:00 PM

**Service :** Housing Sustaining

**Notes :**

Case Note – September 30, 2024

Today, staff met with the client to address multiple concerns, beginning with a pest issue that the client has been experiencing in her apartment. The client reported that the exterminator treated the area around her bed, where she identified the infestation as being most concentrated. However, the client was uncertain if the exterminators specifically targeted bed bugs, as she did not receive confirmation regarding the type of pest treatment administered. Despite this, the client had informed both the property management office and the exterminators of her specific concerns related to bed bugs. Following the treatment, the client plans to closely monitor the affected area to determine if the issue has been resolved. She will notify staff if the infestation

persists or if further extermination efforts are necessary.

In addition to the pest control issue, staff and the client also worked on addressing the client's energy bills. Together, they reached out to Xcel Energy to inquire about the company's low-income energy assistance program. After discussing the program's benefits and eligibility, the client successfully enrolled. As a result, the client will now receive a fixed monthly bill of approximately $39 for the remainder of the year. This will help the client stay current with her energy payments, reduce financial strain, and avoid future issues related to unpaid bills or potential service disconnections.

The client also expressed interest in taking further steps to ensure her utilities remain affordable throughout the winter months. She plans to apply for additional energy assistance through the Community Action Program. The client believes this will serve as a safety net in case she requires further financial support during the colder months when energy usage may increase. Staff will continue to assist the client with the application process for the winter energy assistance program to ensure that all necessary forms are completed on time and submitted.

The client appears relieved to have addressed both the pest issue and her energy bill situation, and staff will follow up on these matters to ensure continued stability.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Cheryl Moore
**Date :** 09/27/2024
**Start & End Time :** 07:00:00 AM - 12:00:00 PM
**Service :** Housing Sustaining
**Notes :**

Case Note: September 27th, 2024

Meeting Overview:

Today, staff met with the client to address their immediate and long-term housing needs, specifically focusing on their budgeting concerns and the development of a transitional plan for their upcoming move. The client is dissatisfied with their current living situation due to a persistent pest issue that has negatively impacted their well-being. As a result, the client expressed a strong desire to move to a more secure and stable environment. The meeting centered around how to manage this situation both proactively and in a way that would allow for a seamless transition to a new rental unit once their current lease expires, or earlier if necessary.

Client's Concerns and Goals:

1. Pest Problem at Current Property: The client is increasingly frustrated by the pest problem at their current rental unit, which has not been resolved despite previous efforts. This issue has caused significant distress, making it difficult for the client to feel comfortable in their home. The client has tried to work with the property management to address the issue, but progress has been slow. They expressed a desire to leave the property if the problem persists.

2. Potential Lease Termination: The client understands that if the property management does not resolve the pest problem in a timely and effective manner, they may be able to terminate the lease early under housing laws. Staff and the client discussed this option, and staff agreed to help the client monitor the situation, document any ongoing issues with pest control, and explore legal options if necessary.

3. Long-Term Housing Plan: Assuming the pest issue is addressed and the client remains in the unit until their lease expires, the client is looking ahead to plan a move when the lease ends in approximately five months. The client expressed interest in securing an apartment with Century Oaks, which they believe will provide a more comfortable and secure living environment.

4. Financial and Budgeting Support: To prepare for this move, staff and the client began working on a detailed budgeting plan. This plan is designed to help the client save the necessary funds for a security deposit, moving expenses, and first month's rent at Century Oaks. Staff emphasized the importance of starting to save immediately in order to meet these financial goals within the five-month timeline. The client is eager to start saving and committed to following the proposed budget to stay on track.

Transitional Planning:

1. Budgeting Plan: Staff and the client worked together to create a comprehensive budget, ensuring that essential expenses (rent, utilities, food, and transportation) are covered while also setting aside a portion of the client's income for savings. The client is aware of the importance of sticking to this budget in order to accumulate the necessary funds for the move and future rent payments. Staff will continue to provide support and guidance to ensure the client remains financially stable while saving for the move.

2. Move Preparation: The client and staff agreed on a general timeline for the move. Over the next five months, staff will assist the client in securing any necessary paperwork for Century Oaks, researching move-in requirements, and preparing for the lease application process. The goal is to make the move as seamless as possible by ensuring that all financial and logistical preparations are in place ahead of time.

3. Pest Problem Monitoring: While focusing on the long-term goal of moving, staff and the client will continue to monitor the pest situation closely. If the property management fails to adequately resolve the issue in a reasonable timeframe, staff and the client will explore the possibility of terminating the lease early. Staff will assist the client in gathering documentation and communicating with property management to ensure that all pest-related concerns are formally documented, which could support the client's case for early lease termination if needed.

4. Contingency Planning: In the event that the pest problem is resolved and the client decides to stay until the lease ends, staff and the client will proceed with the transition plan for the move to Century Oaks. If the pest issue is not resolved and the client decides to leave earlier, staff will help the client explore interim housing options and continue assisting with the search for permanent housing.

Follow-Up and Next Steps:

Ongoing Pest Control Monitoring: Staff will support the client in monitoring the pest issue and will assist with communicating with the property management as needed. Staff will also help document any unresolved issues to provide grounds for early lease termination if necessary.

Budgeting Review: Staff will continue to meet with the client regularly to review their budget and savings progress. Adjustments will be made as needed to ensure the client stays on track to save for the required moving expenses and deposit for Century Oaks.

Housing Search and Move Coordination: As the move date approaches, staff will work with the client to prepare for the lease application process, secure moving resources, and finalize any logistical details related to the transition.

Check-in Timeline: Staff and the client will schedule regular check-ins to assess the progress of the budget, pest control situation, and move preparation. These follow-ups will take place monthly or more frequently if needed, particularly if the pest issue worsens or the client decides to accelerate the timeline for the move.

Conclusion:

The client is highly motivated to move to a new property and is committed to saving for the move. Staff will continue to support the client in monitoring the pest control situation at the current property and in executing

their long-term housing plan for a seamless transition to Century Oaks. Regular follow-ups will be essential to ensure that all steps are taken to prepare for the move and to address any potential issues that may arise in the interim.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 09/26/2024

**Start & End Time :** 03:00:00 PM - 05:00:00 PM

**Service :** Housing Sustaining

**Notes :**

Case Note – September 26th 2024


Meeting Summary:

Staff met with the client today to discuss a significant pest issue in their current apartment. The client expressed concern over how this issue may impact their health, particularly due to their severe asthma, which could worsen if the pest problem persists. The client sought advice on the legal steps they can take to ensure proper extermination of their unit, as well as the actions they may need to take if the property management fails to address the issue adequately.


Additionally, the client is interested in exploring alternative housing options, as they prefer to live in a unit that does not pose health risks related to pests. They are concerned about their long-term well-being if the issue continues unresolved.


Legal Guidance on Pest Control and Tenant Rights:

Staff conducted research on the legal obligations that landlords must follow when dealing with pest control issues. It was found that the first step is for the tenant to formally notify the property management about the pest issue in writing. This written notice serves as documentation of the problem, and the landlord is typically required to address the issue within 14 days of receiving the notice.


Staff explained to the client that if the property fails to take appropriate action within this 14-day period, the client may have grounds to pursue legal recourse. This could include requesting to be released from their lease without penalty due to the serious health risks posed by the pests. Additionally, staff informed the client that they may be entitled to compensation for any damaged furniture or personal property if the landlord fails to address the pest issue in a timely and effective manner.


Next Steps and Housing Exploration:

The client agreed to follow the recommended steps, starting by providing written notification to the property

management about the pest issue. Staff and the client will monitor the situation closely over the next two weeks to ensure that the landlord takes action. If the issue remains unresolved within the 14-day timeframe, staff and the client will consider pursuing legal options, including lease termination or compensation.

In the meantime, the client has expressed interest in looking for more suitable housing where they will not have to deal with pest-related health concerns. Staff will support the client in searching for alternative housing that meets their needs and promotes a healthier living environment.

Plan for Follow-up:

Staff and the client will track the progress of the extermination efforts over the next two weeks, documenting any communications with the property management. If the issue is not resolved within the legal timeframe, staff will assist the client in exploring legal actions, such as early lease termination or compensation for personal property damage. Staff will also begin a housing search to find safer, pest-free living options for the client's long-term health and stability. Regular follow-ups will be scheduled to monitor progress and determine next steps based on the outcome of the property's response.

**Client :** Jessica Cronquist
**Housing Coordinator :** Cheryl Moore
**Date :** 09/23/2024
**Start & End Time :** 10:00:00 AM - 01:00:00 PM
**Service :** Housing Sustaining
**Notes :**

Case Note – September 23rd, 2024

Meeting Summary:
Staff met with the client today to discuss a significant pest issue in their current apartment. The client expressed concern over how this issue may impact their health, particularly due to their severe asthma, which could worsen if the pest problem persists. The client sought advice on the legal steps they can take to ensure proper extermination of their unit, as well as the actions they may need to take if the property management fails to address the issue adequately.

Additionally, the client is interested in exploring alternative housing options, as they prefer to live in a unit that does not pose health risks related to pests. They are concerned about their long-term well-being if the issue continues unresolved.

Legal Guidance on Pest Control and Tenant Rights:
Staff conducted research on the legal obligations that landlords must follow when dealing with pest control issues. It was found that the first step is for the tenant to formally notify the property management about the pest issue in writing. This written notice serves as documentation of the problem, and the landlord is typically required to address the issue within 14 days of receiving the notice.

Staff explained to the client that if the property fails to take appropriate action within this 14-day period, the client may have grounds to pursue legal recourse. This could include requesting to be released from their lease without penalty due to the serious health risks posed by the pests. Additionally, staff informed the client that they may be entitled to compensation for any damaged furniture or personal property if the landlord fails to address the pest issue in a timely and effective manner.

Next Steps and Housing Exploration:

The client agreed to follow the recommended steps, starting by providing written notification to the property management about the pest issue. Staff and the client will monitor the situation closely over the next two weeks to ensure that the landlord takes action. If the issue remains unresolved within the 14-day timeframe, staff and the client will consider pursuing legal options, including lease termination or compensation.

In the meantime, the client has expressed interest in looking for more suitable housing where they will not have to deal with pest-related health concerns. Staff will support the client in searching for alternative housing that meets their needs and promotes a healthier living environment.

Plan for Follow-up:

Staff and the client will track the progress of the extermination efforts over the next two weeks, documenting any communications with the property management. If the issue is not resolved within the legal timeframe, staff will assist the client in exploring legal actions, such as early lease termination or compensation for personal property damage. Staff will also begin a housing search to find safer, pest-free living options for the client's long-term health and stability. Regular follow-ups will be scheduled to monitor progress and determine next steps based on the outcome of the property's response.

---

**Client :** Jessica Cronquist
**Housing Coordinator :** Cheryl Moore
**Date :** 09/20/2024
**Start & End Time :** 09:00:00 AM - 01:00:00 PM
**Service :** Housing Sustaining
**Notes :**

Case Note – 9/20/2024
Staff: Cheryl Moore
Summary:

On 9/20/2024, Cheryl Moore provided transportation to the client to help them stay in compliance with a court order regarding their rent payments. This was a critical step in the client's efforts to catch up on rent and avoid eviction. Cheryl picked the client up from their home and accompanied them to the rental office to ensure that the check from Foothold MN was properly applied to the client's account before the 4 p.m. deadline. Upon arriving at the rental office, Cheryl and the client spoke with the office staff, who confirmed that the check had been allocated to the client's account. This payment represented a significant portion of the rent owed.

After confirming the allocation, Cheryl and the client drove to the post office to obtain a money order for the remainder of the rent balance. They then went to the property management office to submit the money order, ensuring the remainder of the payment was processed. Staff and client obtained the necessary receipts from both transactions to confirm that all payments were made in full.

Following the successful payment, Cheryl assisted the client with purchasing a new wallet, which was necessary for them to keep their important documents and financial items secure. Afterward, Cheryl transported the client back to their home.

Progress:

This payment represents a significant milestone for the client in their journey toward housing stability. With the largest payment now covered, the client is on track to meet their rent obligations and stay in compliance with the court order.

Plan Going Forward:

Cheryl and the client will meet again when the next court-ordered payment is due to repeat the process and ensure that payments continue to be made on time until the client is able to access the rental portal

independently to make payments.

During their next meeting, Cheryl and the client will also address the recertification notice the client recently received, ensuring that all necessary paperwork is completed and submitted to maintain their housing benefits.

Next Steps:

Cheryl and the client will schedule their next meeting around the due date of the next court-ordered payment.

Review and complete the recertification paperwork at the next scheduled meeting to avoid any disruption in the client's housing benefits.

Follow-Up Date:

Next meeting to be scheduled for [insert date], prior to the next court-ordered payment deadline.

Client Goals:

Continue to make timely rent payments in compliance with the court order.

Work toward stabilizing rent payments through access to the property management portal.

Complete recertification to maintain housing assistance and avoid any disruptions in housing stability.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 08/28/2024

**Start & End Time :** 03:30:00 PM - 05:00:00 PM

**Service :** Housing Sustaining

**Notes :**

**Date:** 08/28/2024

### Purpose of Meeting:
Follow-up on client's receipt of new mail regarding their energy assistance eligibility.

### Summary of Interaction:
Staff met with the client to discuss the recent mail they received concerning their energy assistance eligibility. The notice indicated that the client needs to fill out a new application. The client expressed confusion about the issue presented in the notice and reached out for assistance in understanding the reason for the new application and the next steps to take.

### Actions Taken:
- Reviewed the contents of the notice with the client to clarify the issue.
- Explained the potential reasons for the request for a new application, such as changes in eligibility criteria or the need for updated information.
- Provided the client with guidance on how to complete the new application, including necessary documentation and deadlines.
- Assisted the client in filling out the application where needed.

### Next Steps:
- Staff will follow up with the client in [insert timeframe, e.g., one week] to ensure the application was completed and submitted.
- Client was advised to contact the energy assistance office directly if they have further questions or need additional assistance.

**Outcome:**
The client now has a clearer understanding of the notice and the steps they need to take. They feel more confident in completing the application and have been provided with the necessary support.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 08/27/2024

**Start & End Time : 09:00:00 AM - 11:00:00 AM**

**Service :** Housing Sustaining

**Notes :**

### Case Note: 08/27/2024

*Staff:* Cheryl Moore
*Meeting Date:* 08/27/2024

#### Summary:
On August 27, 2024, staff met with the client to conduct a thorough review of their emergency crisis plan. This review was essential to ensure that the client is well-prepared in the event of unforeseen challenges. Staff revisited the details of the plan, discussed potential scenarios, and confirmed that the client understood the steps to take in a crisis.

The meeting also focused on assessing the client's progress with budget management. Staff inquired about the client's adherence to the budget they had previously established together, emphasizing the importance of maintaining financial discipline to avoid future crises. The client provided updates on their income and expenses, and together they reviewed any changes or adjustments needed in the budget to reflect the client's current financial situation.

A key point of discussion was the client's commitment to their energy bill payment plan. Staff asked about the client's recent payments and whether they have been able to stay on track with the plan. The client reported on their payment status, and staff offered additional strategies and resources to help ensure that payments remain consistent.

Recognizing the client's ongoing concern about food insecurity, staff provided information on available resources, including local food banks and community programs. They discussed how to integrate these resources into the client's budget to alleviate the financial burden associated with grocery expenses.

In addition, staff and the client explored potential goals for the future to support the client's long-term stability. These goals included enhancing income streams, securing more stable housing, and accessing additional support services. Staff emphasized the importance of proactive planning and offered to assist the client in developing a structured plan to achieve these goals.

The meeting concluded with an agreement to continue working together on these areas, with staff providing ongoing support and guidance to ensure the client's continued stability and well-being.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 08/23/2024

**Start & End Time :** 07:00:00 AM - 09:00:00 AM

**Service :** Housing Sustaining

**Notes :**

**Case Note: August 23, 2024**

**Summary:**
On August 23rd, 2024, staff met with the client to address ongoing budgeting concerns and the challenges the client is facing in keeping up with their energy bill. The client informed staff that they have been making good faith payments as much as they could afford. Despite these efforts, the client received a disconnection notice, indicating that their payments have not been sufficient to prevent this outcome.

**Actions Taken:**
- Staff and the client discussed the importance of maintaining utility payments and the potential consequences of service disconnection.
- The client expressed concern about the possibility of losing energy services and asked for assistance in finding resources to prevent this from happening.
- Staff and the client began researching available resources together to identify options that might help the client avoid disconnection and stabilize their utility payments.

**Next Steps:**
- Continue to search for and apply to available energy assistance programs or other financial resources.
- Staff to follow up with the client to check on the status of the utility account and any progress made in securing assistance.
- Explore long-term budgeting strategies with the client to prevent similar issues in the future.

**Client's Agreement:**
The client agreed to work with staff in identifying and applying for resources and expressed willingness to follow up on any leads found during the session.

**Follow-Up Plan:**
- Staff to provide ongoing support in finding and securing resources for energy bill assistance.
- Staff and the client will reconvene next week to review progress and make adjustments to the budget as needed.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 08/19/2024

**Start & End Time :** 01:00:00 PM - 03:00:00 PM

**Service :** Housing Sustaining

**Notes :**

**Case Note - August 19, 2024**

*Summary*:

On August 19, 2024, staff met with the client to provide transportation to a food shelf appointment. During the drive, staff and the client discussed several important topics, including budgeting challenges, the client's progress in keeping up with their light bill, and how they have been managing food insecurity. Staff provided the client with additional resources to help address their food insecurity and ensure they have other avenues of support. Staff and the client agreed to follow up to develop a crisis plan and revisit the budget as needed to maintain stability.

*Next Steps*:

- Schedule a follow-up meeting to develop a crisis plan.
- Reassess and adjust the client's budget to better address current needs.
- Monitor the client's progress in managing utility bills and food insecurity.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 08/15/2024

**Start & End Time :** 09:30:00 AM - 12:00:00 PM

**Service :** Housing Sustaining

**Notes :**

\*\*Case Note - August 15, 2015\*\*

\*\*Meeting Summary:\*\*
Staff met with the client to review their emergency plan, budget, and overall well-being. The discussion included assessing the client's relationship with their landlord and their ability to keep up with rent and utility payments.

\*\*Key Issues Addressed:\*\*
- The client is currently experiencing difficulty in managing their Excel energy bill, which is the most significant financial concern.
- The client is also struggling with a lack of food support.

\*\*Action Taken:\*\*
- Staff provided the client with additional food resources and advised them to seek out these supports.
- Staff recommended that the client make good faith payments on their Excel bill to avoid falling further behind. This approach is intended to either allow the client to catch up on payments or enable them to qualify for assistance through Community Action Programs if a disconnection notice is received.

\*\*Plan Moving Forward:\*\*
- Staff and the client will follow up in a couple of weeks to assess progress on the energy bill, food support, and overall situation.
- Further support and resources will be discussed as needed to ensure the client's stability.

\*\*Next Follow-Up:\*\*
Scheduled in a couple of weeks to evaluate the client's situation and make any necessary adjustments to their plan.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 08/01/2024

**Start & End Time :** 11:00:00 AM - 03:00:00 PM

**Service :** Housing Sustaining

**Notes :**

\*\*Case Note - August 1st, 2024\*\*

\*\*Meeting Location:\*\* Client's Home

\*\*Summary:\*\*
Staff conducted a home visit with the client to review paperwork received from the Department of Human Services (DHS) regarding their CADI (Community Access for Disability Inclusion) waiver. During the visit, staff and client thoroughly reviewed the documentation. Staff explained the current step in the process, noting that the client's MnCHOICES assessment has been completed, approved, and submitted to DHS for services. It was explained that once the paperwork is processed, DHS staff will notify the client and/or our staff about the assignment of an agency to service the client's CADI waiver needs.

\*\*Budgeting Discussion:\*\*

Staff and client also discussed budgeting, focusing on the client's ability to keep up with their electricity bill, especially during the hot weather and increased use of the air conditioner. The client was encouraged to reach out to Xcel Energy to inquire about their Power Program, which spreads the yearly utility costs evenly over 12 months to help manage higher energy bills. The client only pays for electricity, which covers the cost of running the air conditioner; they do not have to pay for heating during the winter, which will help reduce their overall energy expenses once the air conditioner is no longer needed.

**Next Steps:**

- Client to contact Xcel Energy about enrolling in the Power Program.

- Staff and client to monitor the client's energy bills and budget closely.

~~- In case of a disconnection notice, staff and client will reach out to community action programs for assistance~~ before the balance is settled.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 07/31/2024

**Start & End Time :** 10:00:00 AM - 12:30:00 PM

**Service :** Housing Sustaining

**Notes :**

**Case Note - July 31st, 2024**

**Summary:**

Staff reached out to the client to assess the reason for missing their renewal appointment. The client explained that their phone had been disconnected but they were able to receive calls while connected to Wi-Fi. To address this, staff and the client devised a plan for the client to use the staff's phone during their next appointment to complete the renewal and prevent a lapse in coverage of services.

During the conversation, staff and the client also discussed budgeting needs and changes. Staff reminded the client about the upcoming deadline for the DHS MFIP report form. Additionally, they addressed the importance of catching up on late rent payments to avoid eviction.

**Next Steps:**

- Staff and the client agreed to meet on Friday to address other outstanding issues.

- Staff will assist the client with the use of their phone for the next appointment.

- Follow-up on rent payment status and completion of the DHS MFIP report form.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 07/29/2024

**Start & End Time :** 03:00:00 PM - 05:00:00 PM

**Service :** Housing Sustaining

**Notes :**

**Date:** July 29, 2024

**Meeting Summary:**

- **Purpose of Meeting:** Preparation for client's renewal.

**Actions Taken:**

1. **Paperwork Gathering:**

- Collected necessary documents for renewal.
- Ensured all paperwork is complete and up to date.

2. **Coordination with Other Case Managers:**
   - Reached out to other case managers to gather coordinated services.
   - Developed a support plan to be submitted with the approval paperwork to DHS.

3. **Budgeting Follow-up:**
   - Discussed current budgeting issues with the client.
   - Provided guidance on managing expenses more effectively.

4. **Apartment Search Assistance:**
   - Assisted client with apartment searches.
   - Provided resources and tips for finding affordable housing.

5. **Income Increase Strategies:**
   - Discussed various ways the client could increase their income.
   - Explored potential job opportunities and additional support services.

**Next Steps:**

- Submit approval paperwork to DHS.
- Continue supporting the client in their apartment search.
- Monitor and assist with the implementation of the budgeting and income strategies discussed.
- Schedule a follow-up meeting to review progress and address any new issues.

**Notes:**

- The client was receptive to the strategies discussed and is motivated to improve their situation for the upcoming year. .
- Ensure timely communication with DHS and other case managers to facilitate a smooth renewal process.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 07/26/2024

**Start & End Time :** 09:00:00 AM - 11:00:00 AM

**Service :** Housing Sustaining

**Notes :**

**Case Note: July 26, 2024**

**Meeting Summary:**

- **Budgeting and Light Bill:**
  - Met with the client to address budgeting issues, specifically how to fit their light bill into their budget.
  - The client has been faltering and is soon expecting a disconnection notice.
  - Developed a plan to take the disconnection notice to Community Action for assistance once it is received.
  - Discussed working towards a long-term solution to prevent this issue from recurring.

**Next Steps:**

- Staff and client will meet again soon to follow up on any changes that were made or need to be made.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 07/10/2024

**Start & End Time :** 07:00:00 AM - 10:00:00 AM

**Service :** Housing Sustaining

**Notes :**

**Preventing and early identification of behaviors that may jeopardize continued housing**

**Date:** 7/10/24

**Subject:** Budgeting and Assistance for Utilities and Food

**Case Note:**

Today, staff met with the client to discuss their budgeting needs, as they are struggling to keep up with their utility bills. Staff and client visited Community Action to inquire about utility assistance. They were informed that to receive assistance at this time, the client needs to have a disconnection notice.

Additionally, staff and client discussed food resources because the client recently lost their food support and is experiencing food insecurity. Various local food resources and assistance programs were reviewed to help the client manage their current situation.

**Follow-Up Needed:** Yes, monitor the client's situation regarding utility bills and potential disconnection notice. Assist the client in applying for food resources and provide additional support as needed.

---

**Client :** Jessica Cronquist

**Housing Coordinator :** Cheryl Moore

**Date :** 07/05/2024

**Start & End Time :** 07:00:00 AM - 12:00:00 PM

**Service :** Housing Sustaining

**Notes :**

\*\*Case Note\*\*

\*\*Date:\*\* July 5th, 2024

\*\*Meeting Location:\*\* Client's apartment

---

\*\*Summary of Interaction:\*\*

1. \*\*Budgeting and Rent Issues:\*\*

 - Staff met with the client at their apartment to discuss budgeting issues and a missing rent payment.

 - The client claims they paid the rent and provided a receipt as evidence.

 - The client mentioned that they deposited their rent money order into the appropriate receptacle for pickup.

 - Staff will follow up with the property management office to verify if the deposit or rent money order was received and recovered. Follow-up is scheduled for early next week.

2. \*\*Utility Bill Concerns:\*\*

 - The client is falling behind on their light bill payments.

 - Staff and client have scheduled a future date to visit Community Action to update the client's information and seek assistance for the light bill payment.

3. \*\*Transportation Assistance:\*\*

 - Staff provided transportation for the client to attend an appointment.

 - After the appointment, staff returned the client to their home before concluding the meeting.

\*\*Next Steps:\*\*

 - Follow up with the property management company early next week to verify the status of the rent payment.

- Accompany the client to Community Action on the scheduled date to address the light bill issue.

**Client :** Jessica Cronquist
**Housing Coordinator :** Cheryl Moore
**Date :** 06/25/2024
**Start & End Time :** 09:30:00 AM - 12:00:00 PM
**Service :** Housing Sustaining

**Notes :**

Sustain Services - Supporting the person to apply for benefits to retain housing Date: 6/25/24 Subject: Budgeting and Utility Assistance Case Note: Today, staff met with the client to discuss budgeting strategies to maintain stability in their housing. The client expressed concern about their high utility bills, which have increased due to the recent need to run the air conditioning because of the heat. To address this concern, staff and client made plans to submit the utility bill to CAPS for an update and assistance with their situation. Additionally, staff and client scheduled a follow-up meeting to gather all necessary paperwork to start a new energy assistance application. Follow-Up Needed: Yes, meet with the client to collect all required documentation for the energy assistance application.