**RECEIVED**

AUG 2 5 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## Exhibit E

Payroll records and termination notices demonstrating workforce layoffs



Home Care Staffing

# Contractor payments

Payments from Jun 01, 2025 to Jul 01, 2025 for active contractors

| Pay date | Contractor | Type | Pay method | Pay status | Category | Amount |
|----------|-----------|------|-----------|-----------|----------|--------|
| 06/30/2025 | Fabre White | Expense | Direct deposit | Processed | Wages | $1,523.35 |
| 06/26/2025 | BRIANNA COLEMAN | Expense | Direct deposit | Processed | Wages | $2,500.56 |
| 06/26/2025 | G & T MUTUAL SOLUTIONS Management company | Expense | Direct deposit | Processed | Wages | $1,500.00 |
| 06/26/2025 | Shay Martin | Expense | Direct deposit | Processed | Wages | $4,200.00 |
| 06/26/2025 | Jacinta Moss | Expense | Direct deposit | Processed | Wages | $2,061.09 |
| 06/26/2025 | Storm Mckee | Expense | Direct deposit | Processed | Wages | $5,200.00 |
| 06/26/2025 | Lenorra Land | Expense | Direct deposit | Processed | Wages | $2,623.58 |
| 06/26/2025 | Takeita Suggs | Expense | Direct deposit | Processed | Wages | $2,311.27 |
| 06/26/2025 | christina harris | Expense | Direct deposit | Processed | Wages | $2,671.88 |
| 06/26/2025 | Adayah Napaire | Expense | Direct deposit | Processed | Wages | $1,991.35 |
| 06/26/2025 | Alisha George | Expense | Direct deposit | Processed | Wages | $1,983.38 |
| 06/26/2025 | Ameeyah Hill | Expense | Direct deposit | Processed | Wages | $500.00 |
| 06/26/2025 | Angel Moore | Expense | Direct deposit | Processed | Wages | $1,974.92 |
| 06/26/2025 | Dana Shigidy | Expense | Direct deposit | Processed | Wages | $1,927.00 |
| 06/26/2025 | Dameshia Mcqueen | Expense | Direct deposit | Processed | Wages | $3,402.07 |
| 06/26/2025 | Phileira Johnson | Expense | Direct deposit | Processed | Wages | $834.48 |
| 06/26/2025 | Tamara Martin | Expense | Direct deposit | Processed | Wages | $1,927.27 |
| 06/26/2025 | Ubuntu Rehumanization Initiative | Expense | Direct deposit | Processed | Wages | $1,500.00 |
| 06/26/2025 | Patrick Walker | Expense | Direct deposit | Processed | Wages | $1,429.03 |
| 06/26/2025 | Gabrielle Holboy | Expense | Direct deposit | Processed | Wages | $2,502.65 |
| 06/26/2025 | Katrice Collins | Expense | Direct deposit | Processed | Wages | $1,878.62 |
| 06/26/2025 | James Beaugard | Expense | Direct deposit | Processed | Wages | $500.00 |
| 06/26/2025 | David Thelen | Expense | Direct deposit | Processed | Wages | $2,160.19 |
| 06/26/2025 | Merhaba Mebrahtu | Expense | Direct deposit | Processed | Wages | $3,204.65 |
| 06/26/2025 | Keeanna Jeffries | Expense | Direct deposit | Processed | Wages | $2,383.32 |
| 06/26/2025 | Donyea Perry Davis | Expense | Direct deposit | Processed | Wages | $1,907.44 |
| 06/26/2025 | Fabre White | Expense | Direct deposit | Processed | Wages | $1,523.35 |
| 06/26/2025 | Tyann Christopher | Expense | Direct deposit | Processed | Wages | $1,850.63 |
| 06/26/2025 | Sadie Dickson | Expense | Direct deposit | Processed | Wages | $2,568.06 |
| 06/26/2025 | Twyla Martin | Expense | Direct deposit | Processed | Wages | $5,400.00 |

| Pay date | Contractor | Type | Pay method | Pay status | Category | Amount |
|---|---|---|---|---|---|---|
| 06/26/2025 | Latasha Jackson | Expense | Direct deposit | Processed | Wages | $2,668.57 |
| 06/11/2025 | Ubuntu Rehumanization Initiative | Expense | Direct deposit | Processed | Wages | $1,500.00 |
| 06/11/2025 | Shay Martin | Expense | Direct deposit | Processed | Wages | $4,300.00 |
| 06/11/2025 | Jacinta Moss | Expense | Direct deposit | Processed | Wages | $1,935.45 |
| 06/11/2025 | Storm Mckee | Expense | Direct deposit | Processed | Wages | $5,200.00 |
| 06/11/2025 | Lanorra Land | Expense | Direct deposit | Processed | Wages | $2,616.23 |
| 06/11/2025 | christina harris | Expense | Direct deposit | Processed | Wages | $2,575.73 |
| 06/11/2025 | Adayah Napaire | Expense | Direct deposit | Processed | Wages | $1,929.26 |
| 06/11/2025 | Sadia Dickson | Expense | Direct deposit | Processed | Wages | $2,648.45 |
| 06/11/2025 | Alisha George | Expense | Direct deposit | Processed | Wages | $2,058.30 |
| 06/11/2025 | Donyea Perry Davis | Expense | Direct deposit | Processed | Wages | $1,945.20 |
| 06/11/2025 | Angel Moore | Expense | Direct deposit | Processed | Wages | $1,955.68 |
| 06/11/2025 | BRIANNA COLEMAN | Expense | Direct deposit | Processed | Wages | $2,316.59 |
| 06/11/2025 | Dana Shigidy | Expense | Direct deposit | Processed | Wages | $1,917.20 |
| 06/11/2025 | David Thelen | Expense | Direct deposit | Processed | Wages | $2,097.38 |
| 06/11/2025 | Dameshia Mcqueen | Expense | Direct deposit | Processed | Wages | $2,908.69 |
| 06/11/2025 | Twyla Martin | Expense | Direct deposit | Processed | Wages | $5,400.00 |
| 06/11/2025 | Philaira Johnson | Expense | Direct deposit | Processed | Wages | $862.92 |
| 06/11/2025 | Keeanna Jeffries | Expense | Direct deposit | Processed | Wages | $2,120.06 |
| 06/11/2025 | Ameeyah Hill | Expense | Direct deposit | Processed | Wages | $500.00 |
| 06/11/2025 | Tamara Martin | Expense | Direct deposit | Processed | Wages | $1,997.08 |
| 06/11/2025 | G & T MUTUAL SOLUTIONS Management company | Expense | Direct deposit | Processed | Wages | $1,500.00 |
| 06/11/2025 | Patrick Walker | Expense | Direct deposit | Processed | Wages | $1,409.32 |
| 06/11/2025 | Takeita Suggs | Expense | Direct deposit | Processed | Wages | $2,245.17 |
| 06/11/2025 | Gabrielle Holboy | Expense | Direct deposit | Processed | Wages | $2,973.02 |
| 06/11/2025 | Katrice Collins | Expense | Direct deposit | Processed | Wages | $2,144.38 |
| 06/11/2025 | James Beaugard | Expense | Direct deposit | Processed | Wages | $500.00 |
| 06/11/2025 | Merhaba Mebrahtu | Expense | Direct deposit | Processed | Wages | $1,778.00 |
| 06/11/2025 | Tyann Christopher | Expense | Direct deposit | Processed | Wages | $2,032.75 |
| 06/11/2025 | Latasha Jackson | Expense | Direct deposit | Processed | Wages | $2,684.28 |
| Total | | | | | | $136,681.81 |

360 Housing Stability

## Contractor payments

Payments from Jul 01, 2025 to Aug 01, 2025 for active contractors

| Pay date | Contractor | Type | Pay method | Pay status | Category | Amount |
|----------|-----------|------|-----------|-----------|----------|--------|
| 07/24/2025 | G & T MUTUAL SOLUTIONS Management company | Expense | Direct deposit | Processed | Wages | $2,000.00 |
| 07/24/2025 | Febre White | Expense | Direct deposit | Processed | Wages | $2,082.50 |
| 07/24/2025 | Jacinta Moss | Expense | Direct deposit | Processed | Wages | $2,183.18 |
| 07/24/2025 | Latasha Jackson | Expense | Direct deposit | Processed | Wages | $2,509.41 |
| 07/24/2025 | Tyann Christopher | Expense | Direct deposit | Processed | Wages | $2,261.01 |
| 07/24/2025 | Sadia Dickson | Expense | Direct deposit | Processed | Wages | $2,859.04 |
| 07/24/2025 | Donyea Perry Davis | Expense | Direct deposit | Processed | Wages | $1,874.56 |
| 07/24/2025 | Merhaba Mebrahtu | Expense | Direct deposit | Processed | Wages | $2,940.45 |
| 07/24/2025 | James Beaugard | Expense | Direct deposit | Processed | Wages | $1,000.00 |
| 07/24/2025 | Katrice Collins | Expense | Direct deposit | Processed | Wages | $1,802.76 |
| 07/24/2025 | Gabrielle Holboy | Expense | Direct deposit | Processed | Wages | $2,014.34 |
| 07/24/2025 | Takeita Suggs | Expense | Direct deposit | Processed | Wages | $1,837.09 |
| 07/24/2025 | Patrick Walker | Expense | Direct deposit | Processed | Wages | $1,306.35 |
| 07/24/2025 | Ubuntu Rehumanization Initiative | Expense | Direct deposit | Processed | Wages | $1,500.00 |
| 07/24/2025 | Keeanna Jeffries | Expense | Direct deposit | Processed | Wages | $1,935.88 |
| 07/24/2025 | Tamara Martin | Expense | Direct deposit | Processed | Wages | $2,141.78 |
| 07/24/2025 | Ameeyah Hill | Expense | Direct deposit | Processed | Wages | $1,500.00 |
| 07/24/2025 | Philaire Johnson | Expense | Direct deposit | Processed | Wages | $832.77 |
| 07/24/2025 | Dameshia Mcqueen | Expense | Direct deposit | Processed | Wages | $3,159.08 |
| 07/24/2025 | David Thelen | Expense | Direct deposit | Processed | Wages | $2,118.56 |
| 07/24/2025 | Dana Shigidy | Expense | Direct deposit | Processed | Wages | $1,915.02 |
| 07/24/2025 | BRIANNA COLEMAN | Expense | Direct deposit | Processed | Wages | $2,972.59 |
| 07/24/2025 | Angel Moore | Expense | Direct deposit | Processed | Wages | $2,233.16 |
| 07/24/2025 | Alisha George | Expense | Direct deposit | Processed | Wages | $1,894.16 |
| 07/24/2025 | Adayah Napaire | Expense | Direct deposit | Processed | Wages | $1,843.29 |
| 07/24/2025 | christina harris | Expense | Direct deposit | Processed | Wages | $2,589.00 |
| 07/24/2025 | Lenorra Land | Expense | Direct deposit | Processed | Wages | $2,520.82 |
| 07/24/2025 | Jasmine Hall | Expense | Direct deposit | Processed | Wages | $1,104.00 |
| 07/24/2025 | Shay Martin | Expense | Direct deposit | Processed | Wages | $4,300.00 |
| 07/24/2025 | Twyla Martin | Expense | Direct deposit | Processed | Wages | $5,600.00 |

| Pay date | Contractor | Type | Pay method | Pay status | Category | Amount |
|---|---|---|---|---|---|---|
| 07/10/2025 | Jasmine Hall | Expense | Direct deposit | Processed | Business Checking | $2,006.55 |
| 07/10/2025 | Latasha Jackson | Expense | Direct deposit | Processed | Wages | $2,643.08 |
| 07/10/2025 | Twyla Martin | Expense | Direct deposit | Processed | Wages | $5,400.00 |
| 07/10/2025 | Sadia Dickson | Expense | Direct deposit | Processed | Wages | $2,915.39 |
| 07/10/2025 | Fabre White | Expense | Direct deposit | Processed | Wages | $1,994.70 |
| 07/10/2025 | Donyea Perry Davis | Expense | Direct deposit | Processed | Wages | $1,952.45 |
| 07/10/2025 | Keeanna Jeffries | Expense | Direct deposit | Processed | Wages | $2,182.25 |
| 07/10/2025 | David Thelen | Expense | Direct deposit | Processed | Wages | $2,105.25 |
| 07/10/2025 | Katrice Collins | Expense | Direct deposit | Processed | Wages | $2,001.50 |
| 07/10/2025 | Gabrielle Holboy | Expense | Direct deposit | Processed | Wages | $2,434.84 |
| 07/10/2025 | James Beaugard | Expense | Direct deposit | Processed | Wages | $1,000.00 |
| 07/10/2025 | G & T MUTUAL SOLUTIONS Management company | Expense | Direct deposit | Processed | Wages | $1,500.00 |
| 07/10/2025 | Ubuntu Rehumanization Initiative | Expense | Direct deposit | Processed | Wages | $1,500.00 |
| 07/10/2025 | christina harris | Expense | Direct deposit | Processed | Wages | $2,799.11 |
| 07/10/2025 | Jacinta Moss | Expense | Direct deposit | Processed | Wages | $2,172.09 |
| 07/10/2025 | Alisha George | Expense | Direct deposit | Processed | Wages | $1,944.05 |
| 07/10/2025 | Darneshia Mcqueen | Expense | Direct deposit | Processed | Wages | $3,469.46 |
| 07/10/2025 | Shay Martin | Expense | Direct deposit | Processed | Wages | $4,300.00 |
| 07/10/2025 | Storm Mckee | Expense | Direct deposit | Processed | Wages | $2,600.00 |
| 07/10/2025 | Merhaba Mebrahtu | Expense | Direct deposit | Processed | Wages | $2,845.80 |
| 07/10/2025 | Lanorra Land | Expense | Direct deposit | Processed | Wages | $2,532.02 |
| 07/10/2025 | Patrick Walker | Expense | Direct deposit | Processed | Wages | $1,314.19 |
| 07/10/2025 | Takeita Suggs | Expense | Direct deposit | Processed | Wages | $2,124.84 |
| 07/10/2025 | BRIANNA COLEMAN | Expense | Direct deposit | Processed | Wages | $2,771.54 |
| 07/10/2025 | Adayah Napeire | Expense | Direct deposit | Processed | Wages | $2,178.97 |
| 07/10/2025 | Angel Moore | Expense | Direct deposit | Processed | Wages | $1,897.84 |
| 07/10/2025 | Tyann Christopher | Expense | Direct deposit | Processed | Wages | $2,001.50 |
| 07/10/2025 | Ameeyah Hill | Expense | Direct deposit | Processed | Wages | $500.00 |
| 07/10/2025 | Dana Shigidy | Expense | Direct deposit | Processed | Wages | $1,901.47 |
| 07/10/2025 | Philaira Johnson | Expense | Direct deposit | Processed | Wages | $851.77 |
| 07/10/2025 | Tamara Martin | Expense | Direct deposit | Processed | Wages | $1,896.12 |
| 07/10/2025 | Jasmine Hall | Check | Check | - | Wages | $0.00 |
| **Total** | | | | | | **$136,565.58** |

## Home Care Staffing
## **Contractor payments**

Payments from Aug 01, 2025 to Aug 15, 2025 for active contractors

| Pay date | Contractor | Type | Pay method | Pay status | Category | Amount |
|---|---|---|---|---|---|---|
| 08/07/2025 | Philaira Johnson | Expense | Direct deposit | Processed | Payroll Expenses | $829.73 |
| 08/07/2025 | Twyla Martin | Expense | Direct deposit | Processed | Wages | $5,400.00 |
| 08/07/2025 | Sadia Dickson | Expense | Direct deposit | Processed | Payroll Expenses | $2,762.98 |
| 08/07/2025 | Shay Martin | Expense | Direct deposit | Processed | Wages | $4,200.00 |
| 08/07/2025 | Patrick Walker | Expense | Direct deposit | Processed | Wages | $1,587.32 |
| Total | | | | | | $14,780.03 |

Home Care Staffing PAYROLL 8/4/25----Unpaid Amount To Housing Coordinators

Format (CareTap Hours) Connect Teams hours, Holiday pay, Extra pay, sick pay, Phone stipend (Every 1st paycheck of the month), Employee of the month, Mileage reimbursement, referral bonuses, total Pay

1. Adayah - (76.5) 79.08, MI 400.2X.67=$268.134 TOTAL PAY 64 hours= $1,536.00 in Quick Books. Balance Due to cashapp= $630,05

2. Alisha - (15.75) 15.33, $30 phone Stipend, **TOTAL PAY= $382.59**

3. Angel - (80.25) 84.58, MI 315X.67=$211.05 **TOTAL PAY= $2,156.39**

4. Brianna - (112.25) 117, $30 phone Stipend, MI 8X.67=$5.36 **TOTAL PAY= $2,901.86**

5. Christina - (121)124.75 **TOTAL PAY= $2,931.63**

6. Dana - (81.25)89.25, MI 37X.67=$24.79 **TOTAL PAY= $2,122.17**

7. Darneshia - (136)140.17, $30 phone Stipend, MI 23.5X.67=$15.75 **TOTAL PAY= $3,409.83**

8. David - (62.75) 70.25, 293.4X.67=$196.58 **TOTAL PAY= $1,900.14**

9. Donyea - **(76) 77 TOTAL PAY= $1,771.00**

10. Fabre - (88.75)89.5, $30 phone Stipend, MI 33.1X.67=$22.18 **TOTAL PAY= $2,110.68**

11. Gabrielle - (59.75) 61.5, $30 phone Stipend, **TOTAL PAY= $1,444.50**

12. Jacinta - (73.25) 76.92, $30 phone Stipend, MI 254X.67=$170.18, **TOTAL PAY= $1,969.34**

13. Jasmine - (67.5) 68.58, $30 phone Stipend, MI 58X.67=$38.86 **TOTAL PAY= $1,646.20**

14. Katrice - (76.25)77.75 **TOTAL PAY= $1,827.13**

15. Keeanna - (84.25)85.83, MI 26X.67=$17.42 **TOTAL PAY= $2,098.80**

16. Lanorra - (105.25)106, MI 210X.67=$140.7 **TOTAL PAY= $2,684.70**

17. Latasha - (89.25) 94.83, $30 phone Stipend, 130X.67=$87.1 **TOTAL PAY= $2,298.19**

18. Merhaba - (108.5) 113.75, $30 phone Stipend, MI 57.4X.67=$38.46 **TOTAL PAY= $2684.71**

19. Sadia - (59.5) 100.67, MI 67X.67=$44.89 **TOTAL PAY= $2762.98**

20. Takeita - (79.75) 88.08, $30 phone Stipend, MI 8X.67=$5.36 **TOTAL PAY= $2061.20**

21. Tamara - (73) 82.75, Employee of the month pay $82.75, MI 13.4X.67=$8.98 **TOTAL PAY= $2036.35**

22. Tyann - (76)82.83 **TOTAL PAY= $1946.51**

23. Tierre - 60 **TOTAL PAY= $1500**

24. Philaira - 40.17 + 3.5 for 8/4 **TOTAL PAY= $829.73**

25. Patrick - 77.42 + 4.08 for 8/4 **TOTAL PAY= $1587.32**

Employees

26. Dreija - (79) **83.17**

27. Jenny - (61.25) **72.58, $30 phone Stipend**

28. Rose - (60) 64.58, **MI 56.7X.67=$37.98**

29. Jennifer - **80**

30. Cheryl - **80**

08/06/2025

Dear Team,

I'm reaching out with deep concern and full transparency regarding an urgent situation that affects us all.

As of this week, the Minnesota Department of Human Services (DHS) has abruptly stopped all payments to our organization. This action was based on flagged data patterns—not fraud—and we have documentation confirming this. However, the consequences are immediate: we will not be able to issue payroll this coming Friday.

What's even more alarming is that there is a real possibility DHS may fully terminate the program, which means payments may not continue at all. We are currently seeking answers and fighting to regain access to those funds.

I know this is deeply unsettling. It affects our lives, our families, and our futures. I am walking through it with you, and I will continue to advocate for our team at every level possible.

Thank you for your continued patience, strength, and understanding during this incredibly difficult time.

With great respect,

Twyla Leach

Executive Director

360 Housing Stability



 **Gmail**

360 housing Stability <360housingstability@gmail.com>

---

## Urgent Payroll Notice
4 messages

---

**360 housing Stability** <360housingstability@gmail.com>                    Wed, Aug 6, 2025 at 12:26 PM
To: Jennifer Darling <jennifer@360housingstability.org>, Cheryl Moore <cheryl@360housingstability.org>, Patrick Walker
<patrick@360housingstability.org>, philaira@360housingstability.org, adayah@360housingstability.org,
angel@360housingstability.org, brianna@360housingstability.org, Christina Harris <christina@360housingstability.org>,
dana@360housingstability.org, darneshia@360housingstability.org, David Thelen <david@360housingstability.org>,
donyea@360housingstability.org, Dreija Maifea-Phomsamouth <dreija@360housingstability.org>,
fabre@360housingstability.org, gabrielle@360housingstability.org, jacinta@360housingstability.org,
"jasmine@360housingstability.org" <jasmine@360housingstability.org>, "jestrada@360housingstability.org"
<jestrada@360housingstability.org>, Katrice Collins <katrice@360housingstability.org>, "Keeanna J."
<keeanna@360housingstability.org>, Lanorra Land <lanorra@360housingstability.org>, "latasha@360housingstability.org"
<latasha@360housingstability.org>, merhaba@360housingstability.org, Rose Herr <rose@360housingstability.org>,
sadia@360housingstability.org, Tamara Martin <tamara@360housingstability.org>, takeita@360housingstability.org,
"TyannC@360housingstability.org" <TyannC@360housingstability.org>

Dear Team,

I'm reaching out with deep concern and full transparency regarding an urgent situation that affects us all.

As of this week, the Minnesota Department of Human Services (DHS) has abruptly stopped all payments to
our organization. This action was based on flagged data patterns—not fraud—and we have documentation
confirming this. However, the consequences are immediate: we will not be able to issue payroll this coming
Friday.

What's even more alarming is that there is a real possibility DHS may fully terminate the program, which
means payments may not continue at all. We are currently seeking answers and fighting to regain access to
those funds.

We are asking for an additional 14 days in hopes that DHS will release retroactive payments, which would
allow us to issue the payroll that was originally due this Friday. Please know—there is no guarantee. But we
are pushing with everything we have to make that happen.

I know this is deeply unsettling. It affects our lives, our families, and our futures. I am walking through it with
you, and I will continue to advocate for our team at every level possible.

Thank you for your continued patience, strength, and understanding during this incredibly difficult time.

With great respect,

Twyla Leach

Executive Director

360 Housing Stability


**360 Housing Stability**

Home Care Staffing
**Housing Stabilization Services**
Address: 1821 University Avenue Saint Paul, MN 55104
Office: (612)-393-1080 | Fax: (651)305-0677
Website: www.360housingstability.com

---

jasmine Hall <jasmine@360housingstability.org>                                    Wed, Aug 6, 2025 at 12:31 PM
To: 360 housing Stability <360housingstability@gmail.com>

---

If payments stopped abruptly today how are we not being paid out for the last two weeks? You also assured us on
Monday you had savings to continue paying HSS Coordinators. This is my rent check.

*Jasmine Hall*
**Home Care Staffing (HSS)**
360 Housing Stability
**Housing Coordinator**
Office: (651)200-0493 | Fax: (651)305-0677
Address 1821 University Ave Suite 494 |Saint Paul, MN 55104
*Supervisor cheryl@360housingstability.org*
[Quoted text hidden]

---

**360 housing Stability** <360housingstability@gmail.com>                          Wed, Aug 6, 2025 at 12:32 PM
To: jasmine Hall <jasmine@360housingstability.org>

Please be at the staff meeting as we are talking about all of this

**360 Housing Stability**

Home Care Staffing

**Housing Stabilization Services**

Address: 1821 University Avenue Saint Paul, MN 55104

Office: (612)-393-1080 | Fax: (651)305-0677

Website: www.360housingstability.com

**IMPORTANT NOTICE:** DHS currently has an unavoidable backlog of HSS service applications statewide,

with an estimated processing time of **75 business days.** We sincerely apologize for the delay. As soon as

we receive authorization or approval, we will notify the client or case manager.

Thank you for your patience!

For questions regarding wait times, please contact DHS directly:
Email: hss.eligibility.dhs@state.mn.us
[Quoted text hidden]

---

**360 housing Stability** <360housingstability@gmail.com>                          Fri, Aug 15, 2025 at 1:11 PM
To: Jennifer Darling <jennifer@360housingstability.org>, Cheryl Moore <cheryl@360housingstability.org>, Patrick Walker
<patrick@360housingstability.org>, philaira@360housingstability.org, adayah@360housingstability.org,
angel@360housingstability.org, brianna@360housingstability.org, Christina Harris <christina@360housingstability.org>,
dana@360housingstability.org, darneshia@360housingstability.org, David Thelen <david@360housingstability.org>,
donyea@360housingstability.org, Dreija Maifea-Phornsamouth <dreija@360housingstability.org>,
fabre@360housingstability.org, gabrielle@360housingstability.org, jacinta@360housingstability.org,
"jasmine@360housingstability.org" <jasmine@360housingstability.org>, "jestrada@360housingstability.org"
<jestrada@360housingstability.org>, Katrice Collins <katrice@360housingstability.org>, "Keeanna J."
<keeanna@360housingstability.org>, Lanorra Land <lanorra@360housingstability.org>, "latasha@360housingstability.org"
<latasha@360housingstability.org>, merhaba@360housingstability.org, Rose Herr <rose@360housingstability.org>,

sadia@360housingstability.org, Tamara Martin <tamara@360housingstability.org>, takeita@360housingstability.org, "TyannC@360housingstability.org" <TyannC@360housingstability.org>

**Home Care Staffing – Staff Layoff Notice**

**To:** All Staff
**From:** Management Team
**Subject:** Notice of Layoff Due to Payroll Funding Interruption

Dear Team,

It is with deep regret that we must inform you of an immediate change to staffing.
Despite our best efforts to resolve recent payment issues with DHS, we have not yet received a timeline for when funds will be restored.

We have worked closely with the investigator assigned to our case, provided full documentation, and proven that we have acted appropriately and within all guidelines. Unfortunately, while our innocence has been confirmed, the payment process remains on hold with no confirmed resolution date.

Because of this funding interruption, we do not have the resources to cover upcoming payroll costs. We have exhausted every available option to keep our team intact, but without these funds, we are left with no choice but to begin layoffs effective August 15, 2025.

We know this decision causes hardship and disruption. Please know this is not a reflection of your performance or value to our company. Each of you has made important contributions to Home Care Staffing, and this situation is solely the result of circumstances outside of our control.

We are committed to:

- Providing documentation you may need for unemployment benefits.

- Supplying letters of reference upon request.

- Notifying you immediately if funds are released and positions become available again.

We are truly sorry for the impact this has on you and your families. Thank you for your dedication and hard work during your time with us.

Sincerely,
**Twyla Martin**
Owner & Manager
Home Care Staffing
Phone: 612-900-6528

On Wed, Aug 6, 2025 at 12:26 PM 360 housing Stability <360housingstability@gmail.com> wrote:
[Quoted text hidden]

Impact Statement  8/8/2025

My name is Lenora Land. I am a housing coordinator with Home Care Staffing. It's also known as home care being without this job has affected my family and I tremendously. We're currently in a hotel right now and we were expecting to um extend our um stay there until August 31st, which would be our move in day but because of me being without a job now, I am without a house um which makes my family and I homeless right now um so this has been very hard. One of my family and I we're trying um yeah we we are trying to, you know, seek for resources and everything, but because of all the organizations being without funds, you know, we we have to wait, which will, you know, um, again, we'll have us without a home

Impact Statement 8/2/2025

My name is Darnisha McQueen. I'm a housing coordinated with homecare staffing and this has been one of the most traumatic things that I think I've experienced um I found a lot of purpose in this job. I found a lot of joy and fulfillment and I think I was just at a place in my life where um having found that it was almost like the best thing ever so to have it so ended so abruptly with, you know, no warning, of course there was a lot of things going on in the news, but I feel like just the without the warning and without the at least giving us time to wrap everything up, speak with our clients. We work with people who have mental health, disabilities, and so it can be a lot to process understanding what they're going through. uh my emotional state is has been very up and down. I'm also a single mother and you know being unable to pay my rent, being unable to buy my kids food. I had a medical necessity diagnostic test that I needed yesterday being unable to pay my co pay and you know, things like that. So just having that extra burden has just really been a lot. and it, I mean, it was so unnecessary, especially because we were doing the work. And so, yeah, I'm I'm extremely affected wondering where we're going to get our next meal from, wondering all these things. My car needs some work on it. And it's just, it's a lot for me mentally, emotionally, and spiritually and I think that I it's it's it's honestly a lot.

Impact Statement 8/5/2025

Hello, this is David Thielen. I am a staff with a home care staffing. I have been recently laid off due to the Department of Human Services canceling the housing stability services and I am at this point not sure um how I'm going to pay rent. Rent is definitely a factor in this issue. and other bills, obviously. So um definitely has a big impact on my life at this point. I would having to look for more employment um and then go from there so this is a very sad situation. It definitely feel for my clients. They are also going to be put in the situation where, you know, they have no support and through the process of, you know, getting homes or sustaining homes. So very sad situation in, you know, sad situation all around with everyone. So once again, David Thielen, and this is affected my life, obviously losing a job abruptly puts people in a certain situations. So thank you for your time.

Impact Statement 8/7/2025

My name is Jacinta M. I work for home care staffing. This right here has cost so much disturbance because of bills I have I have two special needs kids. I have my mental health stuff so right now I'm in a deep depression and and it's like my last paycheck is not here and it's like my insulin everything it's overwhelming. I don't understand how I'm gonna make it um haven't slept in three days since we got to lose um but this is a hardship for me. This check was supposed to cover my mortgage my insulin half of my car note and I will be good, but I'm still pushing and now it's like my mortgage can't be paid. Nothing can light to Finn be shut off. I try to do something right and now my mental is all messed up and this is right after my mother's death anniversary birthday and now it's like it's more and more and I have to walk and smile for my kids and then this financial buy now my babies are starting school and I can't in a four school close so this right here has caused nothing but pain and I'm gonna continue to say this has nothing nothing this all this has caused nothing but pain and hardship for me and my family and now I have to go out with a job that helped me understand my hours and everything like that because I had kids and now I have to go out and do the same thing all over again so hardship is real tears are real pain is real. Don't even know I'm about to make this payment of a mortgage and light before we get cut off.

Impact Statement 8/8/2025

Hello, this is Tamara Martin from Home Care staffing um how this closure is affecting me It is hurting me because I can't help the people that I love that I care about and that I'm concerned about that can't take care of themselves righteously by themselves. and fires me personally I started this after I had a stroke. I started this job and I was so excited and happy to be back working and then doing a job that's one of the things I've always wanted to do is to help people with housing and help them be okay in their lives. um it's affecting me but just getting a two bedroom now um I just got into a two bedroom now I may lose that um because of this closure. Um I have car bills. I have just the basic living bills that I will not. I don't have a husband. I don't have a boyfriend. I don't have that type of support that can come in and help me or take over for a while, while we're going through this with you. So it just really put me in a bad space. I've been homeless before so I'm on a ver of that again, which is not fair to us when we're doing the job and we're doing the job correctly um, we just don't understand it as a whole because we have done what we're supposed to do for me. It's just really painful because I've done my job well. My clients all tell me I do it well. They all tell me they need me in their lives beyond just getting housing to keep them on a straight and narrow and keep them stable. I just really it just really hurts me that when you do right, you still get done wrong and it's just not fair. I'm a strong person, but this is it's taken a lot out of me mentally. My deal with some things, so that's got me in a little uproar right now about what's gonna what can happen thinking about the bad things, of course what can happen um so again, my name is Tamara Martin. Would you please do I want to call me 504-270-244 anytime and we can have a real conversation as all that's really needed a real conversation thank you.



**Urgent Payroll Notice**  Inbox ×

360 housing Stability <360housingstability@gmail.com>                    Wed, Aug 6, 12:36 PM (9 days ago)
to Jennifer, Cheryl, Patrick, philzie, adayah, angel, brianna, Chrissina, dena, demrshia, David, donyea, Dreija, fabre, gabriella, jacinta, jasmine@360housingstability.org, |

Dear Team,

I'm reaching out with deep concern and full transparency regarding an urgent situation that affects us all.

As of this week, the Minnesota Department of Human Services (DHS) has abruptly stopped all payments to our organization. This action was based on flagged data patterns—not fraud—and we have documentation confirming this. However, the consequences are immediate: we will not be able to issue payroll this coming Friday.

What's even more alarming is that there is a real possibility DHS may fully terminate the program, which means payments may not continue at all. We are currently seeking answers and fighting to regain access to those funds.

We are asking for an additional 14 days in hopes that DHS will release retroactive payments, which would allow us to issue the payroll that was originally due this Friday. Please know—there is no guarantee. But we are pushing with everything we have to make that happen.

I know this is deeply unsettling. It affects our lives, our families, and our futures. I am walking through it with you, and I will continue to advocate for our team at every level possible.

Thank you for your continued patience, strength, and understanding during this incredibly difficult time.

With great respect,

Twyla Leach

Executive Director

360 Housing Stability

**360 Housing Stability**
**Home Care Staffing**
**Housing Stabilization Services**
Address: 1821 University Avenue Saint Paul, MN 55104
Office: (612)-393-1080 | Fax: (651)305-0877
Website: www.360housingstability.com



≡  M Gmail          Q in:sent                              ×  ≡           ⌄  ⑦  ⚙  ✦  ⊞

Compose

Mail

Inbox        5,060        360 housing stability                                    Wed, Aug 4, 12:32 PM (9 days ago)
Starred                   Please be at the staff meeting as we are talking about all of this IMPORTANT NOTICE: DHS currently has an unavoidable backlog of HSS service applications staaw
Chat
Sent
Meet         Drafts       235        360 housing Stability <360housingstability@gmail.com>                 1:11 PM (1 hour ago)
More                      to Jennifer, Cheryl, Patrick, philders, adoyeh, angel, brianna, Christine, dana, dameshia, David, donyea, Dreja, febra, gabriella, jacleea, jestrada@360housingstability.org,

Labels                   Home Care Staffing – Staff Layoff Notice

61 Experience            To: All Staff
360 Website Leads        From: Management Team
Approvals                Subject: Notice of Layoff Due to Payroll Funding Interruption

Connect HSS              Dear Team,

Docusign Documents  1    It is with deep regret that we must inform you of an immediate change to staffing.
e forms                  Despite our best efforts to resolve recent payment issues with DHS, we have not yet received a timeline for when funds will be restored.

Foundation First         We have worked closely with the investigator assigned to our case, provided full documentation, and proven that we have acted appropriately and within all guidelines.
Lyft         10          Unfortunately, while our innocence has been confirmed, the payment process remains on hold with no confirmed resolution date.

Provider Change          Because of this funding interruption, we do not have the resources to cover upcoming payroll costs. We have exhausted every available option to keep our team intact, but
WIX                      without these funds, we are left with no choice but to begin layoffs effective August 15, 2025.

More                     We know this decision causes hardship and disruption. Please know this is not a reflection of your performance or value to our company. Each of you has made important
                         contributions to Home Care Staffing, and this situation is solely the result of circumstances outside of our control.

                         We are committed to:

                         • Providing documentation you may need for unemployment benefits.

                         • Supplying letters of reference upon request.

                         • Notifying you immediately if funds are released and positions become available again.

                         We are truly sorry for the impact this has on you and your families. Thank you for your dedication and hard work during your time with us.

                         Sincerely,
                         Teyla Martin
                         Owner & Manager
                         Home Care Staffing
                         Phone: 612-900-4628

🏛 Upgrade     →

Home Care Staffing
Date: August 18, 2025

To Whom It May Concern:

Home Care Staffing is a provider with a long-standing record of honesty, compliance, and integrity. We have consistently upheld Medicaid laws, cooperated fully with every investigation, and have never engaged in unlawful conduct or violations.

Despite this, our agency is currently being penalized based on allegations that have already been disproven. The consequences of this action have been devastating for our clients: payments have been halted, housing placements lost, vulnerable individuals forced back onto the streets, and preventable hospitalizations have occurred. This harm is ongoing, substantial, and in many cases irreversible.

As innocent providers, we should not be subjected to punitive measures that directly endanger the very individuals we serve. We respectfully request immediate relief and a comprehensive review of these actions so that essential services may resume without delay, preventing further harm to our clients.

Home Care Staffing remains fully committed to serving the community with integrity and compassion. We urge your urgent intervention to correct this injustice and protect the wellbeing of the people who depend on us.

Respectfully,


Twyla Martin
Owner/Director – Home Care Staffing

## STAFF AFFIDAVIT – SERVICE DISRUPTION DUE TO DHS ACTION

**AFFIDAVIT OF STAFF MEMBER**

State of Minnesota
**County of** Ramsey County

I, Sadia Dickson _____, being duly sworn, state as follows:

1. I was employed as staff by **Home Care Staffing** prior to August 2025.

2. On or about **August 1, 2025**, I was notified that services would be disrupted due to a suspension of Medicaid payments initiated by the Minnesota Department of Human Services (DHS), based on a public announcement regarding suspected fraud.

3. Prior to this announcement, I had every intention of continuing my employment with Home Care Staffing and providing care to clients.

4. The sudden suspension of payments and the DHS public statement caused me to discontinue my work because:
   • I was unable to continue providing services as scheduled.
   • The announcement damaged my confidence in Home Care Staffing's ability to continue operations.
   • I was forced to seek other employment opportunities in order to maintain income.

5. But for the DHS suspension and public announcement, I would have remained employed with Home Care Staffing.

6. This service disruption caused me financial hardship and created unnecessary instability in my employment.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct to the best of my knowledge.

Dated this 19 day of August , 2025

Signature: _____

Printed Name: Sadia Dickson

Position/Role: Supervisor

Address (optional): 667 Thomas Ave #1 St. Paul, MN 55104

Phone (optional): 612-886-5478

## Staff Affidavit – Service Disruption Due to DHS Action

**AFFIDAVIT OF STAFF MEMBER**

**State of Minnesota**
**County of** _Ramsey_

I, _Jennifer Darling_ , being duly sworn, state as follows:

1. I was employed as staff by **Home Care Staffing** prior to August 2025.

2. On or about **August 1, 2025**, I was notified that services would be disrupted due to a suspension of Medicaid payments initiated by the Minnesota Department of Human Services (DHS), based on a public announcement regarding suspected fraud.
   Prior to this announcement, I had every intention of continuing my employment with Home Care Staffing and providing care to clients.

3. The sudden suspension of payments and the DHS public statement caused me to discontinue my work because:

   - I was unable to continue providing services as scheduled.

   - The announcement damaged my confidence in Home Care Staffing's ability to continue operations.

   - I was forced to seek other employment opportunities in order to maintain income.

4. But for the DHS suspension and public announcement, I would have remained employed with Home Care Staffing.

5. This service disruption caused me financial hardship and created unnecessary instability in my employment.
   I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct to the best of my knowledge.

Dated this _18_ day of _August_ , 2025

Signature: _____

Printed Name: _Jennifer Darling_

Position/Role: _Admin Operations_

Address (optional): _____

Phone (optional): _____

## Staff Affidavit – Service Disruption Due to DHS Action

**AFFIDAVIT OF STAFF MEMBER**

State of Minnesota
County of _____ Ramsey _____

I, _____ Cheryl Moore _____, being duly sworn, state as follows:

1. I was employed as staff by **Home Care Staffing** prior to August 2025.

2. On or about **August 1, 2025**, I was notified that services would be disrupted due to a suspension of Medicaid payments initiated by the Minnesota Department of Human Services (DHS), based on a public announcement regarding suspected fraud.
   Prior to this announcement, I had every intention of continuing my employment with Home Care Staffing and providing care to clients.

3. The sudden suspension of payments and the DHS public statement caused me to discontinue my work because:

   ☒ I was unable to continue providing services as scheduled.

   ☒ The announcement damaged my confidence in Home Care Staffing's ability to continue operations.

   ☒ I was forced to seek other employment opportunities in order to maintain income.

4. But for the DHS suspension and public announcement, I would have remained employed with Home Care Staffing.

5. This service disruption caused me financial hardship and created unnecessary instability in my employment.
   I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct to the best of my knowledge.

Dated this 18 day of August , 2025

Signature: _____

Printed Name: Cheryl Moore

Position/Role: HR Manager

Address (optional): _____

Phone (optional): (773) 557- 2550