**RECEIVED**

**Exhibit H**

AUG 25 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Proof of client relocation deposits advanced by Plaintiff pursuant to licensing requirements

**SCANNED**
AUG 2 5 2025
U.S. DISTRICT COURT ST. PAUL

# Statement Regarding MCO Processing Periods for Moving Expenses under Housing Stabilization Services (HSS)

1. Managed Care Organizations (MCOs) responsible for administering Housing Stabilization Services (HSS) claims have an established processing period of 60 to 180 days when reviewing and paying moving expense claims.

2. This extended timeframe is due to the complexity of moving expense claims, which require additional review and verification beyond typical service authorizations.

3. As a result, it is not uncommon for claims submitted in January to be processed and paid out as late as March (60 days later) or July (up to 180 days later), depending on the specific MCO's internal processing procedures and workload.

4. This documented delay demonstrates that payment cycles for HSS moving expense claims are significantly longer than standard billing, and providers are required to manage operations during these lengthy review periods.


Dated this 25th day of August, 2025

Twyla Martin
Affiant

Docusign Envelope ID: 1D97B0B6-54B7-4123-8386-27CC2ED614F2

# **Staff Statement – Relocation & Moving Expenses**

I, Lanorra Land, declare under penalty of perjury under the laws of the United States of America that the following is true and correct: 1. I was employed by Home Care Staffing as a Direct Care Staff Member. 2. Part of my duties included assisting clients with relocation and moving expenses under Minnesota ' s Home and Community-Based Services (HSS) policy. 3. Home Care Staffing was required to advance company funds for client relocation and moving expenses, with amounts ranging approximately between $500 and $3,000 per client. These advances were necessary for client transitions and are reimbursed through Medicaid/insurance within 60–180 days due to processing complexities. 4. I personally observed or processed multiple relocation and moving expense payments (approximately five), including but not limited to: • Client: On behalf of client relocation — Amount: $500 — Date: June 2, 2025 • Client: On behalf of client relocation — Amounts varying between $500 and $3,000 — Dates: Various 5. To my knowledge, these payments were real, necessary, and properly documented in alignment with our licensure requirements. 6. I affirm that I process these amounts 4–5 times a month regularly.

Executed on: __8/25/2025__

At: __360 Housing Stability Home Care Staffing (HSS)__

Signature __Lanorra Land__

Lanorra Land