RECEIVED
AUG 25 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# Exhibit I

Client and family statements describing disruption of services and harm



SCANNED
AUG 2 5 2025
U.S. DISTRICT COURT ST. PAUL

## CLIENT/PARTNER AFFIDAVIT OF SERVICE DISRUPTION DUE TO DHS ACTION

State of Minnesota
County of __Ramsey__

I, __Khauzouapa Lee__, being duly sworn, state as follows:

1. I was a client/referral source/partner of Home Care Staffing prior to August 2025.

2. On or about August 6, 2025, I was notified that services would be disrupted due to a suspension of Medicaid payments initiated by the Minnesota Department of Human Services (DHS), based on a public announcement regarding suspected fraud.

3. Prior to this announcement, I had every intention of continuing to receive services/work with Home Care Staffing.

4. The sudden suspension of payments and the DHS public statement caused me to withdraw/discontinue services because:
   - I was unable to receive the care/services as promised.
   - The announcement damaged my confidence in Home Care Staffing's ability to continue operations.
   - I was forced to seek services from another provider immediately to ensure continuity of care.

5. But for the DHS suspension and public announcement, I would have remained with Home Care Staffing.

6. This service disruption caused me personal hardship and created unnecessary instability in my care/services.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct to the best of my knowledge.

Dated this __18__ day of __August__, 2025

_____
Signature

1

## CLIENT/PARTNER AFFIDAVIT OF SERVICE DISRUPTION DUE TO DHS ACTION

State of Minnesota
County of __Ramsey__

I, __Frank Weise__, being duly sworn, state as follows:

1. I was a client/referral source/partner of Home Care Staffing prior to August 2025.

2. On or about August 6, 2025, I was notified that services would be disrupted due to a suspension of Medicaid payments initiated by the Minnesota Department of Human Services (DHS), based on a public announcement regarding suspected fraud.

3. Prior to this announcement, I had every intention of continuing to receive services/work with Home Care Staffing.

4. The sudden suspension of payments and the DHS public statement caused me to withdraw/discontinue services because:
   - I was unable to receive the care/services as promised.
   - The announcement damaged my confidence in Home Care Staffing's ability to continue operations.
   - I was forced to seek services from another provider immediately to ensure continuity of care.

5. But for the DHS suspension and public announcement, I would have remained with Home Care Staffing.

6. This service disruption caused me personal hardship and created unnecessary instability in my care/services.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct to the best of my knowledge.

Dated this __22__ day of __August__, 2025

__Frank Weise__
Signature