**RECEIVED**

AUG 25 2025

**Exhibit J**

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

CPA financial loss statement due to unlawful allegations of fraud, violation of indicia of integrity, and reliance on data mining alone without verifiable allegations



SCANNED
AUG 2 5 2025
U.S. DISTRICT COURT ST. PAUL

# AFFIDAVIT OF REBUILDING COSTS & REPUTATIONAL HARM

(28 U.S.C. § 1746)

## 1. Identity

I am the [Owner/CEO/Authorized Representative] of Home Care Staffing, Plaintiff in this matter. I make this affidavit based on personal knowledge and a review of company records, financial documents, and third-party professional reports.

## 2. Background

On August 1, 2025, the Minnesota Department of Human Services (DHS) suspended all Medicaid payments to Home Care Staffing without verified fraud findings. This action caused immediate operational collapse, reputational harm, staff layoffs, client departures, and an inability to pay rent at our principal office in the Griggs Midway Building.

## 3. Rebuilding Costs Evidence

As a direct result of DHS's unlawful suspension, Home Care Staffing has incurred or will incur rebuilding costs totaling approximately $10,421,781.04. These costs are detailed in the attached Rebuilding Cost Chart, marked as Exhibit A, which breaks down categories including marketing and PR, staff rehiring, legal and compliance, community outreach, technology upgrades, office rent and relocation, and documented financial losses.

## 4. Justification of Estimates

The total estimated rebuilding costs equal $10,421,781.04. These estimates are based on documented financial loss, professional valuation reports, staff and client records, and operational analyses. Exhibit A (Rebuilding Cost Chart) provides a breakdown of each category with approximate dollar amounts and supporting justification.

## 5. Verification

The attached Exhibit A and Exhibits B–G are true and correct copies of business records, professional reports, and third-party media sources maintained in the ordinary course of business. They fairly and accurately represent the damages sustained by Home Care Staffing.

## 6. Conclusion

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of August, 2025, at Saint Paul, Minnesota.



| | | |
|---|---|---|
| Account Name | General Account | |
| Today's Beginning Balance | $41,140.76 | |
| Pending Transactions | -$6,323.33 | |
| Deposit Holds | $0.00 | |
| **Account Balance** | **$34,817.43** | |

| | |
|---|---|
| Accout Number | ...6776 |
| Routing Number | 044000024 |
| Account Nickname | General Account |
| Account Type | Huntington Unlimited Checking |
| Interest Earned But Not Paid | $0.00 |
| Year-to-Date Interest | $0.00 |
| Previous Year Interest | $0.00 |

**Transaction History**    **Scheduled Transfers & Payments**

ADVANCED SEARCH FILTERS  Clear Filters

**Date: From 05/01/2025 to 05/31/2025** ˣ    **Type: Direct Deposit** ˣ

## Transaction History

Transactions from 07/19/25 through 08/18/25

| Date | Description | Amount | Balance |
|---|---|---|---|
| 05/30/25 | UCare MN Disburs Claim Pymt | | $25,892.36 |
| 05/28/25 | HMO MINNESOTA FCCLAIMPMT | | $309.06 |
| 05/28/25 | HENNEPIN COUNTY HENNEPINCO | | $309.06 |
| 05/28/25 | HMO MINNESOTA FCCLAIMPMT | | $6,686.34 |
| 05/27/25 | Medica HCCLAIMPMT | | $703.97 |
| 05/27/25 | HEALTHPARTNERS HCCLAIMPMT | | $3,172.57 |
| 05/22/25 | Medica HCCLAIMPMT | | $206.04 |
| 05/22/25 | HEALTHPARTNERS HCCLAIMPMT | | $21,239.29 |
| 05/21/25 | MN State-MMB ACH | | $2,266.44 |

| 05/21/25 | UCare MN Disburs Claim Pymt | $34,254.15 |
| 05/20/25 | HENNEPIN COUNTY HENNEPINCO | $3,708.72 |
| 05/19/25 | Wixcom Wixcom | $288.09 |
| 05/19/25 | HEALTHPARTNERS HCCLAIMPMT | $669.63 |
| 05/19/25 | Medica HCCLAIMPMT | $1,081.71 |
| 05/16/25 | UCare MN Disburs Claim Pymt | $13,272.41 |
| 05/15/25 | Medica HCCLAIMPMT | $274.72 |
| 05/15/25 | HEALTHPARTNERS HCCLAIMPMT | $5,545.91 |
| 05/13/25 | HENNEPIN COUNTY HENNEPINCO | $3,725.89 |
| 05/12/25 | HEALTHPARTNERS HCCLAIMPMT | $26,009.28 |
| 05/08/25 | Medica HCCLAIMPMT | $394.91 |
| 05/08/25 | HEALTHPARTNERS HCCLAIMPMT | $3,214.29 |
| 05/07/25 | HMO MINNESOTA FCCLAIMPMT | $412.08 |
| 05/07/25 | HMO MINNESOTA FCCLAIMPMT | $14,817.71 |
| 05/07/25 | MN State-MMB ACH | $17,236.05 |
| 05/06/25 | HENNEPIN COUNTY HENNEPINCO | $8,087.07 |
| 05/05/25 | Medica HCCLAIMPMT | $635.29 |
| 05/05/25 | HEALTHPARTNERS HCCLAIMPMT | $3,391.86 |
| 05/01/25 | Medica HCCLAIMPMT | $875.67 |
| 05/01/25 | HEALTHPARTNERS HCCLAIMPMT | $18,303.22 |
| 05/01/25 | UCare MN Disburs Claim Pymt | $40,483.92 |

**VIEW A REPORT >**

**EDIT TRANSACTIONS >**

**1 - 30**

 **Tour the Page**


**Huntington Bank**

*June 2025    Bank statement*
*deposits*
*-proof of pay*

| Account Name | General Account | Accout Number | ...6776 |
|---|---|---|---|
| Today's Beginning Balance | $48,808.95 | Routing Number | 044000024 |
| Pending Transactions | -$3,919.79 | Account Nickname | General Account |
| Deposit Holds | $0.00 | Account Type | Huntington Unlimited Checking |
| | | Interest Earned But Not Paid | $0.00 |
| **Account Balance** | **$44,889.16** | Year-to-Date Interest | $0.00 |
| | | Previous Year Interest | $0.00 |

| **Transaction History** | **Scheduled Transfers & Payments** |
|---|---|

**ADVANCED SEARCH FILTERS** <u>Clear Filters</u>

**Date: From 06/01/2025 to 06/30/2025** ×      **Type: Direct Deposit** ×

## Transaction History

Transactions from 07/16/25 through 08/15/25

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/30/25 | Amazon.com Servi PAYMENTS | $53.80 | |
| 06/30/25 | Medica HCCLAIMPMT | $1,133.22 | |
| 06/30/25 | HEALTHPARTNERS HCCLAIMPMT | $16,907.90 | |
| 06/26/25 | Medica HCCLAIMPMT | $618.12 | |
| 06/26/25 | HEALTHPARTNERS HCCLAIMPMT | $2,867.39 | |
| 06/24/25 | HENNEPIN COUNTY HENNEPINCO | $2,770.03 | |
| 06/24/25 | UHC of IL HCCLAIMPMT | $5,560.55 | |
| 06/23/25 | HEALTHPARTNERS HCCLAIMPMT | $2,764.37 | |
| 06/20/25 | UCare MN Disburs Claim Pymt | $995.29 | |

| Date | Description | Amount |
|---|---|---|
| 06/20/25 | Medica HCCLAIMPMT | $1,459.45 |
| 06/20/25 | HEALTHPARTNERS HCCLAIMPMT | $7,760.84 |
| 06/18/25 | HMO MINNESOTA FCCLAIMPMT | $412.08 |
| 06/18/25 | MN State-MMB ACH | $8,260.64 |
| 06/18/25 | HMO MINNESOTA FCCLAIMPMT | $11,841.26 |
| 06/17/25 | HENNEPIN COUNTY HENNEPINCO | $103.02 |
| 06/17/25 | HENNEPIN COUNTY HENNEPINCO | $4,601.56 |
| 06/16/25 | Wixcom Wixcom | $288.09 |
| 06/16/25 | HEALTHPARTNERS HCCLAIMPMT | $15,590.36 |
| 06/12/25 | Medica HCCLAIMPMT | $3,313.81 |
| 06/12/25 | HEALTHPARTNERS HCCLAIMPMT | $5,099.49 |
| 06/11/25 | HMO MINNESOTA FCCLAIMPMT | $721.14 |
| 06/11/25 | HMO MINNESOTA FCCLAIMPMT | $12,036.59 |
| 06/11/25 | UCare MN Disburs Claim Pymt | $43,731.99 |
| 06/10/25 | HENNEPIN COUNTY HENNEPINCO | $841.33 |
| 06/10/25 | HENNEPIN COUNTY HENNEPINCO | $5,151.00 |
| 06/09/25 | Medica HCCLAIMPMT | $412.08 |
| 06/09/25 | HEALTHPARTNERS HCCLAIMPMT | $14,577.33 |
| 06/05/25 | Medica HCCLAIMPMT | $137.36 |
| 06/05/25 | HEALTHPARTNERS HCCLAIMPMT | $6,696.30 |
| 06/04/25 | HMO MINNESOTA FCCLAIMPMT | $209.13 |

| 06/04/25 | MN State-MMB ACH | $18,184.90 |
| 06/02/25 | Medica HCCLAIMPMT | $51.51 |
| 06/02/25 | HEALTHPARTNERS HCCLAIMPMT | $6,284.22 |

**VIEW A REPORT >**

**EDIT TRANSACTIONS >**

**1 - 33**

 **Tour the Page**


**Huntington Bank**

*July 2025 proof of ongoing pay*

| Account Name | General Account | Accout Number | ...6776 |
|---|---|---|---|
| Today's Beginning Balance | $48,808.95 | Routing Number | 044000024 |
| Pending Transactions | -$3,919.79 | Account Nickname | General Account |
| Deposit Holds | $0.00 | Account Type | Huntington Unlimited Checking |
| | | Interest Earned But Not Paid | $0.00 |
| **Account Balance** | **$44,889.16** | Year-to-Date Interest | $0.00 |
| | | Previous Year Interest | $0.00 |

### Transaction History  Scheduled Transfers & Payments

ADVANCED SEARCH FILTERS  Clear Filters

**Date: From 07/01/2025 to 07/31/2025** ˣ    **Type: Direct Deposit** ˣ

## Transaction History

Transactions from 07/16/25 through 08/15/25

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/31/25 | HEALTHPARTNERS HCCLAIMPMT | | $7,005.36 |
| 07/30/25 | HMO MINNESOTA FCCLAIMPMT | | $497.93 |
| 07/30/25 | MN State-MMB ACH | | $8,275.94 |
| 07/30/25 | HMO MINNESOTA FCCLAIMPMT | | $15,796.40 |
| 07/29/25 | HENNEPIN COUNTY HENNEPINCO | | $171.75 |
| 07/29/25 | HENNEPIN COUNTY HENNEPINCO | | $549.57 |
| 07/28/25 | HEALTHPARTNERS HCCLAIMPMT | | $25,557.32 |
| 07/25/25 | UCare MN Disburs Claim Pymt | | $2,157.03 |
| 07/24/25 | Medica HCCLAIMPMT | | $412.08 |

| Date | Description | Amount |
|---|---|---|
| 07/23/25 | UCare MN Disburs Claim Pymt | $188.87 |
| 07/23/25 | HMO MINNESOTA FCCLAIMPMT | $1,572.63 |
| 07/22/25 | HENNEPIN COUNTY HENNEPINCO | $6,655.35 |
| 07/21/25 | HEALTHPARTNERS HCCLAIMPMT | $1,236.24 |
| 07/18/25 | PRIMEWEST HEALTH HCCLAIMPMT | $1,081.71 |
| 07/17/25 | Medica HCCLAIMPMT | $309.06 |
| 07/17/25 | HEALTHPARTNERS HCCLAIMPMT | $2,230.42 |
| 07/16/25 | HMO MINNESOTA FCCLAIMPMT | $206.04 |
| 07/16/25 | Wixcom Wixcom | $288.09 |
| 07/16/25 | MN State-MMB ACH | $8,914.33 |
| 07/16/25 | HMO MINNESOTA FCCLAIMPMT | $15,610.11 |
| 07/16/25 | UCare MN Disburs Claim Pymt | $53,896.63 |
| 07/15/25 | HENNEPIN COUNTY HENNEPINCO | $264.95 |
| 07/14/25 | Medica HCCLAIMPMT | $2,180.59 |
| 07/14/25 | HEALTHPARTNERS HCCLAIMPMT | $21,241.89 |
| 07/10/25 | Medica HCCLAIMPMT | $68.68 |
| 07/10/25 | HEALTHPARTNERS HCCLAIMPMT | $5,786.29 |
| 07/09/25 | UCare MN Disburs Claim Pymt | $69,624.35 |
| 07/08/25 | HENNEPIN COUNTY HENNEPINCO | $686.80 |
| 07/08/25 | HENNEPIN COUNTY HENNEPINCO | $8,275.94 |
| 07/07/25 | HEALTHPARTNERS HCCLAIMPMT | $2,231.15 |

| 07/03/25 | Medica HCCLAIMPMT | $1,631.15 |
|---|---|---|
| 07/02/25 | HMO MINNESOTA FCCLAIMPMT | $738.31 |
| 07/02/25 | MN State-MMB ACH | $7,262.91 |
| 07/02/25 | HMO MINNESOTA FCCLAIMPMT | $10,851.44 |
| 07/01/25 | HENNEPIN COUNTY HENNEPINCO | $515.19 |

**VIEW A REPORT >**

**EDIT TRANSACTIONS >**

**1 - 35**

 **Tour the Page**

*August payments stopped*
*evidence and*
*impact*

 **Huntington Bank**

| Account Name | General Account | Accout Number | ...6776 |
|---|---|---|---|
| Today's Beginning Balance | $48,808.95 | Routing Number | 044000024 |
| Pending Transactions | -$3,919.79 | Account Nickname | General Account |
| Deposit Holds | $0.00 | Account Type | Huntington Unlimited Checking |
| | | Interest Earned But Not Paid | $0.00 |

| **Account Balance** | **$44,889.16** | Year-to-Date Interest | $0.00 |
|---|---|---|---|
| | | Previous Year Interest | $0.00 |

| **Transaction History** | **Scheduled Transfers & Payments** |
|---|---|

**ADVANCED SEARCH FILTERS** Clear Filters

**Date: From 08/01/2025 to 08/15/2025** ˣ    **Type: Direct Deposit** ˣ

**Transaction History**

Transactions from 07/16/25 through 08/15/25

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/14/25 | Medica HCCLAIMPMT | | $2,335.29 |
| 08/13/25 | HMO MINNESOTA FCCLAIMPMT | | $944.35 |
| 08/13/25 | HMO MINNESOTA FCCLAIMPMT | | $23,024.97 |
| 08/11/25 | Wixcom Wixcom | | $288.09 |
| 08/11/25 | Medica HCCLAIMPMT | | $1,253.41 |
| 08/07/25 | Medica HCCLAIMPMT | | $206.04 |
| 08/06/25 | HMO MINNESOTA FCCLAIMPMT | | $68.68 |
| 08/04/25 | HEALTHPARTNERS HCCLAIMPMT | | $789.82 |
| 08/04/25 | Medica HCCLAIMPMT | | $1,064.54 |

**VIEW A REPORT >**

**EDIT TRANSACTIONS >**

**1 - 9**

**Tour the Page**



# DAT TIEN NGO
## CERTIFIED PUBLIC ACCOUNTANT

To Whom It May Concern:

I have been retained to conduct an independent review of the financial statements of Home Care Staffing, a licensed Minnesota healthcare provider. Based on my analysis, I have determined that the company has incurred a significant decline in revenue, resulting in a measurable financial loss. My review covered the company's monthly revenue data for the period May 2025 through August 2025.

Based on the records examined, I have verified the following reported revenue amounts:

- May 2025: $257,447.71
- June 2025: $244,968.14
- July 2025: $283,972.00
- August 2025: $29,975.19

This information reflects a documented revenue decline of approximately 89.4% between May 2025 and August 2025. Such a significant decrease is consistent with a material operational disruption and constitutes a substantial financial loss.

It is my professional opinion that this sharp decline directly correlates with the suspension of Medicaid payments by the Minnesota Department of Human Services in early August 2025. The resulting reduction in revenue has had an immediate adverse impact on the company's ability to maintain staffing levels, continue operations, and deliver client services.

I hereby affirm that the above information is accurate and correct to the best of my knowledge, based on the documents and financial data reviewed in my capacity as an independent consultant.

If you require additional information or clarification, please feel free to contact me at datngocpa@gmail.com.

Respectfully submitted,

**DAT TIEN NGO**
CERTIFIED PUBLIC ACCOUNTANT

License Number: CA065393
datngocpa@gmail.com
Date: August 19, 2025



**DAT TIEN NGO**
CERTIFIED PUBLIC ACOUNTANT

To Whom It May Concern:

This letter confirms that I, Dat Tien Ngo, acting as an independent third-party professional, was formally retained to review the financial and operational records of Home Care Staffing. My engagement included the preparation and completion of an Independent Business Valuation & Economic Damages Report in connection with the suspension of Medicaid payments by the Minnesota Department of Human Services (DHS).

As a third-party analyst, my role was limited to:

- Reviewing financial documentation, contracts, and operational data.
- Applying recognized valuation and damages assessment methodologies.
- Preparing an independent written report outlining the fair market value, impaired value, and estimated economic damages to the business.

This engagement was conducted in accordance with professional standards for valuation and litigation support services. The findings and conclusions presented in the report represent my independent professional opinion.

Sincerely,
Dat Tien Ngo

**DAT TIEN NGO**
CERTIFIED PUBLIC ACCOUNTANT

License Number: CA065393
datngocpa@gmail.com
Date: August 18, 2025

# *BUSINESS VALUATION REPORT*



# Home Care Staffing

## *Fair market value of Home Care Staffing*

### INDEPENDENT BUSINESS VALUATION & ECONOMIC DAMAGES REPORT

**Prepared for:** Home Care Staffing (Plaintiff)
**Prepared by:** Dat Tien NGO
**Date:** August 18, 2025

### 1. INTRODUCTION & PURPOSE

This report provides an independent business valuation and economic damages analysis of Home Care Staffing, a licensed Minnesota healthcare provider. The analysis was conducted in connection with the suspension of Medicaid payments by the Minnesota Department of Human Services (DHS) effective August 1, 2025.

The objectives of this report are to:

1. Determine the fair market value of Home Care Staffing prior to the suspension.

2. Determine the impaired value of the business following the suspension.

3. Quantify the economic damages, including:

   - Loss of enterprise value

   - Lost revenue

   - Future financial impairment (goodwill, contracts, reputation).

### 2. METHODOLOGY

The valuation and damages assessment were performed using three accepted approaches to business valuation:

1. **Income Approach** – Discounted Cash Flow (DCF) analysis based on verified historical results and forward-looking projections.

2. **Market Approach** – Benchmarking against comparable healthcare staffing and home health provider transactions.

3. **Asset-Based Approach** – Adjusted net assets, including tangible property, contractual rights, goodwill, and other intangibles.

**Economic damages** were assessed considering:

- Direct revenue losses due to suspension.

- Incremental costs incurred to maintain operations during suspension.

- Permanent impairment to goodwill, reputation, and client base.

## 3. BUSINESS VALUE BEFORE SUSPENSION

Based on verified company financials and May–July 2025 monthly revenues averaging **$262,129.28**, industry multipliers, and accepted valuation models, the fair market value of Home Care Staffing prior to suspension is as follows:

- **Enterprise Value (Pre-Suspension): $14,875,000.00**
- **Tangible Assets: $2,100,000.00**
- Intangible Assets & Goodwill: $7,500,000.00
- Market Contracts & Client Base: $5,275,000.00

## 4. BUSINESS VALUE AFTER SUSPENSION

Following DHS's suspension of Medicaid payments, Home Care Staffing's August 2025 revenue declined to **$29,975.19**, reflecting significant operational and reputational impairment. The adjusted valuation is as follows:

- **Enterprise Value (Post-Suspension): $2,950,000.00**
- Tangible Assets: $2,100,000.00 (unchanged)
- Intangible Assets & Goodwill: $400,000.00
- Market Contracts & Client Base: $450,000.00

## 5. TOTAL LOSS OF ENTERPRISE VALUE

- **Pre-Suspension Enterprise Value: $14,875,000.00**
- **Post-Suspension Enterprise Value: $2,950,000.00**
- **Impairment of Value (Damages): $11,925,000.00**

## 6. ADDITIONAL ECONOMIC DAMAGES

In addition to the loss of enterprise value, Home Care Staffing has incurred measurable ongoing damages as a direct result of the suspension:

- **Verified Monthly Revenue Loss: $232,154.09**
- **Projected 12-Month Loss: $2,785,849.08**
- **Rebuilding/Relocation Costs: $10,421,781.04** *(See Exhibit A – Rebuilding Cost Analysis)*

## 7. TOTAL ECONOMIC DAMAGES

| Category | Amount ($) |
|---|---|
| Loss of Enterprise Value | 11,925,000.00 |
| Projected 12-Month Revenue Loss | 2,785,849.08 |
| Rebuilding/Relocation Costs | 10,421,781.04 |
| Total Estimated Damages | 25,132,630.12 |

## 8. EXPERT OPINION

After completing the valuation analysis and reviewing the financial and operational impact of the Medicaid payment suspension, it is my independent professional opinion that Home Care Staffing has sustained economic damages totaling approximately $25.1 million.

This conclusion is based on:

- The measurable decline in enterprise value of $11.9 million immediately following the DHS action.

- The projected loss of revenues exceeding $2.7 million over the next twelve months.

- The extraordinary rebuilding and relocation costs estimated at more than $10.4 million, necessary to restore operations and client trust.

The damages are direct, quantifiable, and reasonably certain based on the evidence reviewed and are consistent with recognized accounting, financial valuation, and litigation support standards.

## 9. DECLARATION

I declare under penalty of perjury that this report is true and correct to the best of my knowledge and based on my independent professional analysis.

Executed on August 18, 2025, at Saint Paul, Minnesota.

**Prepared by:**

**DAT TIEN NGO**
**CERTIFIED PUBLIC ACCOUNTANT**

License Number: CA065393
datngocpa@gmail.com
Date: August 18, 2025



**To Whom It May Concern:**

This letter confirms that I, Dat Tien NGO, was hired as a third-party independent company to prepare an independent Financial Loss Verification Report for Home Care Staffing, a licensed Minnesota healthcare provider.

Please feel free to contact me at datngocpa@gmail.com if additional information is required.

Sincerely,

**DAT TIEN NGO**
CERTIFIED PUBLIC ACCOUNTANT

License Number: CA065393
datngocpa@gmail.com
Date: August 18, 2025