# Exhibit L

RECEIVED
AUG 25 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## Statement Regarding Data Mining and Medicaid Provider Payment Suspensions

1. Under Minnesota Statutes § 256B.064 and Minnesota Rule 9505.0475, the Department of Human Services (DHS) may suspend Medicaid provider payments only when there is a credible allegation of fraud, not based on statistical anomalies alone.

2. A 'credible allegation of fraud' may originate from data mining, audits, law enforcement referrals, or other sources, but it must show indicia of reliability and be verified before suspension can lawfully occur.

3. Data mining alone is not sufficient to suspend payments. DHS must conduct verification such as reviewing provider records or corroborating the pattern with other evidence before concluding the allegation is credible.

4. Minnesota Rule 9505.0475 requires DHS to provide written notice to the provider, including the reasons for suspension, effective date, duration, and appeal rights. Providers may contest the suspension in a contested case hearing under Minnesota law.

5. Federal guidance, including the CMS Medicaid Payment Suspension Toolkit (2014), stresses that states must perform validation and confirm reliability before suspending Medicaid payments. The Toolkit requires states to document how allegations are credible before taking suspension action.

6. Therefore, Minnesota law and federal guidance together establish that raw data mining is not, by itself, a sufficient basis for suspending Medicaid provider payments. Verification and corroboration are legally required.

Submitted as Exhibit L
Dated this 25th day of August, 2025

*[signature]*

Twyla Martin
Affiant

SCANNED
AUG 2 5 2025
U.S. DISTRICT COURT ST. PAUL