UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Twyla Leach (Martin) d/b/a Home Care Staffing, | Civ. No. 25-3220 (PAM/SGE) |
| Plaintiff, | **ORDER** |
| v. | |
| Minnesota Department of Human Services, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Reconsider. (Docket No. 89.) Before filing a motion to reconsider, a party must first obtain the Court's permission. D. Minn. L. R. 7.1(j). Plaintiff did not make such a request, and thus the Court could deny her Motion on that basis. However, because she is pro se, the Court will liberally construe her Motion as a request to for leave to file such a motion. See Estelle v. Gamble, 429 U.S. 97, 106 (1976). Plaintiff asks the Court to reconsider its decision denying her request for a preliminary injunction and dismissing two Defendants from this matter. But the Court considered and rejected Plaintiff's arguments; reiterating those arguments does not change the Court's previous determination.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Motion to Reconsider (Docket No. 89) is **DENIED**.

Dated: October 23, 2025

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge